Andrew Dean (NY Bar)
Monique C. Winkler (Cal. Bar No. 212031)
John K. Han (Cal. Bar No. 208086)
   hanjo@sec.gov
Heather E. Marlow (Cal. Bar No. 215261)
   marlowh@sec.gov
Amanda L. Straub (NY Bar)
   strauba@sec.gov

44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501
Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, | Case No.: |
| Plaintiff, | |
| v. | **Declaration of Michael Foley in Support of SEC's Motion for TRO** |
| Jonathan Larmore; ArciTerra Companies, LLC; ArciTerra Note Advisors II, LLC; ArciTerra Note Advisors III, LLC; ArciTerra Strategic Retail Advisors, LLC; Cole Capital Funds, LLC. | |
| Defendants, and | |
| Michelle Larmore; Marcia Larmore; CSL Investments, LLC; MML Investments, LLC; Spike Holdings, LLC; and JMMAL Investments, LLC. | |
| Relief Defendants. | |

## <u>DECLARATION OF MICHAEL D. FOLEY</u>

I, Michael D. Foley, declare:

1.      I am a Staff Accountant in the San Francisco Regional Office of the United States Securities and Exchange Commission ("Commission").  Since November 1998, I have been licensed as a Certified Public Accountant in the State of California.  I am making this Declaration based upon facts within my personal knowledge, and to which I am competent to testify if called upon to do so.

2.      As a part of my duties at the Commission, I participated in the Commission's investigation of the activities of ArciTerra Companies, LLC ("ArciTerra"), and various entities owned and controlled by Jonathan Larmore ("Larmore"), including investment advisory entities, REITs, and investment vehicles that comprise an investment company complex.  During the Commission's investigation, the staff obtained financial records produced by ArciTerra as well as bank records produced by financial institutions with which ArciTerra had a banking relationship.  In addition, I participated in interviews and testimony of individuals who have direct knowledge of ArciTerra's business, accounting and finances.  These include individuals formerly and currently employed at ArciTerra, as well as individuals currently contracted to manage ArciTerra.

3.      Based on my general knowledge of accounting, financial reporting and financial statements I was able to ascertain information related to the sources and uses of funds provided to ArciTerra by investors and how the various entities within the complex engaged in cash transferences amongst the various entities.  The information I reviewed was from records provided to the Commission by, or about, ArciTerra, which were described to us as records used by the entities for their own bookkeeping.  Below, I identify by Bates Stamp number the records I reviewed that provided the specific information discussed.  While not attached to my Declaration, these records are available to defendants, and additionally will be provided to any party upon request to the Commission.

4.     In addition, these same sources of information indicated that cash was regularly distributed from entities within the investment complex to Larmore and these payments were not for services or other activities whereby Larmore earned these funds.  Rather, the ArciTerra staff recorded these payments as "loans".

Note Fund II and Note Fund III

5.     ArciTerra raised capital from individual investors.  Amongst the entities that received investor capital were two, separate legal entities called Note Fund II and Note Fund III.  As of June 30, 2023, Note Fund II had raised approximately $20Million in investor capital and Note Fund III hand raised over $24Million in investor capital.  These amounts are reflected on financial reports produced to the Commission at Bates ARCITERRA_0007135 and ARCITERRA_0007134, respectively.

6.     Note Fund II used the capital from investors to invest as an equity holder of an entity called Note Fund II Inv.  That equity position was- in all likelihood- established by Note Fund II transferring cash to accounts under the control of Note Fund II Inv.  As of June 30, 2023 the equity position was over $15Million.  This equity position is reflected on financial reports produced to the Commission at Bates ARCITERRA_0007135.

7.     In similar fashion, Note Fund III used the capital from investors to invest as an equity holder of an entity called Note Fund III Inv.  That equity position was- in all likelihood- established by Note Fund III transferring cash to accounts under the control of Note Fund III Inv.  As of June 30, 2023 the equity position was over $19Million.  This equity position is reflected on financial reports produced to the Commission at Bates ARCITERRA_0007134.

<u>Note Fund II Inv. and Note Fund III Inv. Investments</u>

8.      Note Fund II Inv. and Note Fund III Inv. in turn used the investment capital received from their investor entities, Note Fund II and Note Fund III, respectively, to invest as partners in entities called ATG REIT RSC, LP and ATR 32, LLC.

9.      As of June 30, 2023 Note Fund II Inv. had contributed partnership capital of approximately $7.8Million to ATG REIT RSC, LP and approximately $6.3Million to ATR 32, LLC.  These capital contributions are reflected in financial reports produced to the Commission at Bates ARCITERRA_0007138 and ARCITERRA_0007137, respectively.

10.      As of June 30, 2023 Note Fund III Inv. had similarly contributed partnership capital of approximately $15.2Million to ATG REIT RSC, LP and approximately $4.5Million to ATR 32, LLC.  These capital contributions are reflected in financial reports produced to the Commission at Bates ARCITERRA_0007138 and ARCITERRA_0007137, respectively.

<u>ATR 32, LLC and ATG REIT RSC, LP</u>

11.      ATR 32, LLC invested the combined partnership contributions of Note Fund II Inv. and Note Fund III Inv. to capitalize yet another entity call "Glenrosa 32, LLC".  The total amount of combined capital infused into Glenrosa 32, LLC was approximately $10.9Million.  On the basis of the financial statements for Glenrosa 32, LLC, as of June 30, 2023, it appears that the overwhelming majority of the capital infused by ATR 32, LLC into Glenrosa 32, LLC originate from Note Fund II Inv. and Note Fund III Inv.  This is reflected in financial reports produced to the Commission at Bates ARCITERRA_0007137.

12.      Glenrosa 32, LLC is a single purpose entity created for the purpose of acquiring a property called "Glenrosa 32".  Glenrosa 32 owns, but does not operate,

an assisted living facility.  The facility is operated by a third party who in turn leases the property that is owned by Glenrosa 32, LLC.

13.     ATG REIT RSC, LP invested the combined partnership contributions of Note Fund II Inv. and Note Fund III Inv. into two, separate commercial real estate properties call Noble West and Olathe Pointe.  This is reflected in financial reports produced to the Commission at Bates ARCITERRA_0007138.

## Glenrosa 32, LLC and ATG REIT RSC, LP SEND FUNDS TO ASR ADVISOR

14.     In addition to using investor capital to purchase real estate properties, both Glenrosa 32, LLC and ATG REIT RSC, LP sent funds to an entity called ASR Advisor. ASR Advisor does not appear to have any direct relationship with either of these two entities.  ASR Advisor is, however, part of the ArciTerra investment company complex and is related to Glenrosa 32, LLC and ATG REIT RSC, LP by virtue of the fact they are all controlled by Larmore.

15.     As of June 30, 2023 Glenrosa 32, LLC and ATG REIT RSC, LP had sent in excess of $12.5Million and $22.5Million, respectively, to ASR Advisor, for a combined total of approximately $35Million.  In this respect, money invested by individuals into Note Fund II and Note Fund III ultimately ended up in an entity that had no direct business relationship with either Note Fund II, Note Fund III, or any of the various intermediary entities.  Financial reports reflecting amounts paid to Glenrosa 32, LLC and ATG REIT RSC, LP to ASR Advisor were produced to the Commission at Bates ARCITERRA_0007137 and ARCITERRA_0007138, respectively.

16.     In addition, bank records produced by KS State Bank for an account in the name of Glenrosa 32, LLC indicate that in 2023 transfers of at least $131,100  have also been made to an entity called "Spike Holdings".

1     <u>ASR ADVISOR COLLECTED AND COMINGLED FUNDS</u>

2     17.   ArciTerra would aggregate funds from various entities under its and

3 Larmore's control at bank account held in the name of ASR Advisor.  This included

4 funds that originated from Glenrosa 32, LLC and ATG REIT RSC, LP.

5     18.   These cash transfers were recorded in the financial records of the various

6 entities in a general ledger account titled "due to ASR Advisor" or "due fr ASR

7 Advisor".  In the case of "due to ASR Advisor", that caption means that an entity was

8 the net recipient of funds FROM ASR Advisor and had a debt owed to ASR Advisor.

9 In the case of "due fr ASR Advisor", that caption means that an entity was the net

10 contributor of funds TO ASR Advisor.

11    19.   On a periodic basis, members of the staff at ArciTerra prepared a manual

12 spreadsheet that summarized all of the net contributions made to ASR Advisor from

13 various ArciTerra entities and net distributions made from ASR Advisor to various

14 ArciTerra entities.

15    20.   As of June 30, 2023, ASR Advisor had a net "due to" balance of over

16 $53Million.  In sum, that means that ASR Advisor collected- from various ArciTerra

17 entities- $53Million dollars more than it distributed to other ArciTerra entities under

18 its control.  This summary report was produced the Commission and labeled as

19 Exhibit 12.

20

21    <u>ASR ADVISOR DISTRIBUTED FUNDS FOR LARMORE PERSONAL USE</u>

22    21.   Money held in ASR Advisor's bank account- including funds contributed

23 by, and comingled with various ArciTerra entities- was used to pay Larmore in his

24 personal capacity and to pay personal expenses incurred by Larmore and members of

25 his family.  As a matter of practice, employees of ArciTerra recorded these

26 transactions in general ledger accounts titled "Due fr JML".

27    23.  Money held in an ASR Advisor's bank account- including funds

28 contributed by, and comingled with various ArciTerra entities- was used to pay an

entity called "JMMAL Investments, LLC".  As a matter of practice, employees of ArciTerra recorded these transactions in general ledger accounts titled "Due fr JMMAL".

24.     Transactions recorded in these general ledger accounts, "Due fr JML" and "Due fr JMMAL", reflect regular, monthly activity ranging in amounts from hundreds to millions of dollars.  Distributions to Larmore and JMMAL Investments, LLC.  are detailed in general ledger reports produced to the Commission at Bates ARCITERRA_0007367, ARCITERRA_0007327, ARCITERRA_0007289, ARCITERRA_0007249 and ARCITERRA_0007209.25. As of December 31, 2022- which is the last date at which financial information for ASR Advisor was determined to be accurate and up to date, Larmore owed $6,241,733.42 to ASR Advisor and JMMAL Investments, LLC owed $11,542,468.49 to ASR Advisor.  The combined total is approximately $17Million. This is reflected in financial reports produced to the Commission at Bates ARCITERRA_0007235.

//
//
//
//
//
//
//
//
//
//
//

25.     Funds were also distributed from ASR Advisor to entities called "CSL Investments, LLC " and "MML Investments, LLC" which are owned, all or in part, by Larmore and members of his immediate family.   As of December 31, 2022- which is the last date at which financial information for ASR Advisor was determined to be accurate and up to date-CSL Investments, LLC owed $9,752,372.12.  MML Investments, LLC owed $4,896,196.33.  This is reflected in financial reports produced to the Commission at Bates ARCITERRA_0007235.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was signed in San Francisco, California on November 21 , 2023.

MICHAEL D. FOLEY