# EXHIBIT LIST INDEX

## ( In Order of Appearance )

Exhibit 7

Exhibit 26

Exhibit 25

Exhibit 8

Exhibit 9

Exhibit 10

Exhibit 22

Exhibit 11

Exhibit 12

# EXHIBIT 7

| | |
|---|---|
| **From:** | Jon Larmore |
| **Sent:** | Thursday, May 4, 2023 9:54 AM |
| **To:** | Kathleen Bouet; kbrown@fishermensvillage.com; Katy Sharp |
| **Subject:** | Re: 05/03 FUNDING - PLEASE APPROVE |

If it's the standard Blaine set up do it

Jon Larmore
602-708-█████
iPhone

**From:** Kathleen Bouet <Kathleen.Bouet@arciterra.com>
**Sent:** Thursday, May 4, 2023 9:46:45 AM
**To:** Jon Larmore <Jon.Larmore@arciterra.com>; kbrown@fishermensvillage.com <kbrown@fishermensvillage.com>;
Katy Sharp <ksharp@fishermensvillage.com>
**Subject:** Re: 05/03 FUNDING - PLEASE APPROVE

Please let me know if approved to fund.

As I mentioned, this is the insurance for most of the properties.

Get Outlook for Android

**From:** Kathleen Bouet
**Sent:** Wednesday, May 3, 2023 2:14:08 PM
**To:** Jon Larmore <Jon.Larmore@arciterra.com>; kbrown@fishermensvillage.com <kbrown@fishermensvillage.com>;
Katy Sharp <ksharp@fishermensvillage.com>
**Subject:** 05/03 FUNDING - PLEASE APPROVE

We have the $45,900 payment pulling from the ATCO account today. Please confirm ok to fund. Will pull from AT ML
Leasehold (distrib) thru to Spike, loan over to ASR Advisors, consulting to ATCO.

Please confirm. Account needs to be funded for property insurance.

Thanks,

**Kathleen Bouet, CPA, CPM** | Consultant
ArciTerra Companies
2701 E. Camelback Rd., Ste 150
Phoenix, AZ 85016
O: (602) 424-███ | F: (602) 956-███
kathleen.bouet@arciterra.com

1

# EXHIBIT 26

:::

| | |
|---|---|
| **From:** | Jon Larmore <Jon.Larmore@arciterra.com> |
| **Sent on:** | Tuesday, January 10, 2023 12:33:36 AM |
| **To:** | Kathleen Bouet <Kathleen.Bouet@arciterra.com>; waterwisepools@gmail.com |
| **Subject:** | Fwd: Invoice 3528 from Herdrich Investments LLC |
| **Attachments:** | Inv_3528_from_Waterwise_Pools_10780.pdf (59.47 KB) |

Please pay this week

Jon Larmore
602-708-█████
iPhone

---

**From:** Diane McGarvey <
**Sent:** Monday, January 9, 2023 12:33:57 PM
**To:** AP <; Blaine Rice <
**Cc:** Jon Larmore <
**Subject:** Fwd: Invoice 3528 from Herdrich Investments LLC

Good Morning!

This invoice was submitted back in November.  Please advise when this vendor can expect payment.  Please let me know if you have any question.

My Best,

Diane McGarvey

Begin forwarded message:

**From:** <<chadherdrich@gmail.com>>
**Subject: Invoice 3528 from Herdrich Investments LLC**
**Date:** January 9, 2023 at 11:12:55 AM EST
**To:** <<jon.larmore@arciterra.com>>
**Cc:** <<dsmcgarvey@gmail.com>>

### Waterwise Pools

**Invoice** *Due:11/05/2022*
*3528*

Amount Due: **$4,500.00**

Dear Jon Laramore:

Your invoice-3528 for 4,500.00 is attached. Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,
Waterwise Pools

281-733-████

SEC-BouetK-E-0000002

SEC-BouetK-E-0000003



Waterwise Pools

5260 Central Parkway
Conroe, TX 77303

# Invoice

| Date | Invoice # |
| --- | --- |
| 11/5/2022 | 3528 |

| E-mail |
| --- |
| Waterwisepools@gmail.com |

| Bill To |
| --- |
| Jon Laramore<br>⬛⬛ Black Point Rd<br>Syracus, IN |

| Description | Amount |
| --- | --- |
| Contractors Labor cost  pool builders fee<br>Builder assist fee 1/2 Price for Jon | 4,500.00 |

| | Total | $4,500.00 |
| --- | --- | --- |
| | Payments/Credits | $0.00 |
| | Balance Due | $4,500.00 |

SEC-BouetK-E-0000004

# EXHIBIT 25

:::

| | |
|---|---|
| **From:** | Jon Larmore <Jon.Larmore@arciterra.com> |
| **Sent on:** | Tuesday, January 10, 2023 12:32:51 AM |
| **To:** | Kathleen Bouet <Kathleen.Bouet@arciterra.com> |
| **Subject:** | Fwd: Invoice 3530 from Herdrich Investments LLC |
| **Attachments:** | Inv_3530_from_Waterwise_Pools_10780.pdf (60.83 KB) |

Please pay this week

Jon Larmore
602-708-█████
iPhone

---

**From:** Diane McGarvey <
**Sent:** Monday, January 9, 2023 12:35:41 PM
**To:** AP <; Blaine Rice <
**Cc:** Jon Larmore <
**Subject:** Fwd: Invoice 3530 from Herdrich Investments LLC

This is another invoice from the same vendor that was sent back in November.

Thank you,

Diane McGarvey

> Begin forwarded message:
>
> **From:** waterwisepools@gmail.com
> **Subject: Invoice 3530 from Herdrich Investments LLC**
> **Date:** January 9, 2023 at 11:11:19 AM EST
> **To:** <<jon.larmore@arciterra.com>>
> **Cc:** <<dsmcgarvey@gmail.com>>

## Waterwise Pools

**Invoice** *Due:11/21/2022*
*3530*                                    Amount Due: **$8,138.91**

Dear Jon Laramore:

Your invoice-3530 for 8,138.91 is attached. Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,
Waterwise Pools

281-733-█████

SEC-BouetK-E-0000005

SEC-BouetK-E-0000006

Waterwise Pools

5260 Central Parkway
Conroe, TX 77303

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/21/2022 | 3530 |

| E-mail |
|--------|
| Waterwisepools@gmail.com |

| Bill To |
|---------|
| Jon Laramore<br>▉▉▉ Black Point Rd<br>Syracus, IN |

| Description | Amount |
|-------------|--------|
| Cover star 2nd half of cover and parts.<br>A $2100 credited was added to this invoices .  Cover star did not install this cover so you saved $2100 for this invoice | 8,138.91<br>0.00 |

| | Total | $8,138.91 |
|---|-------|-----------|
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $8,138.91 |

# EXHIBIT 8

| | |
|---|---|
| **From:** | Jon Larmore <Jon.Larmore@arciterra.com> |
| **Sent:** | Monday, April 17, 2023 1:35 AM |
| **To:** | ███████████@gmail.com |
| **Subject:** | The Perfect Storm Sale | Loss of Father | Hurricane | Divorce | New Beginning | Business Retreat Invitation – Lake Wawasee | Syracuse Indiana |

All of you have had an impact in my life, as I am sending this to all my contacts without editing, I want to thank God that each of you have been a part of my life. Whether your impact was positive or negative it has been a part of my journey to where I am today. I have realized over the past several months that the best path for me moving forward is to shed the baggage of my past and start fresh. I would like to provide an opportunity for each of you to reach out regarding any assets you believe you should be given custody of and how you will you use it for a good wholesome reason.

PLEASE FEEL FREE TO FORWARD TO OTHERS

**Assets to be sold:**

- If you know about it I will sell it.
- Click the link below
  - https://www.arciterra.com/portfolio
  - Any other commercial properties I own (in part or full). If you know about something that is not listed please ask.
  - Whitefish MT
  - TN Residential lots
- Account Receivables for tenants to be sold tenant by tenant or property by property
- Audit rights. I suspect many tenants have not reported sales accurate at several properties over the years. This acquisition will allow you to audit their books and collect any money owed under the tenant lease. The auditor may find that underreported sales could mean underreported sales tax
- Audit and collection rights to:
  - Employee and Corporate theft at each entity level (make offer, immunity provided with accepted offer)
  - Overbilling by underperforming vendors
  - Insurance Audit Rights P&C
  - Insurance Fraud Claims related to any improperly obtained policy improperly sold or facilitated
- Title and collection rights of a Ferrari and Porsche located in Jeremy Hamilton's garage
- Collection rights to money stolen by various acquaintances and business partners that I have unfortunately encountered
- Ski Equipment, bicycles, one wheels, golf cart, Can Am
- Aston Martin, Range Rover, Jeep Wrangler, Ford F250, Jeep Cherokee, Cadillac Escalade,
- 2 13-foot Boston Whaler, Nautique Paragon, Pontoon Boat, 5 Jet Skis, sail boat, surf jet, fly board, E Foil, Water Slide, skis surf boards etc.
- Jade Art pieces that my good friend Mark ████ (deceased) bought for his wife. (I am sure his children will want it one day)
- A gold clock, frog ring, gold bracelet, black pearl necklace which belonged to my Mimi, as well as other family items (hopefully these will be purchased by a family member)
- Luggage, clothes, purses, shoes, belts, suits, etc. – If you have seen it make an offer
- All jewelry will be sold:
  - Watches, Diamond Rings, Necklaces Bracelets, and Earrings- If you have seen it make an offer
,All real property will be sold:
  - ████ North Blackpoint Rd. Syracuse IN

1

- o ▮▮▮ Northeast Wawasee Dr. Syracuse, IN
- o Various Lots in Enchanted Hills Syracuse, IN
- o ▮▮▮ East Mariposa Phoenix AZ (requires Michelle's approval)
- o ▮▮▮ North 54th Street Phoenix AZ
- o Lutheran Hospital Medical Office Condominium (requires Marcia approval)
- o ▮▮▮ North Camino Allenda Phoenix AZ  (requires Marcia's approval)
- o ▮▮▮ East Highland View Drive Syracuse IN (requires Marcia's approval)
- o ▮▮▮ LaBalme Trail Fort Wayne IN (requires Marcia's approval)
- Furnishings in properties to be sold with property
- Boats to be sold with property or with rights to dockage when applicable and in best interest.

## PLEASE LET ME KNOW IF YOU CAN THINK OF ANYTHING ELSE I HAVE OF VALUE THAT CAN BE SOLD!

**EVERYONE WILL BE RESPONSIBLE FOR COLLECTION OF ANY DATA EXPENSES LEASES ETC. I WILL MAKE MY TEAM IN ARIZONA AVAILABLE TO ASSIST BUT I WANT EVERYTHING SOLD NO LATER THAN JUNE 30TH, 2023.  75 DAYS FROM TODAY.**

Each of you have a unique set of skills and resources. I believe when combined and applied to the assets I am selling at market values it will provide unique opportunities for you, and solutions for me so that I can finish dividing assets with my wife Michelle. I am open to all structures including long term leases, sales refinances, joint ventures, etcetera as long as it gets Michelle (and any other third party investors) their portion of the value out in cash at market price.

### Planning Trip- Invitation Only

If you also have an interest in being invited to a retreat at Lake Wawasee next weekend, please let Courtney know.  I am planning a fun event that encourages business discussions and action.  The retreat will begin Thursday, April 20th through Sunday, April 23rd. I am aiming to provide an opportunity for everyone to relax, unwind, and bond while focusing on business opportunities, solutions, future goals, and strategies. **Contact Courtney at** ▮▮▮**@gmail.com if you are interested in being invited** and where you will be traveling from, what sleeping accommodations are needed, what days you will be staying, and the matter you are hoping to discuss. **I will not be responding to phone calls or emails** regarding this retreat please run all communication through Courtney.

This will be a great time to discuss all sales opportunities above and new opportunities below.

### Outline for the trip:

- Dates: Thursday, April 20th to Sunday, April 23rd- Depending on response we have homes around the lake and rooms reserved at Oakwood on Lake Wawasee
- Business Focus:
  - Container Home Creations- Proto type should be completed Thursday
  - Car Rental Company- Tyler ▮▮▮ has experience, as does his father, Greg ▮▮▮ and we can operate out of any of my properties.
  - Boat Rental Company- See above
  - Jet Charter Company- Tyler ▮▮▮ has begun discussions with operator that will fly us this weekend to acquire 4 additional EMR 145 LR aircraft to convert to VIP interior.  We have also had meeting with numerous FBO's across the country (which have service centers) and there is an opportunity to partner with them on their real estate and leverage their connections as a service centers.
  - Urban Office Opportunities
  - Selling Assets (26 states and 90 properties)- Open to all I can sell or that can provide the cash to give Michelle her fair market share.
  - Fishermens Village Projects
    - o Big Sky Montana

- o  Punta Gorda
  - ▪  Fishermens Cove
  - ▪  Fishermens Marina
- o  Lake Wawasee
- o  Sylvan Lake | Kendallville IN
- o  Deerfield Mass

**Activities for the retreat:**
- •  Meal at Channel Marker
- •  Group Business Meeting
- •  Massages (available to schedule)
- •  Meal at Oakwood
- •  Card Games
- •  Evening at The Frog
- •  Boat Rides
- •  Fun Food Games Drinks and Outdoor Activities Provided

I hope that everyone will come and enjoy the weekend, which is designed to promote teamwork, productivity, and networking opportunities. We have arranged all the necessary accommodations and meals for the trip, so you can fully enjoy the retreat and the beautiful surroundings.

Again, please RSVP by contacting **Courtney,** ⬛⬛⬛⬛⬛⬛⬛ **@gmail.com** with where you will be traveling from, what sleeping accommodations are needed, what days you will be staying, and the matter you are hoping to discuss. I have a total of 30 seats available from Punta Gorda to Goshen Indiana at 2 PM Thursday returning Sunday evening at 8 PM. Seating is first come first served but 13 are already reserved. I look forward to spending a memorable weekend with all of you.

We may also be having a subsequent retreat planned in Punta Gorda, FL within the next month.

Best regards,

Jon

**Jon Larmore** | CEO
ArciTerra Companies
2701 E. Camelback Rd., Ste 150
Phoenix, AZ 85016
O: (602) 840-6800 | C: (602) 708-⬛⬛⬛
Jon.Larmore@arciterra.com

3

# EXHIBIT 9

## RESOLUTION OF MEMBER OF
## ARCITERRA COMPANIES, LLC

The undersigned, being the sole Member of **Arciterra Companies, LLC**, an Arizona limited liability company organized and existing under the laws of the State of Arizona (the "Company"), does hereby waive all notice and consent to the following action to be taken by the Company in lieu of a special meeting:

### I

**WHEREAS,** Jonathan M. Larmore ("Larmore") is the current limited liability company manager of Company ("Manager").

**WHEREAS,** Larmore hereby resigns as Manager in compliance with that certain Rule 69 letter agreement dated August 25, 2023 ("Letter Agreement").

### II
#### Appointment as Manager of Affiliated Entities

**WHEREAS,** Pursuant to the Letter Agreement, Dan DeCarlo ("DeCarlo") and Blaine Rice ("Rice") have been engaged as "interim co-directors" of properties and entities managed by Company.

**WHEREAS,** In order to facilitate the directives of the Letter Agreement, Member has determined that it is in the best interest of the Company to appoint DeCarlo and Rice as co-Managers of Company.

**BE IT RESOLVED**, effective immediately, the Member hereby accepts and grants the appointment of DeCarlo and Rice as co-Managers of the Company.

**BE IT FURTHER RESOLVED**, that the authority granted to DeCarlo and Rice is to be exercised by them jointly, rather than independently.

**BE IT FURTHER RESOLVED**, that any title or position other than co-Manager now or previously held by DeCarlo or Rice with respect to the Company is hereby relinquished and resigned.

### III
#### Further Acts and Indemnity

**BE IT FURTHER RESOLVED,** that the co-Managers are hereby authorized and directed, on behalf of the Company, to take such actions and to execute and deliver such documents, certificates and instruments as are necessary to finalize the resignation of

Larmore as Manager, and the appointment of DeCarlo and Rice as co-Managers.

**BE IT FURTHER RESOLVED**, that the provisions of Section 10 of the operating agreement of the Company regarding indemnification and defense shall apply to DeCarlo and Rice in their capacities as Co-Managers and in any other position or role held, past, present or future, which would permit indemnification as provided in such Section 10. In addition, the Company shall advance to an indemnitee his attorney fees and costs of defending any action relating to acts performed or omitted to be performed by the indemnitee in connection with the business of the Company.

### III
### Miscellaneous

**BE IT FURTHER RESOLVED**, that the authority conferred on the Authorized Signatories by these resolutions shall remain in full force and effect until written action of revocation by further resolution of the Company, but in no event during the term of the Letter Agreement;

**BE IT FURTHER RESOLVED**, this Resolution shall be filed in the Records Book of the Company with the Manager's and Member's meetings.

**EXECUTED** and **EFFECTIVE** as of September ___1___, 2023.

SOLE MEMBER:

CSL Investments, LLC
an Indiana limited liability company

Jonathan M. Larmore, Manager

Confirmation of Resignation:

Jonathan M. Larmore

Acceptance of Appointment:

Dan DeCarlo

Blaine Rice

# EXHIBIT 10

DocuSign Envelope ID: F206F594-0240-497E-8202-0568CDB1F86C

This Rule 69 Agreement shall not be filed with the court unless either side needs to enforce it consistent with the prior Temporary Order dated June 28, 2023. This Rule 69 Agreement shall supplement, not supersede, the Temporary Order dated June 28, 2023. To the extent of a conflict between the June 28, 2023 Temporary Order and this Rule 69 Agreement, this Agreement shall control.

1. Plane proceeds have been distributed. Michelle received $250,000.00 payment which Jon did not receive. Both parties did receive $1,237,112.88. These unequal payments will be reconciled with all other personal expenses and payments as detailed below.

2. Jon and Michelle acknowledge and agree that for the purpose of this agreement all assets and liabilities acquired after the date of their marriage 11/25/1998 and through the date of Michelle's filing March 14, 2023 for Legal Separation are community assets and liabilities. All community assets and liabilities shall be split equally 50/50. If either party is found to have purposefully hidden or not disclosed any assets then the entirety of the value of the hidden or non-disclosed asset shall be solely given to the other partyThis shall be determined by the preponderance of the evidence as determined by Dan and Blaine with any disagreement determined by Barry Brody. Any assets or liabilities acquired outside those dates shall be deemed sole and separate and to the extent funded by the community the community will be repaid without interest or profits. . Jon hereby confirms that the entity that owns the residence located at ███ Rynearson Buchanon Michigan is solely owned and managed by Jon and Michelle's son, ████████ Larmore.

3. Blaine and Dan shall act as interim co-directors of all community LLCs owning or having any interest in the properties or businesses for a period of one year as shortened or extended by agreement of the parties. They shall jointly make decisions regarding liquidation sales and any and all issues related to disposition and management of those assets and related bank accounts. They shall be each be compensated $50,000 per month and shall each be paid ½ of one percent fee for the gross value of all properties sold. Michelle and Jon shall work through their agent (Blaine or Dan) but shall refrain from being directly involved in any contact with any lender or entity in relation to their ownership of the community property without permission from both Dan and Blaine unless compelled by a court. This is not meant to discourage Jon or Michelle from providing insight and acumen but intended to leave all management and control of all properties and accounts in the fiducial capacity of Blaine and Dan. Blaine and Dan's joint decisions are subject to review as provided in paragraph 4, below. Appropriate amendments to operating agreements, resignations, etc. to be addressed to facilitate this authority. If Dan or Blaine believe there is a violation of this agreement, they shall notify the other along with the violator in writing of the offence. Upon a

second notice in writing for the same offence on the same specific manner the violating party shall pay (receive a debit in the final reconciliation) the non-interfering party an amount equal to $100,000. Any such violations will be determined by Barry Brody. In no instance may any decision made by Dan and Blaine materially increase the liability of Jon and/ or Michelle as compared to already executed documents without the express written consent of the party or parties who are or may incur additional liability.

4. Dan and Blaine will have full authority and will engage appropriate qualified professionals including forensic accountants, lawyers and management staff to assist in this process and facilitate management and equitable division of all assets and determine course of action. They shall reasonably pursue all third-party claims to the fullest extent of the law where a net recovery is likely (including but not limited to check fraud which is thought to have occurred within the company accounts, as seen by increased scrutiny by KS State Bank and the plethora of voided checks in the company's books). Dan and Blaine's roles include but are not limited to jointly:
    a. Market and sell commercial assets owned by the parties as determined appropriate.
    b. Retain and manage commercial assets not deemed appropriate for sale at this time.
    c. Negotiate with buyers, lenders, vendors etc. to achieve a commercially reasonable economic outcome of the situation.
    d. Execute agreements on behalf of the entities that are of benefit to Jon/Michelle respectively regarding the LLCs and underlying real properties.
    e. Distribute free cash flow equally (but not less than $50,000 per month each, provided it is available) to the parties and provide full accounting of the same after payment of operating expenses, settlement payments of any kind and other business-related expenses. After reconciliation through the date of this agreement Jon and Michelle shall be responsible for the payment of all their own bills. The company shall pay ████████ and ████████ s portion of the Amex and company expenses approved by Dan and Blaine.

5. Dan and Blaine will make joint decisions. Should there be *any* disagreement involving any account, sale, property, or transaction that they cannot resolve promptly, the parties shall defer to the adjudication of Barry Brody for binding authority over that issue. Brody's fees to be paid by the parties equally and subject to reallocation should Brody deem unreasonableness by one of the parties. Presumptively, any disagreement would be conveyed by email to all parties and to counsel and copied to Brody who, at his earliest convenience and preferably within 2 business days, would convene an informal phone or Zoom session to resolve the impasse. If Jon or Michelle are in disagreement with any

decision being made by Dan and Blaine, they too may petition Barry Brody regarding the matter at hand.

6. Dan and Blaine will reconcile all living expenses since March 14, 2023 so that each party receives equal funds from the company for the assets they were awarded possession regarding the homes and BBella yacht. Future living and housing expenses from the date of this agreement will also be paid and reconciled so that each party receives equal money from the company, provided that for reconciliation purposes, (i) up to June 28, 2023, the costs associated with (a) Blackpoint, the Phoenix, AZ residences, the lake cottage and the Telluride timeshare shall be assumed to be equal costs of Jon and Michelle, (ii) from June 28, 2023 until the date hereof, the costs of associated with the foregoing residences shall be assumed to be costs of Michelle, (iii) up to the date hereof, the costs associated with BBella shall be assumed to be a cost of Jon and (iv) from and after the date hereof, the costs associated with (a) the Phoenix residences shall be shared equally by Jon and Michelle until sold, at which time net proceeds shall be evenly split between Jon and Michelle, (b) the Blackpoint residence and Telluride timeshare shall be assumed to be a cost of Michelle (and shall be the sole and separate property of Michelle from and after the date hereof subject to Jon's first right of refusal to purchase Blackpoint at the highest bona fide offer to buy that Michelle can secure ) and (c) the Pier 217 lake cottage and BBella shall be assumed to be a cost of Jon (and shall be the sole and separate property of Jon from and after the date hereof). In addition, the lots located at Enchanted Hills Syracuse IN shall be assumed to be the sole and separate property of Jon from and after the date hereof. The parties shall execute such instruments as may be reasonably necessary to affect the foregoing. No additional unequal amounts shall be paid from company funds for or on behalf of either Jon or Michelle. The parties agree as a part of final settlement to true-up all amounts they have received from the Company since March 14, 2023, whether as payments under the Rule 69 Agreement or as credit card charges that the Company has paid on either party's behalf from any other source whatsoever. Jon and Michelle have the right to intervene on any decision on final reconciliation. The $50,000 monthly payments to Michelle under the initial Rule 69 Agreement are hereby terminated and the Rule 69 Agreement is hereby modified in favor of this provision for both parties' interim support (but subject to Section 4.e above). Jon, Michelle, █████ and █████ shall each be permitted to acquire health insurance through the company at the company's expense.

7. As a condition precedent of this Rule 69 supplemental agreement coming into effect, Blaine shall terminate all subsequent individual trustees' rights and standing under the Larmore Gift Trust that owns real property and that benefits their children █████ and █████. Blaine shall remain Trustee under the Larmore Gift Trust until all Trust assets are liquidated or a period of three years

DocuSign Envelope ID: F206F594-0240-497E-8202-0568CDB1F86C

whichever occurs first. The parties will use best efforts to ensure that Jon shall remain in effective and actual control (through controlling entities) of all of the entities owning real property under the Trust. Any party to this agreement interfering with this control directly or indirectly shall assume personal liability for their actions and all distributions and payments under this agreement shall immediately cease. The Parties will sign whatever documentation necessary so that Jon has the fullest control of all Larmore Gift Trust assets of the children, ▮▮▮▮▮ Larmore and ▮▮▮▮▮ Larmore allowed under the law. Regardless Blaine shall retain the right to intercede as Trustee if in his professional opinion Jon is using the funds for a purpose not for the ultimate benefit of ▮▮▮▮▮ and ▮▮▮▮▮

8. Barry Brody will act as final arbiter of any disputes regarding the language and interpretation of this supplemental agreement and of any further drafting of a final agreement incorporating the terms of this supplemental agreement.

The undersigned hereby accepts this agreement as to form and content as a binding Rule 69 Agreement, and enter into it voluntarily, without duress or coercion and have accepted it as being fair and equitable, with advice of counsel and in the best interests of the minor child.

| | | | |
|---|---|---|---|
| Michelle Larmore | *Michelle Larmore* | Date | 8/26/2023 |
| Blaine Rice | *Blaine Rice* | Date | 8/26/2023 |
| Jon Larmore | | Date | 8 / 27 / 2023 |
| Dan DeCarlo | | Date | 8 / 27 / 2023 |

Accepted as to Form

| | | | |
|---|---|---|---|
| Gregg Woodnick | *Gregg Woodnick* | Date | 8/26/2023 |
| Jeffrey Pollitt | | Date | 8/28/2023 |

# EXHIBIT 22

ENTITES TO BE SENT TO SEC

GREY - SOLD PROPERTY

| # | Entity | Property Name | 2nd Tier Parent | Immediate Parent | FINANCIALS RECONCILED THRU | Type of Entity | Address of Property | City | State | Zip | Notes |
|---|--------|---------------|-----------------|------------------|----------------------------|----------------|---------------------|------|-------|-----|-------|
| 1 | ASI001 | ASI Corp - Belleville | | SYNDICATED | June 2023 | Holding | | | | | |
| | ASI003 | AT Belleville - Outlots | SYNDICATED | ASI Corp | | Property | 5875-5701 BELLEVILLE CROSSING ST | BELLEVILLE | IL | 62226-3105 | SOLD 08.2019 |
| | ASI004 | AT Belleville - Inline | SYNDICATED | ASI Corp | In receivership - June 2023 | Property | 5541 BELLEVILLE CROSSING ST | BELLEVILLE | IL | 62226-3103 | |
| 2 | ASR109 | ASR Plaza OK | | SYNDICATED | June 2023 | Holding | | | | | |
| | ASR110 | ATA Plaza OK | SYNDICATED | ASR PLAZA | | Property | 8108 S LEWIS AVE  8272 | TULSA | OK | 74137-1207 | |
| 3 | ASR118 | ASR Briargate Lindenhurst | | SYNDICATED | June 2023 | Holding | | | | | |
| | ASR119 | AT Briargate IL | SYNDICATED | ASR Briar & Linden | In receivership - May 2023 | Property | 456-464 REDINGTON DR | SOUTH ELGIN | IL | 60177-3312 | |
| | ASR120 | AT Lindenhurst IL | SYNDICATED | ASR Briar & Linden | | Property | 2042 E GRAND AVE | LINDENHURST | IL | 60046-9030 | |
| 4 | ASR126 | ASR Wheatland IL | | SYNDICATED | June 2023 | Holding | | | | | |
| | ASR127 | AT Wheatland Naperville IL | SYNDICATED | ASR WHEATLAND | In receivership - May 2023 | Property | 3124 S ROUTE 59  3224 | NAPERVILLE | IL | 60564-8032 | |
| 5 | ASR129 | ASR Centerville & Colony | | SYNDICATED | June 2023 | Holding | | | | | |
| | ASR130 | AT Centerville GA | SYNDICATED | ASR CENTERVILLE & COLONY | June 2023 | Property | 3555 CENTERVILLE HWY | SNELLVILLE | GA | 30039-6456 | |
| | ASR131 | AT Colony Fitzgerald GA | SYNDICATED | ASR CENTERVILLE & COLONY | June 2023 | Property | 262 OCILLA HIGHWAY | FITZGERALD | GA | 31750 | SOLD 09.2016 |
| 6 | ASR301 | ASR Echelon | | SYNDICATED | June 2023 | Holding | | | | | |
| | ASR302 | AT Altus Echelon IN | SYNDICATED | ASR ECHELON | | Property | 5252 E 82ND ST | INDIANAPOLIS | IN | 46250-5703 | |
| 7 | N02001 | Arciterra Note Fund II LLC | | NFII ADVISORS | June 2023 | Holding | | | | | |
| | N02002 | Arciterra Note Fund II Inv | NFII ADVISORS | NFII LLC | June 2023 | Holding | | | | | |
| | N02020 | Arciterra Vermont | NFII LLC | Note Fnd II Inv | | Property | 120 E VERMONT ST | INDIANAPOLIS | IN | 46204-1821 | |
| | N02023 | Arciterra Montecito I | NFII LLC | Note Fnd II Inv | | Property | 3217 E MONTECITO AVE | PHOENIX | AZ | 85018-3914 | SOLD 05.2022 |
| 8 | N03001 | Arciterra Note Fund III | | NFIII ADVISORS | June 2023 | Holding | | | | | |
| | N03002 | Arciterra Note Fund III Inv | NFIII ADVISORS | NFIII LLC | June 2023 | Holding | | | | | |
| | N03007 | Arciterra Westgate | NFIII LLC | NFIII INV | | Property | 5103-5173 W WASHINGTON ST | INDIANAPOLIS | IN | 46241 | SOLD 02.2020 |
| | N03008 | AT Concord LLC | NFIII LLC | NFIII INV | | Property | 2105 W CONCORD PL APT 5 | CHICAGO | IL | 60647-9515 | SOLD 04.2018 |
| | NS002 | AT Canal Winchester OH | NFIII LLC | NFIII INV | | Property | 6130 GENDER RD | CANAL WINCHESTER | OH | 43110-2054 | SOLD 05.2018 |
| | NSI001 | Arciterra NS Investment Co | NFIII LLC | NFIII INV | June 2023 | Holding | | | | | |
| 9 | R01002 | Arciterra REIT Inc. | | Investors | June 2023 | Holding | | | | | |
| | R01001 | 2006 Operating Partnership | Investors | REIT Inc | June 2023 | Holding | | | | | |
| | R01023 | Arciterra REIT 1 Member | Reit Inc | 2006 Opr Part | | Holding | | | | | |
| | R01003 | 8001 Vaughn Road Montgomery | 2006 Opr Part | Reit 1 Member | June 2023 | Property | 8001 VAUGHN RD | MONTGOMERY | AL | 36116-6713 | |
| | R01004 | 601 Trenton Road McAllen | 2006 Opr Part | Reit 1 Member | June 2023 | Property | 601 TRENTON RD | MCALLEN | TX | 78504-2107 | |
| | R01005 | Arciterra Michigan Road | 2006 Opr Part | Reit 1 Member | May 2023 | Property | 8320-30 MICHIGAN RD | INDIANAPOLIS | IN | 46268-3824 | |
| | R01006 | Arciterra Mov Gal Goddard KS | 2006 Opr Part | Reit 1 Member | | Property | 19931 W KELLOGG | GODDARD | KS | 67052 | FORECLOSED 11.2011 |
| | R01007 | 1921 Gallatin Pike Nashville | 2006 Opr Part | Reit 1 Member | June 2023 | Property | 1921 GALLATIN PIKE N | MADISON | TN | 37115-2027 | |
| | R01008 | 5450 US Highway 80 E Pearl | 2006 Opr Part | Reit 1 Member | April 2023 | Property | 5450 HIGHWAY 80 E  68 | PEARL | MS | 39208-8924 | |
| | R01009 | 700 N Grand Ave Mt Pleasant | 2006 Opr Part | Reit 1 Member | June 2023 | Property | 700 N GRAND AVE | MT PLEASANT | IA | 52641-3131 | |
| | R01010 | 60 Colonial Promenade Alabaster | 2006 Opr Part | Reit 1 Member | June 2023 | Property | 60 COLONIAL PROMENADE PKWY | ALABASTER | AL | 35007-3180 | |
| | R01012 | 81 Jameson Lane Greenville | 2006 Opr Part | Reit 1 Member | June 2023 | Property | 81 JAMESON LN | GREENVILLE | AL | 36037-8023 | |
| | R01013 | 752 S Andy Griffith Mt Airy | 2006 Opr Part | Reit 1 Member | June 2023 | Property | 752 S ANDY GRIFFITH PKWY | MOUNT AIRY | NC | 27030-4022 | |
| | R01014 | Walcent Arkadelphia AR | 2006 Opr Part | Reit 1 Member | In receivership - May 2023 | Property | 112 WP MALONE DR | ARKADELPHIA | AR | 71923-7313 | |
| | R01015 | Walcent Elk/IN | 2006 Opr Part | Reit 1 Member | June 2023 | Property | 2719 EMERSON DR  33 | ELKHART | IN | 46514-5645 | |
| | R01016 | 2513 E North St Kendallville | 2006 Opr Part | Reit 1 Member | April 2023 | Property | 2513 E NORTH ST  21 | KENDALLVILLE | IN | 46755-3231 | |
| | R01017 | Walcent Lawton OK | 2006 Opr Part | Reit 1 Member | | Property | 2413 NW 67TH ST | LAWTON | OK | 73505-1331 | SOLD 02.2019 |
| | R01018 | Walcent Morrilton AR | | 2006 Opr Part | | Property | 100 WALMART DRIVE | MORRILTON | AR | 72110 | FORECLOSED 11.2012 |
| | R01019 | Walcent Newc/IN | | 2006 Opr Part | | Property | 3167 S STATE ROAD 3 | NEW CASTLE | IN | 47362 | FORECLOSED 12.2012 |
| | R01020 | 412 Cross Oaks Mall Plainwell | 2006 Opr Part | Reit 1 Member | April 2023 | Property | 411413 OAKS XING | PLAINWELL | MI | 49080-1929 | |
| | R01021 | Walcent Waynesboro MS | 2006 Opr Part | Reit 1 Member | | Property | 1310 AZELEA DR | WAYNESBORO | MS | 39367 | SOLD 07.2015 |
| | R01022 | 5339 Elvis Presley Blvd Memphis | 2006 Opr Part | Reit 1 Member | May 2023 | Property | 5339 ELVIS PRESLEY BLVD | MEMPHIS | TN | 38116-8243 | |
| 10 | R02001 | Arciterra National REIT Inc | | Investors | June 2023 | Holding | | | | | |
| | R02002 | Arciterra National REIT LP | Investors | National REIT Inc | June 2023 | Holding | | | | | |

SEC-BouetK-E-00001331

**ENTITES TO BE SENT TO SEC**

**GREY - SOLD PROPERTY**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| R02010 | Arciterra AA Barbourville KY | National REIT Inc | National REIT LP | | Property | 1204 S US HIGHWAY 25E | BARBOURVILLE | KY | 40906 | SOLD 04.2013 |
| R02011 | Arciterra AA Lincoln NE | National REIT Inc | National REIT LP | | Property | 2101 S 10TH ST | LINCOLN | NE | 68502 | SOLD 06.2012 |
| R02012 | Arciterra AA Manistee MI | National REIT Inc | National REIT LP | | Property | 1579-1631 US 31 SOUTH | MANISTEE | MI | 49660 | SOLD 04.2013 |
| R02013 | Arciterra AA Papillion NE | National REIT Inc | National REIT LP | | Property | 1220 N WASHINGTON ST | PAPILLION | NE | 68046 | SOLD 06.2012 |
| R02014 | Arciterra AA Theodore AL | National REIT Inc | National REIT LP | | Property | 7285 THEODORE DAWES RD | THEODORE | AL | 36582 | SOLD 07.2012 |
| R02015 | Arciterra AA West Liberty KY | National REIT Inc | National REIT LP | | Property | 323 MAIN STREET | WEST LIBERTY | KY | 41472 | SOLD 04.2013 |
| R02016 | Arciterra AZ Willis TX | National REIT Inc | National REIT LP | | Property | 801 E FM 1097 | WILLIS | TX | 77378 | SOLD 11.2012 |
| R02017 | Arciterra FD Bowman SC | National REIT Inc | National REIT LP | May 2023 | Property | 6711 CHARLESTON HWY | BOWMAN | SC | 29018-8528 | |
| R02018 | Arciterra FD Ehrhardt SC | National REIT Inc | National REIT LP | | Property | 13985-13995 BROXTON BRIDGE RD | EHRHARDT | SC | 29081 | SOLD 05.2021 |
| R02019 | Arciterra FD Greeleyville SC | National REIT Inc | National REIT LP | June 2023 | Property | 10000 US HIGHWAY 521 | GREELEYVILLE | SC | 29056-8843 | |
| R02020 | Arciterra FD Paxville SC | National REIT Inc | National REIT LP | | Property | 10464 SCOTT AVE | PAXVILLE | SC | 29102 | SOLD 10.2013 |
| R02021 | Arciterra FD Turbeville SC - New | National REIT Inc | National REIT LP | | Property | 5191 TURBEVILLE HWY | TURBEVILLE | SC | 29162-9164 | SOLD 01.2022 |
| R02023 | Arciterra SW Burton MI | National REIT Inc | National REIT LP | | Property | 1325 N BELSAY RD | BURTON | MI | 48509 | SOLD 05.2014 |
| R02024 | Arciterra SW Kalamazoo MI | National REIT Inc | National REIT LP | | Property | 5212 E MILLER RD | KALAMAZOO | MI | 49048 | SOLD 11.2012 |
| R02025 | Arciterra SW Lorain OH | National REIT Inc | National REIT LP | | Property | 2280 COOPER FOSTER PARK | LORAIN | OH | 44053 | SOLD 06.2012 |
| R02026 | Arciterra VN Clarksville TN | National REIT Inc | National REIT LP | June 2023 | Property | 2135 LOWES DR | CLARKSVILLE | TN | 37040-6686 | |
| R02027 | Arciterra VN Columbia TN | National REIT Inc | National REIT LP | | Property | 311 JAMES CAMPBELL BLVD | COLUMBIA | TN | 38401 | SOLD 12.2014 |
| R02028 | Arciterra VN Dickson TN | National REIT Inc | National REIT LP | April 2023 | Property | 100 LOUISE DR | DICKSON | TN | 37055-2313 | |
| R02029 | Arciterra VZ Rome GA | National REIT Inc | National REIT LP | | Property | 805 BROAD ST | ROME | GA | 30161 | SOLD 12.2014 |
| R02030 | Arciterra WG Milwaukee WI | National REIT Inc | National REIT LP | June 2023 | Property | 8488 W BROWN DEER RD | MILWAUKEE | WI | 53224-2111 | |
| R02032 | Arciterra WG Kilmarnock | National REIT Inc | National REIT LP | | Property | 537 MAIN ST | KILMARNOCK | VA | 22482 | SOLD 10.2011 |
| R02033 | BDS, LLC - Bogalusa | National REIT Inc | National REIT LP | | Property | 329 SUPERIOR AVE | BOGALUSA | LA | 70427 | SOLD 12.2012 |
| R02034 | Arciterra Bell York SC | National REIT Inc | National REIT LP | | Property | 513 KINGS MOUNTAIN ST | YORK | SC | 29745 | SOLD 07.2017 |
| R02035 | Arciterra WM Douglasville | National REIT Inc | National REIT LP | | Property | 3296 HIGHWAY 5 | DOUGLASVILLE | GA | 30135 | SOLD 03.2012 |
| R02036 | Arciterra AA Pearl MS | National REIT Inc | National REIT LP | | Property | 3107 HIGHWAY 80 E | PEARL | MS | 39208 | SOLD 06.2012 |
| R02037 | Arciterra DG Campbellsville KY | National REIT Inc | National REIT LP | | Property | 1102 ELKHORN RD | CAMPBELLSVILLE | KY | 42718 | SOLD 07.2013 |
| R02038 | Arciterra DG Greenville KY | National REIT Inc | National REIT LP | | Property | 50 DAME WAY | GREENVILLE | KY | 42345 | SOLD 07.2013 |
| R02039 | Arciterra DG Junction City KY | National REIT Inc | National REIT LP | | Property | 108 HENRY ST | JUNCTION CITY | KY | 40472 | SOLD 08.2013 |
| R02040 | Arciterra DG North Bend OH | National REIT Inc | National REIT LP | | Property | 280 THREE RIVERS PKWY | NORTH BEND | OH | 45052 | SOLD 12.2012 |
| R02041 | Arciterra DG Ravenna KY | National REIT Inc | National REIT LP | | Property | 719 MAIN ST | RAVENNA | KY | 40972 | SOLD 08.2013 |
| R02042 | Arciterra DG Shepherdsville KY | National REIT Inc | National REIT LP | | Property | 120 HUSTON DR | SHEPHERDSVILLE | KY | 40165 | SOLD 03.2013 |
| R02043 | Arciterra DG South | National REIT Inc | National REIT LP | | Property | 480 W COLUMBUS RD | SOUTH CHARLESTON | OH | 45368 | SOLD 11.2013 |
| R02044 | Arciterra DG Wister OK | National REIT Inc | National REIT LP | | Property | 597 HIGHWAY 271 | WISTER | OK | 74966 | SOLD 04.2013 |
| R02045 | Arciterra GC Johnson City NY | National REIT Inc | National REIT LP | | Property | 665 HARRY L DRIVE | JOHNSON CITY | NY | 13790 | SOLD 12.2014 |
| R02046 | Arciterra AZ Temple GA | National REIT Inc | National REIT LP | | Property | 335 CARROLTON ST | TEMPLE | GA | 30179 | SOLD 09.2013 |
| R02047 | Arciterra OR Battle Creek MI | National REIT Inc | National REIT LP | | Property | 1419 W COLUMBIA AVE | BATTLE CREEK | MI | 49015 | SOLD 06.2012 |
| R02048 | Arciterra BP Olathe KS | National REIT Inc | National REIT LP | June 2023 | Property | 12051 S RENNER BLVD | OLATHE | KS | 66061-9533 | |

**BELOW ENTITES ARE OWNED BY NFII/ NFIII - SPLIT % OWNERSHIPS NOTED BELOW**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | R03002 | ATG REIT RSC, LP | | 34.04% NFII, 65.96% NFIII | June 2023 | Holding | | | | |
| | R03003 | Arciterra Noble West | 34.04% NFII, 65.96% NFIII | ATG REIT RSC | June 2023 | Property | 14741-65 HAZEL DELL XING | NOBLESVILLE | IN | 46062-7023 | |
| | R03004 | Arciterra Olathe Pointe | 34.04% NFII, 65.96% NFIII | ATG REIT RSC | April 2023 | Property | 14665-14695, 14905-95 W 119TH ST | OLATHE | KS | 66062-8600 | |
| | R03005 | Arciterra USB Bismark ND | 34.04% NFII, 65.96% NFIII | ATG REIT RSC | | Property | 3318 N 14TH ST | BISMARK | ND | 58503 | SOLD 06.2011 |
| | R03006 | Arciterra Star Lancaster OH | 34.04% NFII, 65.96% NFIII | ATG REIT RSC | | Property | 1610 N MEMORIAL DR | LANCASTER | OH | 43130-1631 | SOLD 12.2019 |
| 2 | GLEN01 | ATR 32, LLC | | 58.31% NFII, 41.69% NFIII | June 2023 | Holding | | | | |
| | GLEN02 | Glenrosa 32, LLC | 58.31% NFII, 41.69% NFIII | ATR 32 | June 2023 | Property | 3200 E GLENROSA AVE | PHOENIX | AZ | 85018 | |

SEC-BouetK-E-00001331

# EXHIBIT 11



# ACC

**Search for an Entity Name** 🔍 **eCorp**  **Search**  **File**  **FAQ**

## ENTITY INFORMATION

Search Date and Time: 11/26/2023 12:49:10 PM

### Entity Details

| | | | |
|---|---|---|---|
| **Entity Name:** | COLE CAPITAL FUNDS, LLC | **Entity ID:** | 23591688 |
| **Entity Type:** | Domestic LLC | **Entity Status:** | Active |
| **Formation Date:** | 10/6/2023 | **Reason for Status:** | In Good Standing |
| **Approval Date:** | 10/6/2023 | **Status Date:** | 10/6/2023 |
| **Original Incorporation Date:** | 10/6/2023 | **Life Period:** | Perpetual |
| **Business Type:** | Real Estate and Rental and Leasing | **Last Annual Report Filed:** | |
| **Domicile State:** | Arizona | **Annual Report Due Date:** | |
| **Original Publish Date:** | | **Years Due:** | |

### Statutory Agent Information

| | | | |
|---|---|---|---|
| **Name:** | J. Moynahan Larmore | **Appointed Status:** | Active 10/6/2023 |
| **Attention:** | | | |
| **Address:** | 2425 East Camelback Rd, Floor 4, PHOENIX, AZ 85016, USA | | |
| **Agent Last Updated:** | 10/6/2023 | **E-mail:** | |
| **Attention:** | | **Mailing Address:** | 2425 East Camelback Rd, Floor 4, PHOENIX, AZ 85016, USA |
| **County:** | Maricopa | | |

# EXHIBIT 12



- **Create Date:** 2023 10 06
- **Expiration Date:** 2024-10-06
- **First Seen:** 2023-10-06 09:18 AM

## Name Servers

- ns1 dns  parking com (has 4,976,002 domains)
- ns2.dns-parking.com (has 4,976,952 domains)

## IP Address

- 191 101 104 41    🔍 ~ 865 other sites hosted on this server
- 191.101.104.64    🔍 ~ 852 other sites hosted on this server

## IP Location

191.101.104.41

- **Country:** United States
- **Region:** Arizona
- **City:** Phoenix
- **ISP:** Private Customer

191.101.104.64

- **Country:** United States
- **Region:** Arizona
- **City:** Phoenix
- **ISP:** Private Customer

## ASN

- AS47583 PRIVATE CUSTOMER, US

## SSL

UPDATE CONTENT

03937ca4ba33852d28cbf1699e59c25f9aaf1246

| | |
|---|---|
| Subject: | CN=colecapitalfunds.com |
| Emails: | (none) |
| Issuer Common Name: | GTS CA 1P5 |
| Not After: | 2024-01-14 |
| Not Before: | 2023-10-16 |
| Duration: | 90 |

VIEW SSL PROFILE →

## Domain Status

- Active

## Whois History

- 5 records have been archived since 2023-10-06

VIEW WHOIS HISTORY →

## Registrar History

- 1 registrar

VIEW REGISTRAR HISTORY →

## Name Server History

- 3 changes on 4 unique name servers over 0 years

VIEW NAME SERVER HISTORY →

## Website

- **Title:** Welcome
- **Server Type:** cloudflare

## Whois Record

```
Domain Name  colecapitalfunds com
Registry Domain ID: 2819683156_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2023-10-06T07:56:08Z
Creation Date: 2023-10-06T07:56:08Z
Registrar Registration Expiration Date  2024 10 06T07 56 08Z
Registrar  GoDaddy com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status  clientDeleteProhibited https //icann org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province  Arizona
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email  Select Contact Domain Holder link at https //www godaddy com/whois/results aspx?domain colecapi
Registry Admin ID  Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province  Arizona
Admin Postal Code  85284
Admin Countr
```

# Inspect: colecapitalfunds.com

| DOMAIN PROFILE | DOMAIN HISTORY | SCREENSHOT HISTORY | **WHOIS HISTORY** | SSL PROFIL |

## Historical Records

5 records found

◀ OLDER

**2023-10-08**
(a month ago)
1 identical record ⓘ

NEWER ▶

| | |
|---|---|
| Domain | colecapitalfunds.com |
| Record Date | 2023-10-08 |
| Registrar | GoDaddy.com, LLC |
| Server | whois godaddy com |
| Created | 2023 10 06 (a month ago) |
| Updated | 2023-10-06 (a month ago) |
| Expires | 2024-10-06 (in a year) |
| Unique Emails | • abuse@godaddy.com |

```
Domain Name: colecapitalfunds.com
Registry Domain ID: 2819683156_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2023-10-06T07:56:08Z
Creation Date  2023 10 06T07 56 08Z
Registrar Registration Expiration Date  2024 10 06T07 56 08Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferPr
Domain Status  clientUpdateProhibited https //icann org/epp#clientUpdateProhib
Domain Status  clientRenewProhibited https //icann org/epp#clientRenewProhibit
Domain Status clientDeleteProhibited https://icann.org/epp#clientDeleteProhib
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street  2155 E Warner Rd
Registrant City  Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax
Registrant Fax Ext
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City  Tempe
Admin State/Province: Arizona
```

```
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext
Admin Fax
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whoi
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street  DomainsByProxy com
Tech Street  2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext
Tech Fax
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois
Name Server: NS49.DOMAINCONTROL.COM
Name Server: NS50.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.ne
```

☰   IRIS INVESTIGATE    COLECAPITALFUNDS.COM (11/08/23 11:36 AM)                     DomainTools

🔍 Inspect: colecapitalfunds.com                                                          🖨

| DOMAIN PROFILE | DOMAIN HISTORY | SCREENSHOT HISTORY | **WHOIS HISTORY** | SSL PROFIL |
|---|---|---|---|---|

**Historical Records**                          2023-11-04
5 records found          ◀ OLDER            (4 days ago)                    NEWER ▶
                                      1 identical record ⓘ

| | |
|---|---|
| Domain | colecapitalfunds.com |
| Record Date | 2023-11-04 |
| Registrar | GoDaddy.com, LLC |
| Server | whois godaddy com |
| Created | 2023 10 06 (a month ago) |
| Updated | 2023-11-02 (6 days ago) |
| Expires | 2024-10-06 (in a year) |
| Unique Emails | • abuse@godaddy.com |

| View Changes | SIDE BY SIDE | INLINE | RAW RECORDS |
|---|---|---|---|

```
Domain Name: colecapitalfunds.com
Registry Domain ID: 2819683156_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2023-10-06T07:56:08Z
Creation Date  2023 10 06T07 56 08Z
Registrar Registration Expiration Date  2024 10 06T07 56 08Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferPr
Domain Status  clientUpdateProhibited https //icann org/epp#clientUpdateProhib
Domain Status  clientRenewProhibited https //icann org/epp#clientRenewProhibit
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhib
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street  2155 E Warner Rd
Registrant City  Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
```

```
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code  85284
Admin Country  US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whoi
Registry Tech ID  Not Available From Registry
Tech Name  Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code  85284
Tech Country  US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois
Name Server: NS1.DNS-PARKING.COM
Name Server  NS2 DNS PARKING COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.ne
```