# EXHIBIT LIST INDEX

( In Order of Appearance )

Exhibit 13

Exhibit 14

Exhibit 28

Exhibit 15

Exhibit 16

Exhibit 17

Exhibit 18

Exhibit 19

Exhibit 20

Exhibit 21

# EXHIBIT 13

Page 1
Best-Of-Class Investment Strategies | Cole Capital Funds
https://colecapitalfunds.com/



# COLE
### CAPITAL FUNDS

GET STARTED

HOME   WHAT WE DO   WHO WE ARE   FOUNDATION   CONTACT US

## Righteous Investing.
## Nationwide.

## What We Do

Retail

Multi-Family

Industrial

Office

## Who We Are

**Cole Capital Funds** charges ahead, introducing innovative investment strategies and providing access to best-of-class investments. The company's commitment to maintaining a diversified and robust portfolio will be pivotal to its success.

We venture into various markets across the United States, securing investments in properties and companies that are leaders in their fields. This diversification strategy will act as a safety net against economic downturns and market fluctuations, ensuring consistent and reliable returns. Additional focus on providing a superior environment for the individual workers will make those companies more competitive.

LEARN MORE

   



## Unlock Opportunity

CONTACT US

# COLE
### CAPITAL FUNDS

**Quick Links**

What We Do   Who We Are   Foundation   Contact

info@colecapitalfunds.com

2425 E Camelback Rd.
Phoenix, AZ 85016

© 2023 Cole Capital Funds, All rights reserved.

POWERED BY DEVBO

Captured by FireShot Pro: 08 November 2023, 16:57:09



# COLE
CAPITAL FUNDS

HOME    WHAT WE DO    WHO WE ARE    FOUNDATION    CONTACT US

**GET STARTED**

## Who We Are

Cole Capital Funds



**Cole Capital Funds** charges ahead, introducing innovative investment strategies and providing access to best-of-class investments. The company's commitment to maintaining a diversified and robust portfolio will be pivotal to its success.

We venture into various markets across the United States, securing investments in properties and companies that are leaders in their fields. This diversification strategy will act as a safety net against economic downturns and market fluctuations, ensuring consistent and reliable returns. Additional focus on providing a superior environment for the individual workers will make those companies more competitive.

## About the CEO

Chief Executive Officer Moynahan Larmore is an exceptional industry leader with an unwavering commitment to excellence and a passion for innovation. He demonstrates impressive growth and a remarkable track record of large-scale deals and expanding investment portfolios.

Larmore has been instrumental in numerous high-value transactions throughout his career. At **Cole Capital Funds**, these skills will ensure new acquisitions, dispositions, and financing will be completed in the best-of-class manner. These deals will contribute significantly to the company's growth and establish it as a major player in the investment arena.

Moynahan Larmore is committed to putting investors first. The value will be prevalent at **Cole Capital Funds** and lend to an impressive track record. This performance will be a testament to its prudent investment strategies, stewardship, and commitment to the long-term success of investors.



**Cole Capital Funds'** roots trace back to the high standards established in 1979 when Christopher H. Cole founded Cole Companies. Larmore joined the organization in 1996 acquiring multiple assets as the organization evolved and expanded.

One of the most remarkable aspects of Moynahan Larmore's vision was Cole's shift in acquisition focus in 2005 to single-tenant net-leased investments. Larmore was the architect of this shift, which then culminated in a portfolio of properties with an enterprise value of over $20 billion.

Larmore is a visionary leader in real estate investments. He and his team have consistently delivered innovative and successful strategies, earning respect and accolades within the industry. This commitment to excellence and unwavering attention to the future have left an indelible mark on investing.

Moynahan Larmore's stewardship and vision continue with **Cole Capital Funds.**

**CONTACT US**

# COLE
CAPITAL FUNDS

### Quick Links

What We Do    Who We Are    Foundation    Contact

info@colecapitalfunds.com

2425 E Camelback Rd.
Phoenix, AZ 85016

© 2023 Cole Capital Funds, All rights reserved.

POWERED BY DEVBO



# G&D

## —Foundation—

Achieving Goals and Empowering Dreams: G&D Foundation

Ambition and aspiration are not limited in this world, and Moynahan Larmore stands as a shining example of someone who believes in the power of dreams and strives to make them a reality for all. Through the creation of the G&D Foundation, Moynahan Larmore has provided a platform for men and women to reach their goals and experience their dreams with the guiding presence of faith in God.

The G&D Foundation, short for "Goals and Dreams," is more than just an organization; it is a movement. Founded by Moynahan Larmore, an individual with a deep-rooted desire to find the best in all people and commitment to helping others. The foundation provides a beacon of hope for individuals seeking to fulfill their aspirations.

The Foundation firmly believes that dreams and goals should be available to all men and women that are ready to know that blessings flow from God. This vision is reflected in the foundation's commitment to empowering men and women to embrace their faith and work closely with the G&D Foundation's emphasis on giving the glory of the fruits of their labor to God.

The foundation's primary mission is to provide resources and support to individuals striving to achieve their goals and dreams. This assistance will come in various forms, including financial aid, mentorship programs, educational resources, and more. The G&D Foundation seeks to remove the barriers that often hinder individuals from reaching their goals and pursuing their dreams, making it easier for them to reach their full potential.

What sets the G&D Foundation apart is its unique approach to achieving goals and dreams through faith in God. Moynahan Larmore recognizes that spirituality and faith can be powerful motivators. By incorporating God into the equation, the foundation provides a source of inspiration and strength that goes beyond traditional methods of goal attainment.

The G&D Foundation encourages individuals to tap into their inner strength and trust in God's guidance as they embark on their journeys. This spiritual aspect of the foundation sets it apart from other organizations and resonates with many who find solace and motivation in their faith.

G&D Foundation has a continual commitment to community building. Moynahan Larmore understands that achieving dreams is often a collaborative effort. The foundation will utilize events, workshops, and networking opportunities, allowing individuals to connect with like-minded peers, mentors, and supporters. This sense of community empowers individuals to overcome challenges, learn from each other, and grow together.

In a short time, G&D Foundation, through the guidance of Moynahan Larmore and his team, will make a significant impact on countless lives. By fostering a God-centric environment providing resources and integrating faith into the journey toward success, doors will be opened and paths illuminated for many who once felt their dreams were out of reach.

The G&D Foundation reminds us that our goals and dreams are worth pursuing. Through faith, hard work, and the support of a community that believes in the power of God, individuals can rise above obstacles and achieve greatness. Moynahan Larmore's vision is a testament to the belief that with determination, faith, and a helping hand, Goals and Dreams, G&D, can indeed come true through GOD.

### Quick Links

What We Do   Who We Are   Foundation   Contact

info@colecapitalfunds.com

2425 E Camelback Rd.
Phoenix, AZ 85016

© 2023 Cole Capital Funds, All rights reserved.

POWERED BY DEVBO



## COLE
### CAPITAL FUNDS

HOME    WHAT WE DO    WHO WE ARE    FOUNDATION    CONTACT US

GET STARTED

# Contact Us
Start the conversation.

## Have a question?



NAME
Name

COMPANY
Company

PHONE
Phone

EMAIL
Email

SUBJECT
Subject

MESSAGE
Message

SEND MESSAGE



GET IN TOUCH

## Seamless Communication, Global Impact.

**Head Office**
2425 E Camelback Rd. Phoenix, AZ

**Email Support**
info@colecapitalfunds.com



## COLE
### CAPITAL FUNDS

### Quick Links

What We Do    Who We Are    Foundation    Contact

info@colecapitalfunds.com

2425 E Camelback Rd.
Phoenix, AZ 85016

© 2023 Cole Capital Funds, All rights reserved.

POWERED BY DEVBO

# EXHIBIT 14

# What are call options?

A call option is a contract between a buyer and a seller that gives the buyer the right to purchase a certain stock at a certain price up until a defined expiration date. The buyer of a call has the right, not the obligation, to exercise the call and purchase the stocks. On the other hand, the seller of the call has the obligation and not the right to deliver the stock if assigned by the buyer.

For instance, **1 ABC 110 call option** gives the owner the right to buy 100 ABC Inc. shares for $110 each (that's the strike price), regardless of the market price of ABC shares, until the option's expiration date.

Suppose ABC shares are trading at $100 today—the owner of the ABC 110 call option hopes shares rise above $110—any appreciation above that represents the potential payout. If you exercise the call when shares trade at $110, then you buy 100 ABC shares for $110 and voilà: your return is $10 per share for a total gain of $1,000.

But all that fun isn't free. A call buyer must pay the seller a premium: for example, a price of $3 per share. Since the ABC 110 call option then costs $300 and paid out $1,000, the net return is $700.

The examples do not include any commissions or fees that may be incurred, as well as tax implications.

# EXHIBIT 28











From: J.Moynahan Larmore <j.moynahan.larmore@colecapitalfunds.com>
Sent: Friday, November 3, 2023 9:11 AM
To: ShareholderProposals <shareholderproposals@SEC.GOV>
Subject: WeWorK Schedule TO

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please see attached.

**J. Moynahan Larmore**
**CEO**
**Cole Capital Funds, LLC**


**G&D Foundation**
The Path to fruit of the Spirit is
love, joy, peace, longsuffering,
kindness, faithfulness (Galatians 5:22)

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# SCHEDULE TO

**Tender Offer Statement under Section 14(d)(1) or 13(e)(1)
of the Securities Exchange Act of 1934**

# WeWork, Inc.

**(Name of Subject Company (Issuer))**

# Cole Capital Funds, LLC

**(Names of Filing Persons (Offeror))**

**Class A Common Stock, par value $0.001 per share**
**(Title of Class of Securities)**

**96209 A 401**
**(CUSIP Number of Class of Securities)**

**Cole Capital Funds, LLC**
**Attn: Moynahan Larmore**
**2425 East Camelback Road Fourth Floor**
**Phoenix AZ**
**1-800-799-3750**

**(Name, Address and Telephone Numbers of Person Authorized to Receive Notices and Communications on Behalf of Filing Persons)**

**CALCULATION OF FILING FEE**

| Transaction Valuation* | Amount of Filing Fee |
|---|---|
| N/A | N/A |

\*  A filing fee is not required in connection with this filing as it relates solely to preliminary communications made before the commencement of the tender offer.

☐   Check the box if any part of the fee is offset as provided by Rule 0-11(a)(2) of the Securities Exchange Act of 1934 and identify the filing with which the offsetting fee was previously paid. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

Amount Previously Paid: None                                    Filing Party: Not applicable
Form or Registration No.: Not applicable                        Date Filed: Not applicable

☒   Check the box if the filing relates solely to preliminary communications made before the commencement of a tender offer.

Check the appropriate boxes below to designate any transactions to which the statement relates:

☒   third-party tender offer subject to Rule 14d-1.
☐   issuer tender offer subject to Rule 13e-4.
☐   going-private transaction subject to Rule 13e-3.
☐   amendment to Schedule 13D under Rule 13d-2.

Check the following box if the filing is a final amendment reporting the results of the tender offer:  ☐

**ITEM 12.    EXHIBITS.**

99.1    Press Release of Cole Capital Funds, LLC, dated Novemebr 3, 2023.

Exhibit 99.1

**Cole Capital Funds, LLC Proposes to Acquire 51% of all minority ownership shares of
WeWork, Inc. for $9.00 per Share in Cash.**

New York, NY, November 3, 2023 – Cole Capital Funds announced today that it has submitted an all-cash proposal to the Board of Directors of WeWork, Inc. (NYSE: WE) to acquire 51% of the outstanding shares owned by minority investors of WeWork for $9.00 per share. As a result of careful consideration of the opportunity, Cole has communicated this proposal in the Letter to the Board attached below. This proposal represents a $7.89 per share premium over the closing price of WeWork Common Stock on November 2, 2023, the last trading day prior to this announcement, with a total equity value of approximately $77.25 million.

"We have determined it is necessary to take our proposal directly to WeWork stockholders in order to deliver significant value to them as expeditiously as possible," said CEO of Cole Capital Funds, Moynahan Larmore. "This compelling transaction would deliver immediate liquidity to WeWork stockholders, at a premium to WeWork's most recent closing price. WeWork shareholders have seen the company's management unable to deliver value since its IPO, nor has management been able to provide a compelling vision for a turnaround in the company's business, and we believe our proposal represents the best possible outcome." Mr. Larmore concluded, "We are committed to completing this transaction and remain willing to work cooperatively with WeWork. Our vision for the company involves a significant expansion of the offerings available to an expanded WeWork community with additional properties which are under consideration in markets across the United States.  We will design these new facilities to be attractive to a broader customer base including our armed forces veterans, our countries expansive traveling healthcare providers, traveling sales forces, and the expansive marine industry via new and enhanced facilities and strategic partnerships. Most importantly we want to usher WeWork back to its roots so that members are part of an interacting community and not just a person renting a desk."

Cole Capital Funds, LLC believes that there are no regulatory impediments to the proposed transaction and that it will receive all necessary approvals and be completed by March 2024.

Cole looks forward to continuing to work with WeWork's current management to complete this transaction in an expeditious manner, for the benefit of the shareholders. The proposal is subject to confirmatory due diligence and negotiation of definitive documentation.

Cole has received feedback from City National Bank and JP Morgan regarding the financing of this acquisition and has consulted with God, its bankers, legal advisors, CPA, and analysts regarding the specifics of the transaction.

Below is the text of the letter that was sent on November 3, 2023 to WeWork's CEO, David Tolley and its Board of Directors:

Board of Directors
WeWork, Inc.
c/o Mr. David Tolley
Chief Executive Officer
12 East 49th Street
Floor 3
New York, NY 10017


SENT VIA EMAIL


Dear Mr. Tolley,

We believe that it is in the best interest of WeWork to support our acquisition of 51% of all the outstanding shares owned by minority shareholders at a price of $9,00 per share and provide Cole with proper representation on the company board.

We have received feedback from City National Bank and JP Morgan regarding the financing for this acquisition and expect to select a lender and have a financing commitment prior to execution of a definitive agreement.

We have consulted with God, legal, financial and other advisors to assist us with this transaction. We stand ready to proceed timely.

In addition, we have evaluated WeWork's current locations and have evaluated several new locations which we believe will add to an expanded WeWork community.  Our vision for the company involves a significant expansion of the offerings available to an expanded WeWork community with additional properties which are under consideration in markets across the United States.  We will design these new facilities to be attractive to a broader customer base including our armed forces veterans, our countries expansive traveling healthcare providers, traveling sales forces, and the expansive marine industry via new and enhanced facilities and strategic partnerships. Most importantly we want to usher WeWork back to its roots so that members are part of an interacting community and not just a person renting a desk.

We believe that a significant number of the stockholders would be supportive of a transaction of the nature described in this letter. In light of the sluggish stock price and the pending loan defaults it is imperative to engage in meaningful discussions regarding this transaction immediately.

In addition, in order to deliver maximum stockholder value, we believe that our proposed price of $9.00 per share, representing a $7.89 per share premium over WeWork's last closing price of $1.11 per share as of November 2, 2023 is generous. We believe that this all-cash offer is compelling for WeWork and its stockholders and, accordingly, we are making this letter public simultaneously with its delivery to you.

Our strong preference is to work with WeWork's Board of Directors to quickly reach a negotiated agreement and deliver on the compelling value that our proposal represents. However, we reserve the right to commence a tender offer to purchase outstanding shares of common stock of WeWork at anytime. We believe that WeWork's stockholders would not be well served by any delay in negotiating and completing the proposed transaction. Any delay works against the interest of WeWork's stockholders given WeWork's recent operating performance and financial condition and its prospects as a standalone company in its current condition. We place significant value on the ability to close this transaction quickly, and there can be no assurance that in the future Cole Capital Funds or any other buyer would pay the same high premium that we are offering today.

Should WeWork's Board of Directors determine to proceed with a negotiated transaction, we stand ready to meet with you to discuss all aspects of our proposal. If WeWork's is interested in discussing a possible negotiated transaction, please contact us as soon as possible.

Regards,

Moynahan Larmore
CEO
Cole Capital Funds, LLC
2425 East Camelback
Fourth Floor
Phoenix Arizona 85016

Cole Capital Funds, LLC

Cole Capital Funds www.colecapitalfunds.com is an investment company headquartered in Phoenix Arizona. Cole focuses on investing in, and acquiring companies and properties where significant shareholder value can be realized due to undervalued share price as a result of slow development progress, management issues, or outside share pressure. The Cole Capital Funds investment thesis centers on Righteous Investing Nationwide. Cole seeks out opportunities where it can add value and increase shareholder returns.

**Additional Information**

This communication is neither an offer to purchase nor a solicitation of an offer to sell any shares of the capital stock of WeWork or any other securities. No tender offer for WeWork's shares has been made at this time. In connection with the proposed transaction, Cole Capital Funds, LLC and/or one or more of its affiliates may file tender offer documents with the U.S. Securities and Exchange Commission ("SEC"). WEWORK'S STOCKHOLDERS ARE ADVISED TO READ THESE AND ANY OTHER DOCUMENTS FILED WITH THE SEC (AS EACH MAY BE AMENDED OR SUPPLEMENTED FROM TIME TO TIME) CAREFULLY AND IN THEIR ENTIRETY IF AND WHEN THEY BECOME AVAILABLE BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED TRANSACTION AND THE PARTIES THERETO. Investors and security holders may obtain a free copy of these documents (if and when available) and other documents filed with the SEC by Cole Capital Funds and/or its affiliates at the website maintained by the SEC at www.sec.gov or by directing such requests to Cole Capital Funds, LLC 2425 East Camelback Road Phoenix AZ 85018.

**Cautionary Note Concerning Forward-looking Statements**

This communication contains both historical and forward-looking statements, including concerning the intent, belief or current expectations with respect to the proposed acquisition of WeWork stock and all statements other than statements of historical fact. These statements are based on current expectations of future events. If underlying assumptions prove inaccurate or unknown risks or uncertainties materialize, actual results could vary materially from expectations and projections. Such risks or uncertainties include, but are not limited to, the possibility that WeWork may not be willing to enter into a definitive agreement with respect to the transaction with Cole Capital Funds or an affiliate thereof, the possibility that Cole Capital Funds or an affiliate thereof may choose not pursue a transaction with WeWork, the timing to consummate a potential transaction between Cole Capital Funds or an affiliate thereof and WeWork and the ability and timing to obtain any required approvals for the transaction. All forward-looking statements speak only as of the date of this communication or as of the date they are made, and Cole Capital Funds does not undertake to update any forward-looking statement as a result of new information or future events or developments except to the extent required by law.

# EXHIBIT 15

Case 2:23-cv-02470-DLR    Document 6-3    Filed 11/09/23    Page 20 of 48

Page 1
A Proposal by Cole Capital Funds Seeks to Acquire 51% of all minority ownership shares of WeWork, Inc. for $9.00 per share in Cash - MarketWatch
https://www.marketwatch.com/press-release/a-proposal-by-cole-capital-funds-seeks-to-acquire-51-of-all-minority-ownership-shares-of-wework-in...

News

**Press Release**

# A Proposal by Cole Capital Funds Seeks to Acquire 51% of all minority ownership shares of WeWork, Inc. for $9.00 per share in Cash

Published: Nov 3, 2023 at 5:12 p.m. ET

The MarketWatch News Department was not involved in the creation of this content.

PHOENIX--(BUSINESS WIRE)--November 03, 2023--
Cole Capital Funds sent the following letter to the Board of Directors of WeWork, Inc.

We believe that it is in the best interest of WeWork to support our acquisition of 51% of all the outstanding shares owned by minority shareholders at a price of $9.00 per share and provide Cole with proper representation on the company board.

We have received feedback from City National Bank and JP Morgan regarding the financing for this acquisition and expect to select a lender and have a financing commitment prior to execution of a definitive agreement.

We have consulted with Goal, legal, financial and other advisors to assist us with this transaction. We stand ready to proceed timely.

In addition, we have evaluated WeWork's current locations and have evaluated several new locations which we believe will add to an expanded WeWork community. Our vision for the company involves a significant expansion of the offerings available to the growing WeWork community, including additional properties which are under consideration in markets across the United States. We will design these new facilities to be attractive to a broader customer base. These include but are not limited to our armed forces veterans, our country's expansive traveling healthcare providers, traveling sales forces, and the expansive marine industry via new and enhanced facilities and strategic partnerships. Most importantly we want to usher WeWork back to its roots so that members are part of an interacting community and not just a person renting a desk.

We believe that a significant number of the stockholders would be supportive of a transaction of the nature described in this letter. In light of the sluggish stock price and the pending loan defaults it is imperative to engage in meaningful discussions regarding this transaction immediately.

In addition, in order to deliver maximum stockholder value, we believe that our proposed price of $9.00 per share, representing a $7.89 per share premium over WeWork's last closing price of $1.11 per share as of November 2, 2023 is generous. We believe that this all-cash offer is compelling for WeWork and its stockholders and, accordingly, we are making this letter public simultaneously with its delivery to you.

Our strong preference is to work with WeWork's Board of Directors to quickly reach a negotiated agreement and deliver on the compelling value that our proposal represents. However, we reserve the right to commence a tender offer to purchase outstanding shares of common stock of WeWork at anytime. We believe that WeWork's stockholders would not be well served by any delay in negotiating and completing the proposed transaction. Any delay works against the interest of WeWork's stockholders given WeWork's recent operating performance and financial condition and its prospects as a standalone company in its current condition. We place significant value on the ability to close this transaction quickly, and there can be no assurance that in the future Cole Capital Funds or any other buyer would pay the same high premium that we are offering today.

Should WeWork's Board of Directors determine to proceed with a negotiated transaction, we stand ready to meet with you to discuss all aspects of our proposal. If WeWork's is interested in discussing a possible negotiated transaction, please contact us as soon as possible.

Cole Capital Funds, LLC. www.colecapitalfunds.com is an investment company headquartered in Phoenix Arizona. Cole focuses on investing in, and acquiring companies and properties where significant shareholder value can be realized due to undervalued share price as a result of slow development progress, management issues, or outside share pressure. The Cole Capital Funds Investment thesis centers on Righteous Investing Nationwide. Cole seeks out opportunities where it can add value and increase shareholder returns.

Additional Information This communication is neither an offer to purchase nor a solicitation of an offer to sell any shares of the capital stock of WeWork or any other securities. No tender offer for WeWork's shares has been made at this time. In connection with the proposed transaction, Cole Capital Funds, LLC and/or one or more of its affiliates may the tender offer documents with the U.S. Securities and Exchange Commission ("SEC"). WEWORK'S STOCKHOLDERS ARE ADVISED TO READ THESE AND ANY OTHER DOCUMENTS FILED WITH THE SEC (AS EACH MAY BE AMENDED OR SUPPLEMENTED FROM TIME TO TIME) CAREFULLY AND IN THEIR ENTIRETY IF AND WHEN THEY BECOME AVAILABLE BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED TRANSACTION AND THE PARTIES THERETO. Investors and security holders may obtain a free copy of those documents (if and when available) and other documents filed with the SEC by Cole Capital Funds and/or its affiliates at the website maintained by the SEC at www.sec.gov or by directing such requests to Cole Capital Funds, LLC, 2425 East Camelback Road Phoenix AZ 85016.

Cautionary Note Concerning Forward-looking Statements This communication contains both historical and forward-looking statements, including concerning the intent, belief or current expectations with respect to the proposed acquisition of WeWork stock and all statements other than statements of historical fact. These statements are based on current expectations of future events. If underlying assumptions prove inaccurate or unknown risks or uncertainties materialize, actual results could vary materially from expectations and projections. Such risks or uncertainties include, but are not limited to, the possibility that WeWork's may not be willing to enter into a definitive agreement with respect to the transaction with Cole Capital Funds or an affiliate thereof, the possibility that Cole Capital Funds or an affiliate thereof may choose not pursue a transaction with WeWork, the timing to consummate a potential transaction between Cole Capital Funds or an affiliate thereof and WeWork and the ability and timing to obtain any required approvals for the transaction. All forward-looking statements speak only as of the date of this communication or as of the date they are made, and Cole Capital Funds does not undertake to update any forward-looking statement as a result of new information or future events or developments except to the extent required by law.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20231103762883/en/

CONTACT: Cole Capital Funds
info@colecapitalfunds.com

800-799-3750

SOURCE: Cole Capital Funds
Copyright Business Wire 2023

The MarketWatch News Department was not involved in the creation of this content.

Read Next

**Oculus Meta Quest 3 Black Friday Deals (2023): Early 128GB & 512GB VR Headset & More Sales Published by Consumer Articles**

**More On MarketWatch**

- Best Black Friday PlayStation 5 Deals (2023): Best Early PS5 Console, Bundle, Game & Controller Savings Identified by The Consumer Post
- Best Black Friday Bio Bean Pellet Grill & Smoker Deals (2023): Best Early Vertical Smoker, Pellet Grill, Griddle & More Sales Revealed by The Consumer Post
- FIGS Scrubs Black Friday (2023): Summary of Early Student & Medical Scrubs Offers Reported by Consumer Walk
- Breville Barista Express, Pro, Touch Black Friday (2023): Summary of Early Offers Shared by Retail Fuse

**Conversation**

COMMUNITY GUIDELINES • FAQS

Be the first to comment...

💬

No one seems to have shared their thoughts on this topic yet
Leave a comment so your voice will be heard first.

MarketWatch
a Dow Jones company
Copyright © 2023 MarketWatch, Inc. All rights reserved.

📱 App Store    ▶ Google Play

Captured by FireShot Pro: 13 November 2023, 08:20:19
https://getfireshot.com

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # SF-04532

## DECLARATION OF LEEVENTED HENLEY

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Leevented Henley I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C.  As part of my duties, I have been trained to preserve various forms of online content.  For investigation # SF-04532, I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3. In support of investigation number # SF-04532, at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's.

   https://www.marketwatch.com/press-release/a-proposal-by-cole-capital-funds-seeks-to-acquire-51-of-all-minority-ownership-shares-of-wework-inc-for-9-00-per-share-in-cash-a146cce0?mod=article_inline

   I completed the above-mentioned internet preservation on November 13, 2023, using the following tools:

   Adobe Acrobat Pro / Google Search Browser / Fire shot Pro /

   The above listed tools are commonly used to preserve internet content.

4. I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage.  Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager.  The sealed internet preservation has been labeled # SF-04532, and saved to the following location:

   K:\Other_Projects\Webcaptures\imagefiles

5. I also saved a copy of the above-mentioned internet preservation along with this declaration to a network share.  The location for this network share is provided below:

   \\ad\enfdataexchange\HQtoSFRO_dropoff\Webcapture

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

_____[Analyst Name]          Executed on this Day of November 13, 2023.

# EXHIBIT 16

| Row Labels | Min of PRICE | Max of PRICE |
|---|---|---|
| **<1/0/1900** | | |
| (blank) | | |
| **3 PM** | **0.8323** | **0.835** |
| :59 | 0.8323 | 0.835 |
| **4 PM** | **0.8322** | **0.8551** |
| :00 | 0.8322 | 0.8355 |
| :01 | 0.8323 | 0.8323 |
| :02 | 0.8323 | 0.8323 |
| :03 | 0.83225 | 0.8351 |
| :04 | 0.835 | 0.8351 |
| :05 | 0.8351 | 0.855 |
| :06 | 0.8531 | 0.8551 |
| :07 | 0.8381 | 0.855 |
| :08 | 0.84 | 0.8549 |
| :09 | 0.8547 | 0.8548 |
| :10 | 0.8376 | 0.84 |
| :11 | 0.8377 | 0.8377 |
| :12 | 0.8361 | 0.8548 |
| :13 | 0.835 | 0.8539 |
| :14 | 0.835 | 0.8539 |
| :15 | 0.8538 | 0.8538 |
| :16 | 0.8496 | 0.8496 |
| :17 | 0.8497 | 0.8497 |
| :18 | 0.8496 | 0.8497 |
| :20 | 0.836 | 0.8496 |
| :22 | 0.8487 | 0.849 |
| :23 | 0.8496 | 0.8496 |
| :24 | 0.8487 | 0.8496 |
| :25 | 0.8487 | 0.8487 |
| :26 | 0.8486 | 0.8487 |
| :27 | 0.8407 | 0.8487 |
| :28 | 0.8407 | 0.8485 |
| :29 | 0.8475 | 0.8485 |
| :30 | 0.8485 | 0.8487 |
| :31 | 0.8407 | 0.8487 |
| :32 | 0.8485 | 0.8485 |
| :33 | 0.845 | 0.8477 |
| :35 | 0.8477 | 0.8477 |
| :36 | 0.841 | 0.8477 |
| :37 | 0.841 | 0.8477 |
| :38 | 0.8476 | 0.8477 |
| :39 | 0.8476 | 0.8477 |
| :40 | 0.8477 | 0.8477 |
| :41 | 0.8476 | 0.8477 |
| :42 | 0.8468 | 0.8468 |
| :43 | 0.841 | 0.841 |

| Row Labels | Min of PRICE | Max of PRICE |
|---|---|---|
| :44 | 0.84 | 0.8469 |
| :45 | 0.8472 | 0.8472 |
| :46 | 0.8472 | 0.8484 |
| :47 | 0.8484 | 0.8484 |
| :48 | 0.8469 | 0.8484 |
| :49 | 0.8483 | 0.8484 |
| :50 | 0.8484 | 0.8484 |
| :51 | 0.836 | 0.8483 |
| :52 | 0.836 | 0.8399 |
| :53 | 0.8398 | 0.8399 |
| :55 | 0.8399 | 0.8399 |
| :56 | 0.836 | 0.8399 |
| :57 | 0.837 | 0.8398 |
| :58 | 0.836 | 0.8398 |
| **5 PM** | **0.835** | **2.14** |
| :00 | 0.8361 | 0.8397 |
| :01 | 0.8394 | 0.8394 |
| :02 | 0.836 | 0.836 |
| :03 | 0.835 | 0.8392 |
| :04 | 0.8389 | 0.8389 |
| :05 | 0.835 | 0.8484 |
| :06 | 0.8355 | 0.8355 |
| :07 | 0.8401 | 0.8459 |
| :08 | 0.84 | 0.84 |
| :09 | 0.84 | 0.8401 |
| :10 | 0.845 | 0.845 |
| :12 | 0.846 | 1.45 |
| :13 | 1.23 | 1.45 |
| :14 | 1.29 | 1.43 |
| :15 | 1.2397 | 1.33 |
| :16 | 1.17 | 1.28 |
| :17 | 1.13 | 1.22 |
| :18 | 1.07 | 1.16 |
| :19 | 1.1 | 1.18 |
| :20 | 1.13 | 1.27 |
| :21 | 1.2 | 1.28 |
| :22 | 1.21 | 1.38 |
| :23 | 1.3 | 1.4 |
| :24 | 1.25 | 1.31 |
| :25 | 1.24 | 1.31 |
| :26 | 1.21 | 1.32 |
| :27 | 1.29 | 1.35 |
| :28 | 1.3497 | 1.58 |
| :29 | 1.52 | 1.64 |
| :30 | 1.59 | 1.79 |
| :31 | 1.765 | 2.14 |

SEC-SF-04532-F-000001

| Row Labels | Min of PRICE | Max of PRICE |
|---|---|---|
| :32 | 1.91 | 2.13 |
| :33 | 1.75 | 1.93 |
| :34 | 1.71 | 2.06 |
| :35 | 1.95 | 2.02 |
| :36 | 1.95 | 2 |
| :37 | 1.95 | 1.99 |
| :38 | 1.97 | 1.99 |
| :39 | 1.895 | 1.98 |
| :40 | 1.85 | 1.9 |
| :41 | 1.85 | 1.9 |
| :42 | 1.86 | 1.89 |
| :43 | 1.81 | 1.865 |
| :44 | 1.81 | 1.94 |
| :45 | 1.88 | 1.95 |
| :46 | 1.72 | 1.92 |
| :47 | 1.71 | 1.85 |
| :48 | 1.79 | 1.86 |
| :49 | 1.81 | 1.87 |
| :50 | 1.81 | 1.87 |
| :51 | 1.83 | 1.88 |
| :52 | 1.85 | 1.92 |
| :53 | 1.87 | 1.92 |
| :54 | 1.87 | 1.9 |
| :55 | 1.8 | 1.89 |
| :56 | 1.77 | 1.85 |
| :57 | 1.8199 | 1.9 |
| :58 | 1.83 | 1.9 |
| :59 | 1.84 | 1.89 |
| **6 PM** | **1.06** | **1.89** |
| :00 | 1.81 | 1.89 |
| :01 | 1.75 | 1.82 |
| :02 | 1.75 | 1.78 |
| :03 | 1.75 | 1.78 |
| :04 | 1.72 | 1.78 |
| :05 | 1.65 | 1.74 |
| :06 | 1.64 | 1.7 |
| :07 | 1.62 | 1.67 |
| :08 | 1.6399 | 1.67 |
| :09 | 1.66 | 1.72 |
| :10 | 1.68 | 1.72 |
| :11 | 1.68 | 1.7092 |
| :12 | 1.66 | 1.7 |
| :13 | 1.67 | 1.71 |
| :14 | 1.67 | 1.69 |
| :15 | 1.61 | 1.67 |
| :16 | 1.43 | 1.62 |

SEC-SF-04532-F-000001

| Row Labels | Min of PRICE | Max of PRICE |
|---|---|---|
| :17 | 1.4 | 1.58 |
| :18 | 1.42 | 1.53 |
| :19 | 1.38 | 1.45 |
| :20 | 1.39 | 1.46 |
| :21 | 1.39 | 1.47 |
| :22 | 1.25 | 1.39 |
| :23 | 1.26 | 1.35 |
| :24 | 1.25 | 1.35 |
| :25 | 1.22 | 1.3 |
| :26 | 1.26 | 1.32 |
| :27 | 1.26 | 1.33 |
| :28 | 1.3 | 1.35 |
| :29 | 1.28 | 1.37 |
| :30 | 1.29 | 1.35 |
| :31 | 1.29 | 1.35 |
| :32 | 1.29 | 1.325 |
| :33 | 1.24 | 1.3 |
| :34 | 1.15 | 1.27 |
| :35 | 1.11 | 1.21 |
| :36 | 1.0798 | 1.15 |
| :37 | 1.06 | 1.17 |
| :38 | 1.1399 | 1.16 |
| :39 | 1.145 | 1.18 |
| :40 | 1.1404 | 1.18 |
| :41 | 1.1501 | 1.18 |
| :42 | 1.08 | 1.15 |
| :43 | 1.075 | 1.13 |
| :44 | 1.1198 | 1.17 |
| :45 | 1.14 | 1.17 |
| :46 | 1.14 | 1.18 |
| :47 | 1.17 | 1.24 |
| :48 | 1.17 | 1.19 |
| :49 | 1.13 | 1.175 |
| :50 | 1.15 | 1.16 |
| :51 | 1.13 | 1.17 |
| :52 | 1.15 | 1.18 |
| :53 | 1.15 | 1.19 |
| :54 | 1.16 | 1.19 |
| :55 | 1.17 | 1.18 |
| :56 | 1.17 | 1.18 |
| :57 | 1.165 | 1.18 |
| :58 | 1.17 | 1.25 |
| :59 | 1.25 | 1.27 |
| **7 PM** | **1.13** | **1.43** |
| :00 | 1.25 | 1.26 |
| :01 | 1.2097 | 1.255 |

SEC-SF-04532-F-000001

| Row Labels | Min of PRICE | Max of PRICE |
|---|---|---|
| :02 | 1.24 | 1.26 |
| :03 | 1.25 | 1.28 |
| :04 | 1.26 | 1.29 |
| :05 | 1.26 | 1.2897 |
| :06 | 1.27 | 1.28 |
| :07 | 1.27 | 1.3 |
| :08 | 1.3 | 1.36 |
| :09 | 1.33 | 1.4 |
| :10 | 1.35 | 1.43 |
| :11 | 1.34 | 1.39 |
| :12 | 1.33 | 1.36 |
| :13 | 1.3 | 1.34 |
| :14 | 1.3102 | 1.35 |
| :15 | 1.34 | 1.37 |
| :16 | 1.34 | 1.37 |
| :17 | 1.35 | 1.37 |
| :18 | 1.34 | 1.37 |
| :19 | 1.33 | 1.35 |
| :20 | 1.31 | 1.33 |
| :21 | 1.27 | 1.31 |
| :22 | 1.27 | 1.34 |
| :23 | 1.3 | 1.34 |
| :24 | 1.3 | 1.32 |
| :25 | 1.29 | 1.31 |
| :26 | 1.31 | 1.32 |
| :27 | 1.3102 | 1.33 |
| :28 | 1.3 | 1.33 |
| :29 | 1.3001 | 1.33 |
| :30 | 1.3 | 1.34 |
| :31 | 1.31 | 1.32 |
| :32 | 1.31 | 1.32 |
| :33 | 1.25 | 1.32 |
| :34 | 1.24 | 1.27 |
| :35 | 1.25 | 1.29 |
| :36 | 1.27 | 1.29 |
| :37 | 1.28 | 1.32 |
| :38 | 1.29 | 1.32 |
| :39 | 1.275 | 1.3001 |
| :40 | 1.26 | 1.28 |
| :41 | 1.23 | 1.26 |
| :42 | 1.23 | 1.25 |
| :43 | 1.23 | 1.25 |
| :44 | 1.25 | 1.26 |
| :45 | 1.24 | 1.25 |
| :46 | 1.24 | 1.25 |
| :47 | 1.24 | 1.245 |

| Row Labels | Min of PRICE | Max of PRICE |
|---|---|---|
| :48 | 1.2297 | 1.24 |
| :49 | 1.23 | 1.24 |
| :50 | 1.18 | 1.24 |
| :51 | 1.18 | 1.21 |
| :52 | 1.17 | 1.19 |
| :53 | 1.17 | 1.19 |
| :54 | 1.18 | 1.22 |
| :55 | 1.195 | 1.22 |
| :56 | 1.18 | 1.21 |
| :57 | 1.17 | 1.2 |
| :58 | 1.165 | 1.18 |
| :59 | 1.13 | 1.18 |
| **Grand Total** | **0.8322** | **2.14** |

SEC-SF-04532-F-000001

# EXHIBIT 17

# KILL A Proposal by Cole Capital Funds Seeks to Acquire 51% of all minority ownership shares of WeWork, Inc. for $9.00 per share in Cash



**Provided by Business Wire**
Nov 3, 2023 3:12 PM PDT

**KILL A Proposal by Cole Capital Funds Seeks to Acquire 51% of all minority ownership shares of WeWork, Inc. for $9.00 per share in Cash**

Business Wire
888-381-9473

Business Wire requests that the press release NewsItemId: 20231103762883 "A Proposal by Cole Capital Funds Seeks to Acquire 51% of all minority ownership shares of WeWork, Inc. for $9.00 per share in Cash" be removed.

# EXHIBIT 18

**EXHIBIT A**

**RECEIVERSHIP ENTITIES**

1000 WEST MARION PG FL, LLC
1921 GALLATIN PIKE NASHVILLE TN, LLC
2006 OPERATING PARTNERSHIP, L.P.
2513 E NORTH STREET KENDALLVILLE IN, LLC
412 CROSS OAKS MALL PLAINWELL ML, LLC
5339 ELVIS PRESLEY BLVD. MEMPHIS TN, LLC
5450 US HIGHWAY 80 EAST PEARL MS, LLC
60 COLONIAL PROMENADE PARKWAY ALABASTER AL, LLC
601 RETTA FL, LLC
601 TRENTON ROAD MCALLEN TX, LLC
613 RETTA FL, LLC
700 NORTH GRAND AVENUE MT. PLEASANT, 1A, LLC
751W RETTA ESPLANDE FL, LLC
752 SOUTH ANDY GRIFFITH PARKWAY MT AIRY NC, LLC
7525 PINE VALLEY LANE OWNER, LLC
8001 VAUGHN ROAD MONTGOMERY AL, LLC
81 JAMESON LANE GREENVILLE AL, LLC
880 W MARION AVE FL, LLC
900 WEST MARION AVENUE FL, LLC
ALOHA POP UP PRODUCTIONS, LLC
ARCITERRA AA BARBOURVILLE KY, LLC
ARCITERRA AA LINCOLN NE, LLC
ARCITERRA AA MANISTEE ML, LLC
ARCITERRA AA PAPILLION NE, LLC
ARCITERRA AA PEARL MS, LLC
ARCITERRA AA THEODORE AL, LLC
ARCITERRA AA WEST LIBERTY KY, LLC
ARCITERRA AZ SLIDELL LA, LLC
ARCITERRA AZ TEMPLE GA, LLC
ARCITERRA AZ WILLIS TX, LLC
ARCITERRA BELL YORK SC, LLC
ARCITERRA BP OLATHE KS, LLC
ARCITERRA CH NEW ORLEANS LA, LLC

ARCITERRA COMMERCIAL PROPERTY REIT, LP
ARCITERRA COMMERICAL PROPERTY REIT, INC.
ARCITERRA COMPANIES, LLC
ARCITERRA CV LAFAYETTE LA, LLC
ARCITERRA CV TARPON SPRINGS FL, LLC
ARCITERRA DESIGN, LLC
ARCITERRA DG CAMPBELLSVILLE KY, LLC
ARCITERRA DG GREENVILLE KY, LLC
ARCITERRA DG JUNCTION CITY KY, LLC
ARCITERRA DG MEMPHIS TN, LLC
ARCITERRA DG NORTH BEND OH, LLC
ARCITERRA DG RAVENNA KY, LLC
ARCITERRA DG SHEPHERDSVILLE KY, LLC
ARCITERRA DG SOUTH CHARLESTON OH, LLC
ARCITERRA DG WISTER OK, LLC
ARCITERRA DKS GRAND CHUTE WL, LLC
ARCITERRA FD BOWMAN SC, LLC
ARCITERRA FD EHRHARDT SC, LLC
ARCITERRA FD GREELEYVILLE SC, LLC
ARCITERRA FD PAXVILLE SC, LLC
ARCITERRA FD TUBERVILLE SC, LLC
ARCITERRA FESTIVAL MONTGOMERY AL, LLC
ARCITERRA GC JOHNSON CITY NY, LLC
ARCITERRA GREYSTONE HOOVER AL, LLC
ARCITERRA GROUP, LLC
ARCITERRA HD HENDERSONVILLE TN, LLC
ARCITERRA HD MCALLEN TX, LLC
ARCITERRA KLS JENSEN BEACH FL, LLC
ARCITERRA KLS WARSAW IN, LLC
ARCITERRA KLS WAUSAU WL, LLC
ARCITERRA MICHIGAN ROAD INDIANAPOLIS IN, LLC
ARCITERRA MOV GAL GODDARD KS, LLC
ARCITERRA MOV GAL PARK CITY KS, LLC
ARCITERRA MW NASHVILLE TN, LLC
ARCITERRA NATIONAL REIT, INC.
ARCITERRA NATIONAL REIT, LP
ARCITERRA NOBLE WEST NOBLESVILLE 1N, LLC

ARCITERRA NOTE ADVISORS II, LLC
ARCITERRA NOTE ADVISORS III, LLC
ARCITERRA NOTE FUND II LLC
ARCITERRA NOTE FUND III LLC
ARCITERRA NS INVESTMENT CO.
ARCITERRA OFF PEP PEARL MS, LLC
ARCITERRA OLATHE POINTE OLATHE KS LLC
ARCITERRA OPPORTUNITY FUND I, LLC
ARCITERRA OR BATTLE CREEK ML, LLC
ARCITERRA OS MT. PLEASANT IA, LLC
ARCITERRA REAL ESTATE INVESTMENT TRUST, INC.
ARCITERRA REGIONS LAMARQUE TX, LLC
ARCITERRA REIT I MEMBER, LLC
ARCITERRA REIT I MEMBER, LLC
ARCITERRA REIT I MEMBER, LLC
ARCITERRA REIT RSC, LP
ARCITERRA REIT, LP
ARCITERRA SHOPPES AT ALABASTER AL, LLC
ARCITERRA STAR LANCASTER OH, LLC
ARCITERRA STRATEGIC INCOME CORPORATION-BELLEVILLE CROSSING IL
ARCITERRA STRATEGIC RETAIL - SUFFOLK VA, LLC
ARCITERRA STRATEGIC RETAIL ADVISOR, LLC
ARCITERRA STRATEGIC RETAIL ADVISOR, LLC
ARCITERRA STRATEGIC RETAIL REIT, INC.
ARCITERRA STRATEGIC RETAIL-ELYRIA OH, LLC
ARCITERRASTRATEGIC RETAIL-PLAINFIELD VILLAGEUM, LLC
ARCITERRA STRATEGIC RETAIL-PLAINFILED VILLAGE IN, LLC
ARCITERRA STRATEGIC RETAIL-WHEATLAND IL, LLC
ARCITERRA S-W BURTON ML, LLC
ARCITERRA S-W KALAMAZOO ML, LLC
ARCITERRA S-W LORAIN OH, LLC
ARCITERRA USB BISMARK ND, LLC
ARCITERRA USB NEW ALBANY OH, LLC
ARCITERRA USB ROCHESTER MN, LLC
ARCITERRA VERMONT INDIANAPOLIS IN, LLC
ARCITERRA VN CLARKSVILLE TN, LLC ~
ARCITERRA VN COLUMBIA TN LLC

ARCITERRA VN DICKSON TN, LLC
ARCITERRA VZ HOME GA, LLC
ARCITERRA VZ ROME GA, LLC
ARCITERRA WALCENT GREENVILLE AL, LLC
ARCITERRA WALCENT KENDALLVILLE IN, LLC
ARCITERRA WALCENT PLAINWELL ML, LLC
ARCITERRA WESTGAGE INDIANAPOLIS MEMBER, LLC
ARCITERRA WESTGATE INDIANAPOLIS IN II, LLC
ARCITERRA WESTGATE INDIANAPOLIS IN, LLC
ARCITERRA WG HOMETOWN IL, LLC
ARCITERRA WG KILMARNOCK VA, LLC
ARCITERRA WG MILWAUKEE WL, LLC
ARCITERRA WHITEFISH ADVISORS, LLC
ARCITERRA WHITEFISH OPPORTUNITY FUND, LLC
ARCITERRA WM DOUGLASVILLE GA, LLC
ASR REITLP
AT 18 MILE CENTRAL SC, LLC
AT ALTUS CUMBERLAND GA II, LLC
AT ALTUS CUMBERLAND GA, LLC
AT ALTUS CUMBERLAND MEMBER, LLC
AT ALTUS ECHELON IN, LLC
AT ALTUS ROSWELL GA, LLC
AT AUBURN PLAZA IN II, LLC
AT AUBURN PLAZA IN, LLC
AT AUBURN PLAZA MEMBER, LLC
AT BELLEVILLE CROSSING IL-INLINE, LLC
AT BELLEVILLE CROSSING IL-OUTLOTS LLC
AT BLOOMINGTON IL, LLC
AT BOUTTE LA, LLC
AT BRIARGATE IL, LLC
AT BUENA VISTA GA, LLC
AT CANAL WINCHESTER OH, LLC
AT CASTLETON IN ASSOCIATION MANAGER, LLC
AT CASTLETON IN MEMBER II, LLC
AT CASTLETON IN MEMBER, LLC
AT CASTLETON IN MEMBER, LLC
AT CASTLETON IN OWNER II, LLC

AT CASTLETON IN OWNER, LLC
AT CASTLETON IN OWNER, LLC
AT CASTLETON IN OWNER, LLC
AT CEDARTOWN GA OUTLOT, LLC
AT CEDARTOWN GA, LLC
AT CENTERVILLE GA, LLC
AT COLONY FITZGERALD GA LLC
AT CONCORD, LLC '
AT DILLON SC OUTLET, LLC
AT EASTMAN GA II, LLC
AT EASTMAN GA, LLC
AT EASTMAN GA, LLC
AT EASTMAN MEMBER, LLC
AT ELYRIA OH INLINE, LLC
AT ELYRIA OH OUTLOT, LLC
AT FL CONSTRUCTION, LLC
AT FORUM KY MEMBER II, LLC
AT FORUM KY MEMBER, LLC
AT FORUM KY MEMBER, LLC
AT FORUM LOUISVILLE KY II, LLC
AT HL BURLINGTON IAII, LLC
AT HL BURLINGTON IA, LLC
AT HL BURLINGTON MEMBER, LLC
AT JEFFERSON CENTER FW IN OWNER, LLC
AT JEFFERSON CENTER FW IN, LLC
ATJPM LINDENHURST IL, LLC
AT LIMA PLAZA FW IN OWNER, LLC
AT LIMA PLAZA FW IN, LLC
AT LINDENHURST IL, LLC
AT LONGVIEW MEMBER, LLC
AT LONGVIEW OUTLOT NORTHEAST, LLC
AT LONGVIEW OUTLOT WEST, LLC
AT LONGVIEW TXII, LLC
AT LONGVIEW TX, LLC
AT LUBBOCK TX, LLC
AT MAX FW IN OWNER, LLC '
AT MAX FW IN, LLC

AT MAYODAN MEMBER, LLC
AT MAYODAN NCII, LLC
AT MAYODAN NC, LLC
AT MF VEGAS, LLC
AT MIDWAY ELYRIA OH, LLC
AT ML LEASEHOLD HI, LLC
AT ML MANAGEMENT HI LLC
AT MMH HI LLC
AT MT. PLEASANT LOT 2, LLC
AT NEW LENOX IL-GL, LLC
AT NEW LENOX IL- INLINE, LLC
AT NEW LENOX IL-INLINE II, LLC
AT NEW LENOX IL-OUTLOTS, LLC
AT NEW LENOX-IL MEMBER, LLC
AT NEW WEST CLIFTON CO, LLC
AT OLATHE MANAGER, LLC
AT OLATHE MANAGER, LLC
AT PINE VALLEY FW IN OWNER, LLC
AT PINE VALLEY FW IN, LLC
AT PLAINFIELD VILLAGE IN II, LLC
AT PLAINFIELD VILLAGE IN, LLC
AT PLAINFIELD VILLAGE MEMBER, LLC
AT PORTLAND COMMONS IN OWNER, LLC
AT PORTLAND COMMONS IN, LLC
AT PT DANVILLE IL II, LLC
AT PT DANVILLE IL, LLC
AT PT DANVILLE MEMBER, LLC
AT SALEM IL OUTLOT, LLC
AT SALISBURY NC OUTLOT, LLC
AT SANDERSVILLE GA, LLC
AT SEVEN HILLS AURORA CO II, LLC
AT SEVEN HILLS AURORA CO, LLC
AT SEVEN HILLS AURORA CO, LLC
AT SEVEN HILLS AURORA MEMBER, LLC
AT STATESBORO SQUARE GA, LLC
AT SUFFOLK VA2B-2, LLC
AT SUFFOLK VA2B-3, LLC

AT SUFFOLK VA2B-5, LLC
AT SUFFOLK VA 2B-6, LLC
AT SUFFOLK VABWW, LLC
AT SUFFOLK VA SC, LLC
AT SUWANEE DEPOT GA, LLC
AT SWEDEN MEMBER, LLC
AT SWEDEN NY II, LLC
AT SWEDEN NY, LLC
AT SWEEDEN NY OUTLOT, LLC
AT TIFFANY SQUARE ROCKY MOUNT NC, LLC
AT TOWNE SQUARE ROME GA, LLC
ATVILLA PLATTE LA II, LLC
AT VILLA PLATTE MEMBER, LLC
AT VILLE PLATTE LA, LLC
AT WHEATLAND NAPERVILLE IL, LLC
AT WILDWOOD PLAZA MO, LLC
ATA CHERRY CREEK IL, LLC
ATA CYPRESS TOWN CENTER TX, LLC
ATA FISHVILLE FL, LLC
ATA FISHVILLE MANAGEMENT, LLC
ATA FORUM LOUISVILLE KY, LLC
ATA FORUM LOUISVILLE,LLC
ATA HIRAM SQUARE GA, LLC
ATA LANIER FAYETTEVILLE GA II, LLC
ATA LANIER FAYETTEVILLE GA, LLC
ATA LANIER FAYETTEVILLE MEMBER, LLC
ATA MERCADO ST. AUGUSTINE FL, LLC
ATA PALENCIA ST. AUGUSTINE FL, LLC
ATA PLAZA OK, LLC
ATA PRESTON PLAZA KY, LLC
ATA ROGERS BRIDGE GA, LLC
ATA STONE LITHONIA GA, LLC
ATA TRINITY PLACE TN, LLC
ATG REIT RSC, LP
ATR 32, LLC
BPS, L.L.C.
BPS, L.L.C. OF ALABAMA

BELLEVILLE IL OUTLOT 6, LLC
BLACK POINT RD, LLC
BREWHOUSE CENTER COURT, LLC
CASTLETON SHOPPING CENTER MK DISPOSITION, LLC
CASTLETON SHOPPING CENTER MK DISPOSITION, LLC
CHOVIA SHOPS MT AIRY NC, LLC
CSL INVESTMENTS, LLC
COLE CAPITAL FUNDS, LLC
DB COMMERCIAL MANAGEMENT, LLC
FISHVILLE KIOSK MEMBER, LLC
FK TELLURIDE, LLC
FV BUILDING 13, LLC
FV BUILDING 15, LLC
GLENROSA 32, LLC
HARBOURVIEW MARKETPLACE, LLC
HARBOURVIEW STATION WEST, LLC
HELENA STAR MT, LLC
HV GARDENS, LLC
JB FISHVILLE HARBOR LAND LLC
JB FISHVILLE RETAIL LAND LLC
JB FORUM LAND, LLC
JB ML LAND HI, LLC ~
JB OLATHE OUTLOT 2, LLC
JB RE INVESTMENTS, LLC
JB SEVEN HILLS, LLC
JB SEVEN HILLS, LLC
JB TRANSPORTATION, LLC
JBM ACQUIST10NS LLC
JJ RESTAURANT HOLDINGS, LLC
JMLBC G4, LLC
JML MANAGER, LLC
JML TRUST MANAGER, LLC
LABALME TRAIL, LLC
LEGAL FLOAT LENDING, LLC
LOUISVILLE RESTAURANT PARTNERS, LLC
LOWER 5629 ROCKRIDGE ROAD, LLC
LUTHERAN EYE CARE, LLC

MML INVESTMENTS, LLC
JMMAL INVESTMENTS, LLC
MONTGOMERY MATTRESS, LLC
MONTGOMERY MATTRESS, LLC
MORRISON ISLAND, LLC
NORTH EAST WAWASEE, LLC '
PG HOSPITALITY, LLC
PG WATERFRONT HOSPITALITY, LLC
PT PLAZA, LLC
SAML BAR AND GRILL, LLC
SPIKE HOLDINGS AZ, LLC
STAR MT, LLC
STAR OH, LLC
THE EXCHANGE PLAINWELL ML, LLC
UPPER 5629 ROCKRIDGE ROAD, LLC
WALCENT ARKADELPHIA AK, LLC
WALCENT ELK/IN, LLC
WALCENT KENDALLVILLE IN, LLC
WALCENT LAWTON OK, LLC
WALCENT MORRILTON AK, LLC
WALCENT NEWC/IN, LLC
WALCENT PLAINWELL ML, LLC
WALCENT SHELBY ML, LLC
WALCENT SHOPS SUWANEE GA, LLC
WALCENT WAYNESBORO MS, LLC
WAWASEE WATERCRAFTS, LLC
WHEATLAND CROSSING OWNERS ASSOCIATION
WHEATLAND MARKETPLACE LOT 7 CONDOMINIUM ASSN.
WHITEFISH OPPORTUNITY FUND, LLC

# EXHIBIT 19



**Keith B. Bierman, CPA**
**Senior Managing Director of MCA Financial Group, Ltd.**

Keith Bierman is a founding member of MCA Financial Group, Ltd., a specialized advisory firm consisting of 15 full-time professionals based in Phoenix, Arizona.  MCA provides financial advisory and consulting services to businesses, financial institutions, courts, and investor groups in the areas of financial restructuring, fiduciary services, asset disposition, business valuation, forensic accounting, mergers and acquisitions, business oversight/monitoring, corporate finance and capital formation.  Keith has been with MCA for over twenty-three years.  Prior to MCA, Keith was the Vice President of Finance at a venture capital backed software company.  Keith began his career at KPMG, LLP providing assurance and advisory services to various public and private companies.

Keith frequently serves as a financial advisor to both debtors and creditors in Chapter 11 Bankruptcy proceedings.  Keith has also been qualified as an expert witness in numerous complex civil litigation matters in state and federal courts in the areas of forensic accounting, insolvency, valuation, damages, bankruptcy plan feasibility, cram-down interest rates, and other related matters.

In addition to his engagements as an expert witness, Keith has extensively served as a court appointed receiver in dozens of matters in both federal and state courts throughout the United States.   Keith's experience as a receiver includes assuming full financial management and operational control of complex operating business as well as real estate assets of all types including land, multifamily, retail, office and warehouse, among others.

Keith's industry experience is broad and includes aviation, aerospace and defense, mining, healthcare, manufacturing, retail, homebuilding, construction, real estate, financial services, insurance, automotive, commercial lending, hospitality, and information technology.

Keith graduated from the University of Arizona in 1996 with a degree in Accounting.

Keith has been a Certified Public Accountant in Arizona since 2000.

# EXHIBIT 20

W. Scott Jenkins, Jr. is the Phoenix Office Chair for the international business law firm of Dorsey & Whitney and is responsible for the professional and client growth in the Phoenix market. Scott has practiced law in Phoenix for over 20 years after graduating from Gonzaga Law School and the University of Arizona.  Scott serves as a legal resource and trusted problem-solver to his clients and contacts and is recognized in Best Lawyers in America® in both the areas of Commercial Litigation and Bankruptcy, by Southwest Super Lawyers® and is also an AV-rated attorney by Martindale-Hubbell.

Scott Jenkins' practice focuses on bankruptcy, receivership matters, commercial litigation, and creditor's rights litigation. Scott represents a large number of national, regional, and community banks, and helps financial institutions with real estate and commercial loan restructuring and workouts, loan and guaranty enforcement actions, and commercial bankruptcies. Scott also helps businesses of all sizes resolve issues that include breach of contract claims, landlord and tenant matters, partnership disputes, and real estate transaction disputes.  He has significant experience helping businesses and individuals resolve disputes in State court, Federal court and Bankruptcy court.

Passionate about giving back to the community that he grew up in, Scott was recently the Big Chief of The Thunderbirds and the Tournament Chair for the WM Phoenix Open in 2021. Scott is a life member of the Fiesta Bowl Committee, an Executive Committee member of the Advisory Board at Notre Dame Prep, and the Advisory Board at Gonzaga School of Law.

Scott was named to the Phoenix Business Journal's prestigious list of "Most Admired Leaders" and "Forty Under 40". Scott was recognized by Phoenix Magazine's list of Great 48 as one of the most influential people living in the Phoenix. He was also selected as an "Angel of the Year" by AZ Business for his work in the community and a proud graduate of Valley Leadership's XXXI Leadership Institute.

# EXHIBIT 21

| Plaintiffs | Named Defendant(s) | Court | Case No. |
|---|---|---|---|
| Naida E. Arcenas | Tommy E. Bolton | Circuit Court of the 20th Judicial Circuit, Charlotte County, Florida | 23-CA-612 |
| Meadows Bank | At New West Clifton Co., LLC | District Court of Mesa County, Colorado | 2023CV030280 |
| Community America Credit Union | JB Olathe Outlet 2 LLC | District Court of Johnson County, Kansas | 23CV03136 |
| 1000 West Marion LLC | 1000 West Marion PG FL, LLC; and Jonathan M Larmore | Circuit Court of the 20th Judicial Circuit, Charlotte County, Florida | 23001868CA |
| TMI Trust Company | ArciTerra Note Fund II, LLC; ArciTerra Note Fund III, LLC; ArciTerra Reit Advisors, LLC; ArciTerra Note Advisors II, LLC; ArciTerra Whitefish Advisors, LLC; CSL Investments, LLC; ArciTerra Note Fund II, Investment Company LLC; and ArciTerra Note Funds III, Investment Company, LLC | Superior Court of Maricopa County, Arizona | CV2023-008887 |
| Conrad Associates, L.P. | Castleton Corner Owners Association, Inc.; AT Castleton In Owner, LLC; AT Castleton In Association Manager, LLC; ArciTerra Companies, LLC; Jonathan M Larmore; Crystal Scudder; and James C. Shook, Jr. | Indiana Southern District Court | 1:22-cv-00750 |
| UMB Bank, N.A. | JMI BC G400, LLC; Larmore IRR Life Insurance Trust; and Jonathan M. Larmore | District Court of Dallas County, Texas | DC-23-07370 |
| 8350 Michigan Rd | ArciTerra Michigan Road Indianapolis IN, LLC | Marion County Public Health Department | HSC23-01952 |
| B. Brad and Monica Mason TIC; Diana K. Hamilton, and John F. Cardarelli | Jonathan M. Larmore; Michelle A. Larmore; Marsha M. Larmore; Blaine D. Rice; Andrea Thompson; Kevin L. Gulbranson; Robert F. Crook; Arciterra Strategic Income Corporation - Belleville Crossing, IL; and AreiTerra Companies, LLC | Illinois Southern District | 3:23-cv01785 |
| Conrad Associates, L.P. | Castleton Corner Owners Association, Inc. and McKinley, Inc. | Superior Court of Marion County, Indiana | 49D01-1612-PL-044978 |
| Diversified Investment Managed Capital Group, L.P. | Wheatland Marketplace Lot 7 Co. | Circuit Court of the 12th Judicial Circuit, Will County, Illinois | 22CH000043 |
| Echo Properties | ATA Plaza OK LLC | District Court of Tulsa County, Oklahoma | CJ-2023-262 |
| Overturf Law F/K/A Overturf Fowler LLP | AT Altus Echelon IN, LLC | Superior Court of Hamilton County, Indiana | 29D02-2307-CC-006552 |
| AT Castleton IN Owner, LLC; AT Castleton IN Owner II, LLC | Castleton Shopping Center, LLC | Indiana Commercial Court | 49D01-2107-PL-024537 |
| First Guaranty Bank | Jonathan M. Larmore; ArciTerra Strategic Retail Advisor, LLC; ArciTerra Strategic Retail-Wheatland IL, LLC; ArciTerra Strategic Retail-Briargate & Linden IL, LLC; ArciTerra Strategic Income Corporation - Belleville Crossing IL; AT Wheatland Naperville IL, LLC; AT Briargate IL, LLC; AT Belleville Crossing IL-Inline, LLC; AT Forum Louisville KY II, LLC; AT Bloomington IL, LLC; ArciTerra USB Rochester MN, LLC; and Spike Holdings, LLC | Louisiana Western District | 5:23cv683 |
| Price Edwards & Company, LLC | ATA Plaza OK LLC | District Court of Tulsa County, Oklahoma | CJ-2023-1765 |

SEC-DeCarloD-E-0000033

| Plaintiffs | Named Defendant(s) | Court | Case No. |
| --- | --- | --- | --- |
| First Guaranty Bank | Jonathan M. Larmore; ArciTerra Strategic Retail Advisor, LLC; ArciTerra Strategic Retail-Wheatland IL, LLC; ArciTerra Strategic Retail-Briargate & Linden IL, LLC; ArciTerra Strategic Income Corporation - Belleville Crossing IL; AT Wheatland Naperville IL, LLC; AT Briargate IL, LLC; AT Belleville Crossing IL-Inline, LLC; AT Forum Louisville KY II, LLC; AT Bloomington IL, LLC; ArciTerra USB Rochester MN, LLC; and Spike Holdings, LLC | Illinois Central District | 1:23-mc1003 |
| First Guaranty Bank | Jonathan M. Larmore; ArciTerra Strategic Retail Advisor, LLC; ArciTerra Strategic Retail-Wheatland IL, LLC; ArciTerra Strategic Retail-Briargate & Linden IL, LLC; ArciTerra Strategic Income Corporation - Belleville Crossing IL; AT Wheatland Naperville IL, LLC; AT Briargate IL, LLC; AT Belleville Crossing IL-Inline, LLC; AT Forum Louisville KY II, LLC; AT Bloomington IL, LLC; ArciTerra USB Rochester MN, LLC; and Spike Holdings, LLC | Illinois Northern District | 1:23-cv-3303 |
| First Guaranty Bank | Jonathan M. Larmore; ArciTerra Strategic Retail Advisor, LLC; ArciTerra Strategic Retail-Wheatland IL, LLC; ArciTerra Strategic Retail-Briargate & Linden IL, LLC; ArciTerra Strategic Income Corporation - Belleville Crossing IL; AT Wheatland Naperville IL, LLC; AT Briargate IL, LLC; AT Belleville Crossing IL-Inline, LLC; AT Forum Louisville KY II, LLC; AT Bloomington IL, LLC; ArciTerra USB Rochester MN, LLC; and Spike Holdings, LLC | Illinois Southern District | 3:23-mc-53 |
| First Guaranty Bank | Jonathan M. Larmore; ArciTerra Strategic Retail Advisor, LLC; ArciTerra Strategic Retail-Wheatland IL, LLC; ArciTerra Strategic Retail-Briargate & Linden IL, LLC; ArciTerra Strategic Income Corporation - Belleville Crossing IL; AT Wheatland Naperville IL, LLC; AT Briargate IL, LLC; AT Belleville Crossing IL-Inline, LLC; AT Forum Louisville KY II, LLC; AT Bloomington IL, LLC; ArciTerra USB Rochester MN, LLC; and Spike Holdings, LLC | Kentucky Western District | 3:23-mc7 |
| First Guaranty Bank | Jonathan M. Larmore; ArciTerra Strategic Retail Advisor, LLC; ArciTerra Strategic Retail-Wheatland IL, LLC; ArciTerra Strategic Retail-Briargate & Linden IL, LLC; ArciTerra Strategic Income Corporation - Belleville Crossing IL; AT Wheatland Naperville IL, LLC; AT Briargate IL, LLC; AT Belleville Crossing IL-Inline, LLC; AT Forum Louisville KY II, LLC; AT Bloomington IL, LLC; ArciTerra USB Rochester MN, LLC; and Spike Holdings, LLC | United States District Court of Minnesota | 0:23-mc60 |

SEC-DeCarioD-E-0000033

| Plaintiffs | Named Defendant(s) | Court | Case No. |
|---|---|---|---|
| Regal Restoration LLC | Arapahoe County Public Trustee; AT Seven Hills Aurora Co II, LLC; City of Aurora; Grass River Real Estate Credit Partners; M360 2019 Cre2 Ltd; Mereff Subvert LLC; Wells Fargo Bank N.A.; and Yam Capital III, LLC | District Court of Arapahoe County, Colorado | 2023CV30603 |
| N/A | ArciTerra BP Olathe KS LLC | Board of Tax Appeals of the State of Kansas | 2018-3350-EQ to 2018-3352-EQ; 2019-3796-EQ to 2019-3798-EQ; 2020-4077-EQ to 2020-4079-EQ; and 2021-3856-EQ to 2021-3858-EQ |
| U.S. Bank National Association, as the trustee for the benefit of the Holders of the M360 2021-CRE3 Notes | ATA Fishville FL, LLC; JB Fishville Harbor Land, LLC; JB Fishville Retail Land, LLC; Yam Capital LLC; ATFL Construction LLC; BOP Fishermen's Village, LLC | Circuit Court of the 20th Judicial Circuit, Charlotte County, Florida | 23-002446-CA |
| M360 WH-2 Seller, LLC | AT ML Leasehold HI, LLC; Jonathan M. Larmore; UMB Bank, N.A.; JB ML Land HI, LLC; Mauna Lani Resort Association | Circuit Court of the Third Circuit, Hawai'i | 3CCV-23-259 |
| Michelle Larmore | Jonathan Larmore | Maricopa Superior Court, Arizona | FC2023-001520 |
| Michelle Larmore | Jonathan Larmore and all ArciTerra entities | Maricopa Superior Court, Arizona | CV2023-6422 |
| Circle City Outdoors; Dream Construction, Indy Asphalt Appeal; and Styner LLC | Arciterra Companies, LLC; Arciterra Group LLO; AT Castleton in Owner, LLC; Arciterra Nodie West Nobelsville, IN LLC; Castleton Corner Owner Association, Inc.; Arciterra Michigan Road Indianapolis IN LLC; At Altus Echelon IN LLC; At Plainfield Village IN, LLC | Hamilton County Superior Court 2, Indiana | 29D02-2305-PL-004542 |
| Front Range Patrol | AT Seven Hills Aurora Co. II, LLC | Arapahoe County Court, Colorado | 23C08802 |
| City of Danville | A.T.P.T. Danville II, LLC | Danville Administrative Court, Illinois | 2300000394 |
| Providence Bank and Trust | Belleville IL Outlot 6, LLC | Circuit Court of St. Clair County, Illinois, 12th District | 23FC0230 |
| Gladiator Roofing & Restoration LLC | Arciterra Group, LLC | Marion County Superior Court, Indiana | 49D06-2306-PL-023191 |
| The Cleaning Source, LLC | ArciTerra Noble West Noblesville IN and Alliant Credit Union | Superior Court of Hamilton County, Indiana | 29D03-2304-CC-003922 |

SEC-DeCarloD-E-0000033