| | |
|---|---|
| Name | Bradley L. Drell |
| Bar # | 24387 |
| Firm | Gold, Weems, Bruser, Sues & Rundell APLC |
| Address | 2001 MacArthur Drive |
| | Alexandria, LA 71301 |
| Telephone | (318) 445-6471 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States Securities and Exchange

        Plaintiff,

vs.

Jonathan Larmore, et al.

        Defendant.

Case No. CV-23-02470-PHX-DWL

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of First Guaranty Bank, a LA banking corp. in compliance with the provisions of: *(check one)*

[✔] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☑ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

First Guaranty Bankshares, Inc. _____ Relationship publically traded LA corporation

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.* *(Attach additional pages if needed.)*

_____ Relationship _____

☐ Other (please explain)

_____

_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this __5th__ day of __December__, __2023__.

_____
Counsel of Record

Certificate of Service:

I hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement was filed with the Clerk of the Court utilizing its CM/ECF system, which will provide electronic service to all counsel of record, this 6th day of December, 2023.

/s/ Bradley L. Drell
Counsel of Record

- 2 -