David T.B. Audley (IL #6190602)*
**CHAPMAN AND CUTLER LLP**
320 S. Canal Street
27th Floor
Chicago, IL 60606
Telephone: (312) 845-2971
audley@chapman.com
* *Pro Hac Vice Filed and Pending*

*Attorney for UMB Bank, N.A., as Trustee of the Forum (Louisville, KY) Ground Lease Backed Pass-Through Trust and as Trustee of the Mauna Lani (Kamuela, HI) Group Lease Backed Pass-Through Trust.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Jonathan Larmore, et al.,<br><br>Defendant. | No. CV-23-02470-PHX-DLR<br><br>**UMB BANK, N.A.'s MOTION FOR LEAVE TO INTERVENE** |

UMB Bank, N.A., as Trustee of the Forum (Louisville, KY) Ground Lease Backed Pass-Through Trust and as Trustee of the Mauna Lani (Kamuela, HI) Ground Lease Backed Pass-Through Trust ("*UMB*"), by and through counsel, respectfully moves (this "*Motion*") the Court pursuant to Rule 24 of the Federal Rules of Civil Procedure ("*Rule 24*") for leave to intervene in the above captioned lawsuit in order to defend its interest and, particularly, to file and be heard on its Limited Opposition to Plaintiff's Motion for Temporary Restraining Order and Related Equitable Relief. UMB respectfully shows as follows:

1. The Court has jurisdiction to consider this motion pursuant to 15 U.S.C. § 78aa.

1. Venue is proper before this Court pursuant to 15 U.S.C. § 78aa(a), 15 U.S.C. § 80b-14.

2. The statutory predicate for the relief requested in this Motion is Federal Rule of Civil Procedure 24.

3. On November 29, 2023, the Court previously assigned to this matter entered an order setting the Plaintiff's Motion for Temporary Restraining Order and Related Equitable Relief ("*TRO Hearing*") for hearing on December 8, 2023 at 1:30 p.m., with objections to be filed by December 7, 2023, at 12:00 p.m. By minute order entered on December 7, 2023 this matter has been transferred to Judge Rayes for all further proceedings, with the TRO Hearing reset for December 13, 2023 at 1:30 pm (Arizona time)

4. UMB shows, via the attached proposed Limited Opposition, that UMB is entitled as of right to intervene pursuant to FRCP 24(a)(2) as its rights may be adversely affected by the entry of the Plaintiff's Proposed Order Appointing Receiver, Freezing Assets, and Imposing Litigation Injunction.

5. FRCP 24 governs a request to intervene in a federal lawsuit. Relevant to the Motion, Rule 24(a)(2) provides that the Court must permit anyone to intervene who "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interests, unless existing parties adequately represent that interest." Fed. R. Civ. P. 24(a)(2). This Court interprets Rule 24(a)(2) to require a prospective intervenor to satisfy four elements to intervene as a matter of right: "(1) the motion must be timely; (2) the applicant must claim a 'significantly protectable' interest relating to the property or transaction which is the subject of the action; (3) the applicant must be so situated that the disposition of the action may as a practical matter impair or impede its ability to protect that interest; and (4) the applicant's interest must be inadequately represented by the parties to the action." *Arizonans for Fair Elections v.*

*Hobbs*, 335 F.R.D. 269, 273 (D. Az. 2020), citing *Wilderness Soc. V. U.S. Forest Serv.,* 630 F.3d 1173, 1177 (9th Cir. 2011) (quoting *Sierra Club v. EPA*, 995 F.2d 1478, 1481 (9th Cir. 1993)).

6. Here, Movant satisfied all of these requirements and, as a result, is entitled to intervene to defend its interests.

7. This motion is timely because it is being filed in advance of the deadline set by this Court for objections to the Plaintiff's motion.

8. UMB has a significantly protectable interest in the property made subject of Plaintiff's Proposed Order Appointing Receiver, Freezing Assets, and Imposing Litigation Injunction, inasmuch as the Trusts are owed in the aggregate at least $26,990,240.54 secured by mortgages, assignments of leases and rents and fixture filings on certain properties which are owned by certain entities over which the Plaintiff seeks receivership in these proceedings.

9. As noted in the attached proposed pleading, the grant of Plaintiff's Motion may impede the ability of UMB to protect its interest in the properties that are currently the subject of receiverships in the United States District Court for the Western District of Kentucky, and in the Circuit Court of the Third Circuit in the State of Hawaii.

10. Certainly, neither the Plaintiff (the Securities Exchange Commission, who is seeking to effectively stay the receivership proceedings in the United States District Court for the Western District of Kentucky and in the Circuit Court of the Third Circuit in the State of Hawaii), nor the Defendants in this case (some of whom are defendants in the receivership proceedings in the United States District Court for the Western District of Kentucky and in the Circuit Court of the Third Circuit in the State of Hawaii) can represent the interests of UMB in these proceedings, as the Plaintiff's and the Defendant's interests are all clearly adverse to UMB's interests.

11. Counsel for UMB is prepared to participate in the hearing on Plaintiff's Motion by Zoom, as allowed in the Court's order setting said hearing.

| | |
|---|---|
| 1 | **WHEREFORE**, **UMB BANK, N.A.** prays that this Motion be granted, and that the Court |
| 2 | direct that the attached Limited Opposition to Plaintiff's Motion for Temporary Restraining Order |
| 3 | and Related Equitable Relief be filed, and that counsel to UMB Bank, N.A. may participate in the |
| 4 | hearing before this Court on December 13, 2023 at 1:30 p.m., and for such other and further relief |
| 5 | as is justified in the premises. |

Dated: December 7, 2023

**CHAPMAN AND CUTLER LLP**

By: /s/David T.B. Audley
David T.B. Audley (IL # 6190602)
320 S. Canal St. 27th Floor
Chicago, IL 60606
*Pro Hac Vice Filed and Pending*

*Attorney for UMB Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

s/ David T.B. Audley