David T.B. Audley (IL #6190602)*
**CHAPMAN AND CUTLER LLP**
320 S. Canal Street
27th Floor
Chicago, IL 60606
Telephone: (312) 845-2971
audley@chapman.com
* *Pro Hac Vice Filed and Pending*

*Attorney for UMB Bank, N.A., as Trustee of the Forum (Louisville, KY) Ground Lease Backed Pass-Through Trust and as Trustee of the Mauna Lani (Kamuela, HI) Group Lease Backed Pass-Through Trust.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Jonathan Larmore, et al.,<br><br>Defendant. | No. CV-23-02470-PHX-DLR<br><br>**[PROPOSED] ORDER ON UMB BANK, N.A.'S MOTION FOR LEAVE TO INTERVENE** |

Considering UMB Bank, N.A.'s ("*UMB*") Motion for Leave to Intervene,

**IT IS ORDERED THAT** the Motion is granted.

**IT IS FURTHER ORDERED THAT** UMB may file and be heard in its Limited Opposition to Plaintiff's Motion for Temporary Restraining Order and Related Equitable Relief.

_____
Douglas L. Rayes
United States District Judge