**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States Securities and Exchange Commission,

Plaintiff,

v.

Jonathan Larmore, et al.,

Defendants.

No. CV-23-02470-PHX-DLR

**ORDER**

Upon review, Midland Loan Services' motion for leave to file a motion to intervene (Doc. 64) is GRANTED. The Court will deem this motion as the filing of an intervention motion and, given the SEC's non-opposition to the earlier-filed motions to intervene and the proximity to the hearing, grants Midland Loan Services' motion to intervene. By no later than 9:00AM on December 13, 2023, Midland Loan Services shall formally file the limited objection it attached as an exhibit to its motion to intervene.

Dated this 12th day of December, 2023.

Douglas L. Rayes
United States District Judge