**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JONATHAN LARMORE, et. al. )<br>)<br>Defendants )<br>) | Case No. 2:23-cv-02470-DWL |

## SUPPLEMENTAL MOTION REGARDING JULIE A. CAMDEN'S MOTION FOR LEAVE TO INTERVENE

Comes now, Julie A. Camden, and files her supplemental motion regarding her Motion To Intervene and states as follows:

1. Counsel filed a Motion To Intervene on November 12, 2023.

2. Counsel received a notice from the Court requesting she clarify if counsel was going to personally intervene, or if she was intervening on behalf of her clients.

3. Counsel is requesting she be counsel for the clients to intervene. The clients include at least five creditors: Dream Construction LLC, Indy Asphalt Appeal, LLC, Circle City Outdoor Living LLC dba Circle City Ourdoors, Styner, LLC, and Crew Enterprises, LLC.

4. All of the aforementioned creditors are participating in the involuntary bankruptcies on AT Castleton IN Owner II, LLC,

1

       ArciTerra Westgate Indianapolis IN II, LLC, and AT Plainfield Village IN II, LLC.

5. All of the aforementioned creditors' interests would be adversely affected if their involuntary bankruptcy and the Indiana Receivership order regarding these clients was not carved out of the SEC's request.

6. Counsel's clients satisfy all four elements and are entitled to intervene as there is a demonstrable significant protectable interest which cannot be protected absent their intervention, especially with the lack of notice/service on the entities which are in bankruptcy. Additionally, no other party can adequately represent the interests of the parties who did not receive proper notice have pending involuntary bankruptcies where her clients want to be the creditor committees against related entities.

7. Counsel requests permission to participate in the hearing on the SEC's Motion by Zoom.

WHEREFORE, Julie A. Camden, an Indiana attorney for at least five creditors who filed involuntary bankruptcies on AT Castleton IN Owner II, LLC, ArciTerra Westgate Indianapolis IN II, LLC, and AT Plainfield Village IN II, LLC, respectfully requests that she be permitted to intervene in this case for purposes of being heard.

Date:  December 12, 2023    Respectfully submitted,

                                              /s/ *Julie A. Camden*
                                              Julie A. Camden
                                              Camden & Meridew, P.C.
                                              10412 Allisonville Rd., Ste 200
                                              Fishers, IN 46038
                                              Telephone: 317-464-4100
                                              Email: jc@camlawyers.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 12, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all parties who have filed an appearance. Copies of this pleading may be accessed through the Court's electronic filing system.

                                              /s/ *Julie A. Camden*
                                              Julie A. Camden