**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States Securities and Exchange Commission,<br>Plaintiff,<br>v.<br>Jonathan Larmore, et al.,<br>Defendants. | No. CV-23-02470-PHX-DLR<br>**ORDER** |

Before the Court are attorney Julie Camden's Motion for Leave to Intervene and her supplement to the motion ordered by the Court (Doc. 62, 67). Upon review, the Court will deem the motion for leave as the filing of an intervention motion on behalf of Ms. Camden's clients listed in the supplement and, given the SEC's non-opposition to the earlier-filed motions to intervene and the proximity to the hearing, finding good cause exists;

**IT IS ORDERED** that the motion to intervene (Doc. 62) is GRANTED. The Clerk of the Court shall terminate Movant/Intervenor Julie Camden and add Ms. Camden's clients, Intervenors Dream Construction LLC; Indy Asphalt Appeal, LLC; Circle City Outdoor Living LLC dba Circle City Ourdoors; Styner, LLC; and Crew Enterprises, LLC, to the Court's docket.

/ / /

/ / /

**IT IS FURTHER ORDERED** directing the Clerk of the Court to accept Ms. Camden's filing at Doc. 63 as the Intervenors' Limited Objections to the Motion for TRO.

Dated this 13th day of December, 2023.

Douglas L. Rayes
United States District Judge