Dan W. Goldfine (AZ Bar # 018788)
Cameron C. Stanley (AZ Bar #036605)
DICKINSON WRIGHT PLLC
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004
dgoldfine@dickinson-wright.com
cstanley@dickinson-wright.com
(602) 285-5000
(844) 670-6099 Facsimile

Seth B. Waxman (DC Bar #456156)
(Admitted *Pro Hac Vice*)
DICKINSON WRIGHT PLLC
1825 Eye Street N.W. Suite 900
Washington, DC 20006
swaxman@dickinson-wright.com
(202) 457-0160
(844) 670-6009 Facsimile
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Securities and Exchange Commission, | Case No.: 2:23-cv-02470-DLR |
| Plaintiff, | |
| v. | **CONSENT MOTION TO TEMPORARILY MODIFY ASSET FREEZE** |
| Jonathan Larmore; ArciTerra Company, LLC; ArciTerra Note Advisors II, LLC; ArciTerra Note Advisors III, LLC; ArciTerra Strategic Retail Advisors, LLC; Cole Capital Funds, LLC, | |
| Defendants, and | |
| Michelle Larmore; Marcia Larmore; CSL Investments, LLC; MML Investments, LLC; Spike Holdings, LLC; and JMMAL Investments, LLC, | |
| Relief Defendants. | |

1

Defendant Jonathan Larmore ("Larmore") respectfully requests that the Court temporarily modify the asset freeze that was entered on December 21, 2023, for the limited purpose of authorizing City National Bank to issue a check to Larmore in an amount no greater than $52,000.00, so Larmore will have money to pay for necessities such as food, shelter, and clothing during the pendency of the temporary restraining order. The Securities and Exchange Commission ("SEC") consents to this motion.

In support of this motion, Larmore states:

1. Sometime shortly before the Court entered its asset freeze order, City National Bank issued a check to Larmore for $51,739.00, which was drawn on Larmore's personal account ending in XXX-XXX-6693.

2. City National Bank mailed the check to one of Larmore's Arizona business addresses, but Larmore no longer has access to that business address or the mail that was sent to that address.

3. On December 21, 2023, the Court entered the Order temporarily appointing a receiver and freezing certain assets in this case, including the City National Bank ending in XXX-XXX-6693. <u>See</u> Order Appointing Temporarily Receiver and Temporarily Freezing Assets and Imposing Litigation Injunction at Exhibit B.

4. In the days following the entry of this Order, the parties reached an agreement that Larmore would deposit the check for $51,739.00 from City National Bank and deposit it in his bank account at Park National Bank (x7227) which would be excluded from the asset freeze order for his living expenses. Joint Status Report [ECF No. 76] Section 5b. The parties agreed that Larmore temporarily could use no more than $52,000.00 contained in the Park National Bank account to pay for his personal necessities until the parties met and conferred about the amount of reasonable living expenses going forward. *Id*.

5. However, because Larmore was unable to obtain the check from the closed Arizona business address, Larmore asked City National Bank to re-issue the check and send it to a different address.

1  6. City National Bank refused to re-issue the check, citing the Court's asset freeze order.

WHEREFORE, with the SEC's consent, Larmore respectfully moves the Court to temporarily modify the asset freeze to authorize City National Bank to issue a check in an amount no greater than $52,000.00, to Larmore, so he will have money to pay for personal necessities during the pendency of the temporary restraining order pursuant to a monthly schedule that is agreed to by the parties, or ordered by the Court.

Dated: January 9, 2024

/s/ John Han w/permission  
John Han  
Securities and Exchange Commission  
44 Montgomery St., Ste. 2800  
San Francisco, CA 94104  
415-705-1101  
Email: hanjo@sec.gov

/s/ Seth Waxman  
Seth Waxman  
Dickinson Wright  
1825 I Street, N.W., 9th Floor  
Washington, DC 20006  
202-466-5956  
swaxman@dickinsonwright.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2024, I electronically transmitted the foregoing document with the Clerk of the Court using the CM/ECF systems, which will provide electronic mail notice to all counsel of record.

*/s/ Seth Waxman*
Seth Waxman