UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jonathan Larmore; ArciTerra Companies, LLC; ArciTerra Note Advisors II, LLC; ArciTerra Note Advisors III, LLC; ArciTerra Strategic Retail Advisors, LLC; and Cole Capital Funds, LLC,<br><br>　　　　Defendants, and<br><br>Michelle Larmore; Marcia Larmore; CSL Investments, LLC; MML Investments, LLC; Spike Holdings, LLC; and JMMAL Investments, LLC,<br><br>　　　　Relief Defendants. | Case No. 2:23-cv-02470-DLR<br><br>**DECLARATION** |

　　　　ALLEN D. APPLBAUM hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, to the best of his knowledge, information and belief:

　　　　1.　　I am a partner at the firm of StoneTurn Group, LLP ("StoneTurn") with an office located at 17 State Street, New York, New York 10004.

　　　　2.　　On December 21, 2023, the Court entered the *Order Appointing Temporary Receiver and Temporarily Freezing Assets and Imposing Litigation Injunction* [ECF No. 77] (the "Order Appointing Receiver"), which among other things, appointed me as Receiver (the "Receiver") and approved StoneTurn as "Retained Personnel" in this case (at paragraph 45). I submit this declaration in accordance with the terms of the Order Appointing Receiver (at paragraph 46).

3. StoneTurn conducted a conflict check at the outset of this matter in accordance with its ordinary and usual conflict check procedures. To the best of my knowledge, and except as set forth herein, StoneTurn does not hold or represent any material connection in this case and makes the following disclosures:

   a. **Bank Of America**: A Partner of StoneTurn served as an economic damages expert on a patent infringement matter on behalf of Bank of America filed in the Eastern District of Texas. The matter was settled before StoneTurn's expert report was filed. Allen D. Applbaum does not provide professional services on behalf any Bank of America entities in this case.

   b. **Wells Fargo**: StoneTurn was engaged by Bryan Cave Leighton Paisner LLP ("Counsel") in relation to Counsel's representation of Wells Fargo Bank, National Association, as Trustee for the benefit of the registered holders, in connection with the foreclosure pending in the Circuit Court of Cook County, Illinois, County Department, Chancery Division as Case No. 2021CH03945. Additionally, StoneTurn is providing expert and consulting services to Wells Fargo in connection with active litigations unrelated to the Receivership. The matters do not represent a significant portion of the firm's revenue. Allen D. Applbaum does not provide professional services on behalf any Wells Fargo entities in these cases.

   c. **Wilmington Trust:** StoneTurn was engaged by Bryan Cave Leighton Paisner LLP ("Counsel") in relation to Counsel's representation of Wilmington Trust, National Association, as Trustee for the benefit of the registered holders, in connection with the foreclosure pending in the Circuit Court of Cook County, Illinois, County Department, Chancery Division as Case No. 2021CH03945. The matter does not represent a significant portion of the firm's revenue. Allen D. Applbaum does not provide professional services on behalf any Wilmington Trust entities in this case.

4. StoneTurn informed the Securities and Exchange Commission of the absence of any material conflict prior to submission and entry of the Order Appointing Receiver.

5. StoneTurn and certain of its partners, directors and associates, may have in the past represented, may currently represent, and may in the future represent parties-in-interest in this case in connection with matters unrelated to the above-captioned case. StoneTurn appears in many cases, proceedings, and transactions involving different entities, attorneys, financial consultants

and investment bankers, some of which may now and may in the future represent parties-in-interest in this case.

6. StoneTurn will provide services to the Receiver and no other party on any issue relating to this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       January 11, 2024

_____
Allen D. Applbaum

228284541 v1