DAMIAN WILLIAMS
United States Attorney
Southern District of New York
ALEX ROSSMILLER (NY Bar)
  Alexander.Rossmiller@usdoj.gov
JUSTIN V. RODRIGUEZ (NY Bar)
  Justin.Rodriguez@usdoj.gov
Assistant United States Attorneys
Southern District of New York

26 Federal Plaza, 38th Floor
New York, New York 10278
Telephone: (212) 637-2200
Attorneys for Intervenor
UNITED STATES ATTORNEY'S OFFICE,
  SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, | 23-CV-02470-DLR |
| Plaintiff, | NOTICE OF THE GOVERNMENT'S MOTION TO INTERVENE AND FOR A STAY OF DISCOVERY |
| v. | |
| Jonathan Larmore; ArciTerra Companies, LLC; ArciTerra Note Advisors II, LLC; ArciTerra Note Advisors III, LLC; ArciTerra Strategic Retail Advisors, LLC; Cole Capital Funds, LLC, | |
| Defendants, and | |
| Michelle Larmore; Marcia Larmore; CSL Investments, LLC; MML Investments, LLC; Spike Holdings, LLC; and JMMAL Investments, LLC, | |
| Relief Defendants. | |

//

//

//

1　　　　PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment

2　in the criminal case *United States v. Jonathan Larmore*, 24 Cr. 140 (PAE) in the Southern District of

3　New York (the "Criminal Case"); and the accompanying memorandum of law, the United States of

4　America, by its attorney, Damian Williams, United States Attorney for the Southern District of New

5　York, and Alex Rossmiller, Assistant United States Attorney, will move this Court for an order

6　authorizing intervention by the United States in the above-captioned case, pursuant to Rule 24 of the

7　Federal Rules of Civil Procedure, and staying discovery in this matter until the conclusion of the Criminal

8　Case, as well as for such other relief as the Court deems just and proper.

9　　Date: March 31, 2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

_____

ALEX ROSSMILLER
JUSTIN V. RODRIGUEZ
Assistant U.S. Attorneys
Southern District of New York
26 Federal Plaza, 38th Floor
New York, NY 10278
Telephone: (212) 637-2200