Dan W. Goldfine (AZ Bar # 018788)
Cameron C. Stanley (AZ Bar #036605)
DICKINSON WRIGHT PLLC
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004
dgoldfine@dickinson-wright.com
cstanley@dickinson-wright.com
(602) 285-5000 Phone
(844) 670-6099 Facsimile

Seth B. Waxman (DC Bar #456156)
(Admitted *Pro Hac Vice*)
DICKINSON WRIGHT PLLC
1825 Eye Street N.W. Suite 900
Washington, DC 20006
swaxman@dickinson-wright.com
(202) 466-5956 Phone
(844) 670-6009 Facsimile

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Jonathan Larmore; ArciTerra Company, LLC; ArciTerra Note Advisors II, LLC; ArciTerra Note Advisors III, LLC; ArciTerra Strategic Retail Advisors, LLC; Cole Capital Funds, LLC,<br><br>Defendants, and<br><br>Michelle Larmore; Marcia Larmore; CSL Investments, LLC; MML Investments, LLC; Spike Holdings, LLC; and JMMAL Investments, LLC,<br><br>Relief Defendants. | Case No.: 2:23-cv-02470-DLR<br><br>**JOINT STIPULATED AMENDED BRIEFING SCHEDULE ON MOTION TO STAY** |

With the consent of the United States Department of the Justice ("the Government"), the Securities and Exchange Commission ("SEC") and Defendants Jonathan Larmore and Marcia Larmore (hereinafter referred to collectively as the "Defendants") hereby jointly move to amend the briefing scheduled for the Government's motion to stay this case (ECF 126) . The Government, the SEC, and the Defendants stipulate that the SEC and Defendants will have until April 19, 2024, to file responses to the motion to stay this case, and the Government will have until April 24, 2024 to file any reply.

Dated: April 5, 2024.

| DICKINSON WRIGHT PLLC | SECURITIES AND EXCHANGE COMMISSION |
|---|---|
| By: /s/ Seth B. Waxman<br>Seth B. Waxman (DC Bar #456156)<br>(Admitted *Pro Hac Vice*)<br>1825 Eye Street N.W. Suite 900<br>Washington, DC 20006<br>(202) 466-5956<br>swaxman@dickinson-wright.com | By: /s/ Marc Katz (w/permission)<br>Marc D. Katz<br>California Bar Number: 189534<br>44 Montgomery Street, Suite 2800<br>San Francisco, California 94014<br>(415) 705-2500<br>katzma@sec.gov |
| Dan W. Goldfine (AZ Bar # 018788)<br>1850 North Central Avenue, Suite 1400<br>Phoenix, AZ 85004<br>dgoldfine@dickinson-wright.com | Attorney for the Securities and Exchange Commission |

*Attorneys for Defendants Jonathan Larmore and Marcia Larmore*

UNITED STATES DEPARTMENT OF JUSTICE

By: /s/ Alex Rossmiller (w/permission)
Alex Rossmiller (NY Bar)
26 Federal Plaza, 38th Floor
New York, New York 10278
(212) 637-2200
Alexander.Rossmiller@usdoj.gov

Assistant United States Attorney
Southern District of New York

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2024, I electronically transmitted the foregoing document with the Clerk of the Court using the CM/ECF systems, which will provide electronic mail notice to all counsel of record.

/s/ Seth B. Waxman
Seth B. Waxman