Lee Stein (#012368)
lee@mscclaw.com
Anne Chapman (#025965)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

Attorneys for Relief Defendant
Michelle Larmore

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>           Plaintiffs,<br><br>     v.<br><br>Michelle Larmore,<br><br>           Relief Defendant. | No. 2:23-cv-02470<br><br>**RELIEF DEFENDANT MICHELLE LARMORE'S LIMITED OBJECTION TO RECEIVER'S MOTIONS [DKT 139 AND 147] AND RESERVATION OF RIGHTS** |

Relief Defendant Michelle Larmore, through counsel, hereby submits this limited objection to the sale of assets by the Receiver to which she has a community property interest and reserves her rights to assert her community property interests with respect to the proceeds of any such sale.

1. The Receiver has filed a Motion for Orders (I) Approving (A) the Engagement and Compensation of Marcus & Millichap Real Estate Investment Services As Broker for the Sale of Substantially all the Assets of Glenrosa 32 LLC, and (B) the Auction and Bidding Procedures for the Sale of Substantially all the Assets of Glenrosa 32 LLC; (II) Approving the Sale of Substantially all the Assets of Glenrosa 32 LLC, Free and Clear of All Liens, Claims, Encumbrances and

Interest; and (III) Granting Related Relief (Dkt. 139) and Motions for the same Orders relating to the Sale of the Real Properties Owned by ATA Mercado St. Augustine FL, LLC, and Palencia St. Augustine FL, LLC (Dkt. 147) (together, the "Motions").

2. Relief Defendant Michelle Larmore commenced an action for legal separation from Defendant Jon Larmore on March 14, 2023, in Maricopa County Superior Court, styled *In re Marriage of Larmore*, No. FC2023-001520 (the "Dissolution Case").

3. In the Dissolution Case, Maricopa County Superior Court determined that all assets and liabilities acquired by the Larmores after the date of the Larmores' marriage (November 25, 1998) and through March 14, 2023, are community assets and liabilities within the meaning of Title 25, Arizona Revised Statutes (the "Community Assets") and that it has continuously exercised *in rem* jurisdiction over the Community Assets and their proceeds since March 14, 2023.

4. Relief Defendant Michelle Larmore commenced the Dissolution Case on March 14, 2023, approximately eight months before the SEC filed this civil action and over nine months before the Court appointed the Receiver and purported to take exclusive jurisdiction of the Community Assets. The Community Assets remain subject to the prior exclusive jurisdiction of the Maricopa County Superior Court.

5. Relief Defendant Michelle Larmore does not oppose the Motions to the extent that the Receiver seeks authority to employ a broker and sell the properties on the terms proposed. However, she objects to the Motions to the extent that the Receiver seeks possession, control, authority or use over the proceeds of the sale of the Community Assets that are the subject thereof ("Sale Proceeds") and hereby reserves all rights with respect to the Court's jurisdiction over, and

her community property interests in, the properties, the Community Assets and the Sale Proceeds.

6. The Court should order the Receiver to hold the Sale Proceeds pending further order of the Court resolving the jurisdictional and, if appropriate, substantive community property issues identified herein.

RESPECTFULLY SUBMITTED on May 8, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: */s/ Lee Stein*

Lee Stein
Anne Chapman
Attorneys for Michelle Larmore

# CERTIFICATE OF SERVICE

I certify that on May 8, 2024, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System for filing, and which will be sent electronically to all registered CM/ECF participants as identified on the Notice of Electronic Filing.

*/s/ B. Wolcott*