Lee Stein (#012368)
lee@mscclaw.com
Anne Chapman (#025965)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

Attorneys for Relief Defendant
Michelle Larmore

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiffs,<br><br>v.<br><br>Jonathan Larmore, et al.<br><br>Defendants, and<br><br>Michelle Larmore, et al.,<br><br>Relief Defendants. | No. 2:23-cv-02470-DLR<br><br>**STIPULATION FOR ORDER MODIFYING ASSET FREEZE AS TO 11227 NE WAWASEE DRIVE SOUTH, SYRACUSE, INDIANA, AND PROVIDING RELATED RELIEF** |

Plaintiff Securities and Exchange Commission ("SEC"), Allen D. Applbaum, court-appointed receiver for ArciTerra Companies, LLC, and related affiliates (the "Receiver"), defendant Jonathan D. Larmore ("Jon") and relief defendant Michelle Larmore ("Michelle"), by and through their respective counsel, hereby state:

**WHEREAS**, on May 6, 2024, the Court entered the *Order Appointing Receiver, Freezing Assets, and Imposing Litigation Injunction* [ECF No. 154] (the "Receiver Order");

**WHEREAS**, the Receiver Order, among other things, appointed the Receiver on a temporary basis and subjects an entity known as Northeast Wawasee, LLC ("NE

1  Wawasee") to the asset freeze as more particularly described in Part III and Exhibit B of
2  the Receiver Order (the "Asset Freeze");
3        **WHEREAS**, NE Wawasee is the fee owner of certain real estate commonly
4  described as 11227 NE Wawasee Drive South, Syracuse, Indiana 46557 (the "Property");
5        **WHEREAS**, prior to the commencement of the above-captioned civil action,
6  Michelle filed a petition for dissolution of marriage against Jon, which action is pending
7  in the Superior Court of Arizona, County of Maricopa (the "Superior Court"), styled *In re*
8  *Larmore*, No. FC2023-001520 (the "Dissolution Case");
9        **WHEREAS**, the Property is community property within the meaning of Ariz.
10 Rev. Stat. § 25-211 that is subject to division and distribution in the Dissolution Case;
11       **WHEREAS**, Jon and Michelle agree that the net proceeds of any sale of the
12 Property are subject to the terms of the *Stipulated Order Adopting Rule 69 Agreement,*
13 *Continuing Temporary Orders Hearing and Addressing Other Issues*, entered by the
14 Superior Court on or about February 16, 2024; and
15       **WHEREAS**, the Receiver has investigated the facts and circumstances relating to
16 NE Wawasee and the Property and determined that the Property is appropriately
17 excluded from the Receivership.
18       **WHEREAS**, the SEC has no objection to a modification of the Asset Freeze to
19 allow the Property to be sold, provided that Jon's portion of the sale proceeds are placed
20 in escrow and remain subject to the Asset Freeze pending further order of the Court. The
21 SEC has no objection to Michelle's portion of the sale proceeds being excluded from the
22 Asset Freeze. The SEC reserves its rights with regard to its claims against Michelle
23 Larmoreas a Relief Defendant in this case.
24       **NOW, THEREFORE**, the SEC, the Receiver, Jon Larmore, and Michelle
25 Larmore stipulate and agree that the Court should enter the proposed order submitted
26 herewith modifying the Asset Freeze to allow the Property to be sold and confirming that
27 the Property is not within the Receivership.
28 //

**NOW, THEREFORE**, the SEC, the Receiver, Jon Larmore, and Michelle Larmore stipulate and agree that the Court should enter the proposed order submitted herewith modifying the Asset Freeze to allow the Property to be sold and confirming that the Property is not within the Receivership.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED on May 7, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: */s/ Lee Stein*
　　Lee Stein
　　Anne Chapman
　　Attorneys for Relief Defendant Michelle Larmore

Dated: May 7, 2024

SECURITIES AND EXCHANGE COMMISSION

Marc D. Katz
John K. Han
Counsel for Plaintiff Securities & Exchange Commission

Dated: May 7, 2024

ARCHER & GREINER, P.C.

Allen G. Kadish
Harrison H. D. Breakstone
Counsel for Receiver Allen D. Applbaum

Dated: May 7, 2024

DICKENSON WRIGHT, PLLC

1     IT IS SO STIPULATED.

2     RESPECTFULLY SUBMITTED on May 9, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By:    */s/ Lee Stein*
         Lee Stein
         Anne Chapman
         Attorneys for Relief Defendant
         Michelle Larmore

Dated: May 9, 2024

SECURITIES AND EXCHANGE COMMISSION

By:    */s/ John K. Han (with permission)*
         Marc D. Katz
         John K. Han
         Counsel for Plaintiff Securities &
         Exchange Commission

Dated: May 9, 2024

ARCHER & GREINER, P.C.

By: _____
         Allen G. Kadish
         Harrison H. D. Breakstone
         Counsel for Receiver Allen D. Applbaum

Dated: May 9, 2024

DICKENSON WRIGHT, PLLC

By:    */s/ Seth B. Waxman (with permission)*
         Seth B. Waxman
         Counsel for Defendant Jonathan D. Larmore
         and Relief Defendant Marcia Larmore

Dated: May 9, 2024

## CERTIFICATE OF SERVICE

I certify that on May 9, 2024, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System for filing, and which will be sent electronically to all registered CM/ECF participants as identified on the Notice of Electronic Filing.

   /s/ B. Wolcott