ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
Email:  akadish@archerlaw.com
          hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br> v.<br><br>Jonathan Larmore; ArciTerra Companies, LLC; ArciTerra Note Advisors II, LLC; ArciTerra Note Advisors III, LLC; ArciTerra Strategic Retail Advisor, LLC; and Cole Capital Funds, LLC,<br><br>Defendants, and<br><br>Michelle Larmore; Marcia Larmore; CSL Investments, LLC; MML Investments, LLC; Spike Holdings, LLC; and JMMAL Investments, LLC,<br><br>Relief Defendants. | Case No. 2:23-cv-02470-DLR<br><br>**STIPULATION IN RESPECT OF RESERVATION OF RIGHTS OF MICHELLE LARMORE AND STATEMENT OF ARIZONA BANK & TRUST** |

---

[1]  Admitted *pro hac vice.*
[2]  Admitted *pro hac vice.*

Allen D. Applbaum as receiver for ArciTerra Companies, LLC, and related entities (the "Receiver"), Relief Defendant Michelle Larmore, and Arizona Bank and Trust, a division of HTLF Bank ("AB&T") (collectively, the "parties") hereby submit this joint stipulation regarding the *Receiver's Motion for Orders (I) Approving (A) the Engagement and Compensation of Marcus & Millichap Real Estate Investment Services as Broker for the Sale of Substantially All Assets of Glenrosa 32, LLC, and (B) the Auction and Bidding Procedures for the Sale of Substantially all Assets of Glenrosa 32, LLC; (II) Approving the Sale of Substantially All Assets of Glenrosa 32, LLC, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Granting Related Relief* [ECF No. 139] (the "Glenrosa Motion"); the *Receiver's Motion for Orders (I) Approving (A) the Engagement and Compensation of Marcus & Millichap Real Estate Investment Services as Broker for the Sale of the Real Properties Owned by ATA Mercado St. Augustine FL, LLC and ATA Palencia St. Augustine FL, LLC, and (B) the Sale and Auction Procedures for the Sale of those Properties; (II) Approving the Sale of the Properties After Auction, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Granting Related Relief* [ECF No. 147] (the "Mercado and Palencia Motion"); *Relief Defendant Michelle Larmore's Limited Objection to Receiver's Motions [Dkt 139 and 147] and Reservation of Rights* [ECF No. 155] (the "Reservation of Rights"); and *Arizona Bank and Trust's Statement of Position Regarding the Receiver's Motion for Orders* [ECF No. 163] ("Statement"), by and through their respective counsel:

**WHEREAS**, on April 19, 2024, the Receiver filed the Glenrosa Motion; and

2

**WHEREAS,** on April 26, 2024, the Receiver filed the Mercado and Palencia Motion; and

**WHEREAS**, no orders yet have issued on the Receiver's request in the referenced motions approving retention of brokers, approving stalking horse provisions (as to the Glenrosa Motion), approving bidding procedures, and setting sale deadlines and hearings (the "Bidding Orders"); and

**WHEREAS**, on May 9, 2024, Michelle Larmore filed the Reservation of Rights, which provided that "she does not oppose the Motions to the extent that the Receiver seeks authority to employ a broker and sell the properties on the terms proposed...;" and

**WHEREAS**, on May 9, 2024, the Court directed that the Receiver respond to the Reservation of Rights by May 15, 2024 [ECF No. 158]; and

**WHEREAS,** on May 14, 2024, the Receiver and Michelle Larmore filed the *Stipulation for Order Modifying Receiver's Response Deadline to Limited Objection and Reservation of Rights of Relief Defendant Michelle Larmore* [ECF No. 162]; and

**WHEREAS**, on May 15, 2024, AB&T filed the Statement which did not object to the relief provided in the Glenrosa Motion, and asserted that "that the Receiver's Motion be granted, the sale approved, and ABT be paid immediately out of escrow upon the closing of the sale;" and

**WHEREAS**, on May 15, 2024, the Court issued an order [ECF No. 164] to which this Stipulation is addressed; and

**WHEREAS**, the Receiver, Michelle Larmore and AB&T agree that the issues presented in the Reservation of Rights and the Statement are not ripe at this time given that

the Bidding Orders have not yet issued and the Court has not yet considered the proposed sales; and

**WHEREAS,** except to the extent asserted in her Reservation of Rights, Michelle Larmore does not object to the issuance and entry of the Bidding Orders and sale transactions set forth in the Glenrosa Motion and the Mercado and Palencia Motion; and

**WHEREAS,** subject to the Statement, AB&T does not object to the issuance and entry of the Bidding Order and the sale transaction set forth in the Glenrosa Motion; and

**WHEREAS**, it is appropriate for the Court to consider issuing the Bidding Orders and no objection is pending with respect thereto; and

**NOW, THEREFORE**, the Receiver, Michelle Larmore and AB&T stipulate and agree:

      (i)      the Court should issue and enter the Bidding Orders;

      (ii)      in respect of the foregoing, the Receiver shall, on or before May 21, 2024, file a notice with suggested dates and deadlines applicable to such Bidding Orders;

      (iii)      with respect to the Reservation of Rights of Michelle Larmore, at the respective sale hearings, the Court should set a briefing schedule to consider the issues raised therein;

      (iv)      with respect to the Statement of AB&T, in the context of the sale hearing on the Glenrosa Motion, the Court should consider appropriate relief at the time of the sale with respect thereto under

1    applicable law and AB&T's secured interest while preserving and

2    taking into account the positions of all parties; and

3    (v)    all other rights of the parties are preserved.

4

5    Dated:  May 17, 2024                    Respectfully submitted,

6                                           ARCHER & GREINER, P.C.

7

8                                           By:    s/ Allen G. Kadish
                                                   Allen G. Kadish[1]
9                                                  Harrison H.D. Breakstone[2]
10                                                 1211 Avenue of the Americas
                                                   New York, New York 10036
11                                                 Tel: (212) 682-4940
                                                   Email: akadish@archerlaw.com
12                                                        hbreakstone@archerlaw.com

13
                                                   *Counsel for Allen D. Applbaum as Receiver*
14

15                                                 MITCHELL | STEIN | CAREY | CHAPMAN, PC
16
                                                   By:    s/ Lee Stein           *by AGK*
17                                                        Lee Stein
                                                          Anne Chapman
18                                                        2600 North Central Avenue, Suite 1000
19                                                        Phoenix, Arizona 85004
                                                          Tel: (602) 358-0292
20                                                        Email: lee@mscclaw.com
                                                                 anne@mscclaw.com
21

22                                                 *Counsel for Relief Defendant Michelle Larmore*

23

24

25

26

27

28

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ENGLEMAN BERGER, P.C.

By:___s/ Scott B. Cohen_____ *by AGK*
    Scott B. Cohen
    Andrew R. O'Keefe
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 271-9090
Email: sbc@eblawyers.com
       aro@eblawyers.com

*Counsel for Arizona Bank & Trust,*
*a division of HTLF Bank*

1
2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

3
4

Securities and Exchange Commission,

Case No. 2:23-cv-02470-DLR

5

Plaintiff,

6

v.

**[PROPOSED] ORDER IN**
**RESPECT OF**
**RESERVATION OF RIGHTS**
**OF MICHELLE LARMORE**
**AND STATEMENT OF**
**ARIZONA BANK & TRUST**

7
8
9
10

Jonathan Larmore; ArciTerra Companies,
LLC; ArciTerra Note Advisors II, LLC;
ArciTerra Note Advisors III, LLC;
ArciTerra Strategic Retail Advisor, LLC;
and Cole Capital Funds, LLC,

11

Defendants, and

12
13
14
15

Michelle Larmore; Marcia Larmore;
CSL Investments, LLC;
MML Investments, LLC;
Spike Holdings, LLC;
and JMMAL Investments, LLC,

16

Relief Defendants.

17

18      Upon consideration of the *Stipulation for Order Modifying Receiver's Response*
19  *Deadline to Limited Objection and Reservation of Rights of Relief Defendant Michelle*
20  *Larmore*, dated May 16, 2024 (the "Stipulation"), between Allen D. Applbaum, court-
21  appointed Receiver for ArciTerra Companies, LLC, and related affiliates (the "Receiver"),
22  Relief Defendant Michelle Larmore, and Arizona Bank & Trust, a division of HTLF Bank
23  ("AB&T"); the Court, finding good cause to grant the relief provided herein; it is hereby

24      ORDERED:

25      1.      The Stipulation is APPROVED. Capitalized terms not defined herein have
26              the meanings ascribed to them in the Stipulation.

27      2.      The Receiver shall, on or before May 21, 2024, file a notice with suggested

28

dates and deadlines applicable to the Bidding Orders.

3.    With respect to the Reservation of Rights of Michelle Larmore, at the respective sale hearings, the Court shall set a briefing schedule to consider the issues raised therein.

4.    With respect to the Statement of AB&T, in the context of the sale hearing on the Glenrosa Motion, the Court shall consider appropriate relief at the time of the sale with respect thereto under applicable law and AB&T's secured interest while preserving and taking into account the positions of all parties.

5.    All other rights of the parties are preserved.

Dated this _____ day of May, 2024.

_____
Honorable Douglas L. Reyes
United States District Judge

228865886 v6

2