Lee Stein (#012368)
lee@mscclaw.com
Anne Chapman (#025965)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

*Attorneys for Relief Defendant*
*Michelle Larmore*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States Securities and Exchange Commission, | ) No. 2:23-cv-02470 |
|---|---|
| Plaintiffs, | ) **RELIEF DEFENDANT MICHELLE LARMORE'S RESPONSE TO CITY NATIONAL BANK'S MOTION TO INTERVENE AND REQUEST TO EXTEND TIME TO RESPOND AND DEFER CONSIDERATION** |
| v. | ) |
| Michelle Larmore, | ) |
| Relief Defendant. | ) |

Relief Defendant Michelle Larmore, through counsel, hereby responds to City National Bank's ("CNB's") Motion to Intervene [Dkt. 184] and Motion Seeking Amendment of Receivership Oder and Stay [Dkt. 185] ("Motions") filed on July 3, 2024 and asks this Court to extend time to respond and defer consideration of the Motions.

CNB's Motions indicate that it has an interest in two properties subject to the Court's stay and seeks exclusion of the properties from the stay to enable it to foreclose on its senior liens on the Properties.[1] The Properties are not receivership assets but are subject to the asset freeze in the Court's Order Appointing Receiver, Freezing Assets, and

---

[1] Those Properties are identified as 5324 East Mariposa Street, Phoenix, Arizona 85018 and 4450 North 54th Street, Phoenix, Arizona 85018.

1  Imposing Litigation Injunction. [Dkt. 154].

2  Defendant Jon Larmore, Relief Defendant Michelle Larmore, the SEC, and the Receiver's counsel are in the process of preparing a stipulation relating to the potential sale of these Properties, for which there is a current third party, arms-length offer to purchase. The stipulation seeks to modify the Asset Freeze to permit the sale of the Properties and includes a Proposed Order. While the Stipulation is in draft form and the parties are waiting on the SEC review of the draft, once finalized the stipulation would moot CNB's Motions.

Counsel therefore request that the Court extend the response deadlines and defer consideration of CNB's Motions for 14 days. Counsel for CNB does not object to this request.

RESPECTFULLY SUBMITTED on July 17, 2024.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: __/s/ Lee Stein__
    Lee Stein
    Anne Chapman
    Attorneys for Michelle Larmore

**CERTIFICATE OF SERVICE**

I certify that on July 17, 2024, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System for filing, and which will be sent electronically to all registered CM/ECF participants as identified on the Notice of Electronic Filing.

  /s/ B. Wolcott