UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, | ) No. 2:23-cv-02470-DLR |
| Plaintiffs, | ) |
| v. | ) **[PROPOSED] ORDER EXTENDING TIME TO RESPOND** |
| Jonathan Larmore, et al. | ) |
| Defendants, and | ) |
| Michelle Larmore, et al., | ) |
| Relief Defendants. | ) |

Upon consideration of Relief Defendant Michelle Larmore's Response to City National Bank's Motion to Intervene [Dkt. 184] and Motion Seeking Amendment of Receivership Oder and Stay [Dkt. 185] ("Motions") and Request to extend time to respond and defer consideration of the Motions, finding that there being good cause to grant the relief provided herein; it is hereby ORDERED:

The Motion is GRANTED.  Responses to the CNB's Motions shall be by _____ ____, 2024.

Dated this _____ day of July, 2024.

_____
Honorable Douglas L. Rayes
United States District Judge