Lee Stein (#012368)
lee@mscclaw.com
Anne M. Chapman (#025965)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Ave., Ste. 1000
Phoenix, AZ 85004
Telephone: (602) 358-0290
Facsimile: (602) 358-0291

*Attorneys for Relief Defendant*
*Michelle Larmore*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Securities and Exchange Commission, | No. 2:23-cv-02470-DLR |
| Plaintiff, | **STIPULATION FOR ORDER MODIFYING ASSET FREEZE AS TO (1) 5324 E. MARIPOSA ST., PHOENIX, ARIZONA AND (2) 4450 N. 54TH STREET, PHOENIX, ARIZONA, AND PROVIDING RELATED RELIEF** |
| v. | |
| Jonathan Larmore, et al. | |
| Defendants, and | |
| Michelle Larmore, et al., | |
| Relief Defendants. | |

Plaintiff Securities and Exchange Commission ("SEC"), Allen D. Applbaum, court-appointed receiver for ArciTerra Companies, LLC, and related affiliates (the "Receiver"), defendant Jonathan M. Larmore ("Jon"), relief defendant Michelle A. Larmore ("Michelle") and proposed intervenor City National Bank ("CNB"), by and through their respective counsel, hereby state:

229166849 v1

**WHEREAS**, on May 6, 2024, the Court entered the *Order Appointing Receiver, Freezing Assets, and Imposing Litigation Injunction* [ECF No. 154] (the "Receiver Order");

**WHEREAS**, the Receiver Order, among other things, subjects various properties and entities under the direct and indirect ownership and control of Jon to the asset freeze more particularly described in Part III and Exhibit B of the Receiver Order (the "Asset Freeze");

**WHEREAS**, JMMAL Mariposa, LLC ("JMMAL Mariposa") is the fee owner of certain real estate commonly described as 5324 E. Mariposa Street, Phoenix, Arizona 85018 (the "Mariposa Property");

**WHEREAS**, Jon and Michelle are the co-managers of JMMAL Mariposa;

**WHEREAS**, JB Mariposa, LLC ("JB") is the sole member of JMMAL Mariposa, and Jon and Michelle's adult children, Jonathan R. Larmore and Bridget E. Larmore, are the sole members of JB, and thus are the ultimate equity owners of the Mariposa Property;

**WHEREAS**, 4450 N. 54th Street LLC ("54th Street LLC") is the fee owner of certain real estate commonly described as 4450 N. 54th Street, Phoenix, Arizona 85018 (the "54th Street Property," and together with the Mariposa Property, the "Properties");

**WHEREAS**, Jon and Michelle represent that Jon is the sole manager of 54th Street LLC;

229166849 v1

**WHEREAS**, Jon is the sole member of 54th Street LLC, and consequently, the equity interest in the 54th Street Property is community property of Jon and Michelle;

**WHEREAS**, CNB holds mortgage liens on both Properties (the "Liens"), and has filed motions to intervene [ECF No. 184] and for relief from the Asset Freeze [ECF No. 185] to permit it to commence foreclosure proceedings against the Properties (together, the "Motions");

**WHEREAS**, prior to the commencement of the above-captioned civil action, Michelle filed a petition for legal separation that has since been converted to a dissolution of marriage against Jon, which action is pending in the Superior Court of Arizona, County of Maricopa (the "Superior Court"), styled *In re Larmore*, No. FC2023-001520 (the "Divorce Proceeding");

**WHEREAS**, Jon (individually and in his capacities as co-manager of JMMAL Mariposa and manager of 54th Street LLC) and Michelle (individually and in her capacity as co-manager of JMMAL Mariposa) hereby consent to the sales of the Properties and will work together to sell the property and sign any and all documents necessary to effectuate the sale, and Jon further agrees to request from CNB up-to-date payoff letters for the Properties and provide them to the title company handling the sale;

**WHEREAS**, the Properties are not receivership assets and the Receiver has no objection to a modification of the Asset Freeze to allow the Properties to be sold, subject to reservation of all rights as to all parties;

**WHEREAS**, the SEC has no objection to a modification of the Asset Freeze to allow the Properties to be sold, provided that Jon's portion of the sale proceeds, if any, remains subject to the Asset Freeze pending further order of this Court;

**WHEREAS**, the SEC has no objection to Michelle's and JMMAL Mariposa's portions of the sale proceeds of the Properties, if any, being excluded from the Asset Freeze and disbursed at close of escrow;

**WHEREAS**, the SEC reserves its rights with regard to its claims against Michelle as a relief defendant in this case;

**WHEREAS**, the parties enter this stipulation and request the Court to enter the proposed order submitted herewith to facilitate the sale of the Properties by clarifying for any interested third parties that the Properties are not subject to the Asset Freeze and that for purposes hereof, JMMAL Mariposa and 54th Street LLC are not under the control of the Receivership; and

**WHEREAS**, if (a) the Properties are not under contract for sale (on such date, the "Contract Date") within thirty (30) days of entry of the order approving this stipulation or (b) the Properties are under contract within the Contract Date but the sales of the Properties have not closed escrow within sixty (60) days of the Contract Date (clauses (a) and (b) together, the "Conditions"), then CNB may notice the

229166849 v1

Properties for trustee's sale to foreclose out the interests of the owners of the Properties. If, however, the Conditions are satisfied, then CNB shall withdraw the Motions.

**NOW, THEREFORE**, the SEC, the Receiver, Jon Larmore, Michelle Larmore and City National Bank stipulate and agree that the Court should enter the proposed order submitted herewith modifying the Asset Freeze to allow the Properties to be sold subject to the terms hereof.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED ON July 26, 2024.

        MITCHELL | STEIN | CAREY | CHAPMAN, PC

        By:  /s/ Lee Stein
           Lee Stein
           Anne Chapman
           Attorneys for Relief Defendant Michelle Larmore

        Dated: July 26, 2024

        SECURITIES AND EXCHANGE COMMISSION

        By:  /s/ Neal Jacobson *(with permission)*
           Neal Jacobson
           Attorneys for Plaintiff Securities & Exchange Commission

        Dated: July 26, 2024

229166849 v1

ARCHER & GREINER, P.C.

By: /s/ Allen Kadish *(with permission)*
    Allen G. Kadish
    Harrison H.D. Breakstone
    Attorneys for Receiver Allen D. Applbaum

Dated: July 26, 2024

DICKENSON WRIGHT, PLLC

By: /s/ Seth Waxman *(with permission)*
    Seth B. Waxman
    Attorneys for Defendant Jonathan D. Larmore and Relief Defendant Marcia Larmore

Dated: July 26, 2024

KUTAK ROCK

By: /s/ Marc R. Lieberman *(with permission)*
    Marc R. Lieberman
    Attorneys for Proposed Intervenor City National Bank

Dated: July 26, 2024

229166849 v1

## PROOF OF SERVICE

I certify that on July 26, 2024, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System for filing, and which will Be sent electronically to all registered CM/ECF participants as identified on the Notice of Electronic Filing.

*/s/ P. McClellan*

229166849 v1