# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Jonathan Larmore, et al.,<br><br>Defendants. | No. CV-23-02470-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the Receiver's motion for an order: (i) approving the Receiver's engagement and compensation of the following commercial lease brokers: (a) Cushman & Wakefield U.S., Inc., (b) Bradley Company, LLC, (c) SVN | Toomey Property Advisors, (d) Second Story Property Management Company LLC, and (e) McWhirter Realty Partners, LLC (each a Lease Broker, together, the "Lease Brokers"); and (ii) granting related relief (the "Motion") (Doc. 198); and having considered the declaration of Randall Coxworth filed in support thereof (the "Coxworth Declaration"), and the attachments thereto; there being no opposition to the Motion; and upon due and sufficient notice of the Motion, and no other or further notice need be given; and it appearing that the relief sought in the Motion is in the best interests of the Receivership Estate, its creditors, and other parties in interest,

**IT IS HEREBY ORDERED**:[1]

1. The Motion is **GRANTED** to the extent set forth herein.

---

[1] Capitalized undefined terms shall have the meanings ascribed to them in the Motion.

2. The Representation Agreements identified in the Motion and described in the Coxworth Declaration, and attached as Exhibit A to the Coxworth Declaration, are approved.

3. The Receiver is authorized to enter into each Representation Agreement and pay each Lease Broker's commission upon fulfillment of relevant terms as set forth in the respective Representation Agreement.

4. This Court reserves jurisdiction and authority to implement the terms hereof.

Dated this 26th day of August, 2024.

_____
Douglas L. Rayes
Senior United States District Judge