BRUCE L. UDOLF (FL SBN #899933)[1]
BRUCE L. UDOLF, P.A.
589 SW SECOND AVENUE
FT. LAUDERDALE, FL 33301
Telephone:  (954) 415-2260
Email:       budolf@bruceudolf.com

Attorneys for Jonathan Larmore

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-23-02470-PHX-DLR |
| Plaintiff, | **JONATHAN LARMORE'S RESPONSE TO BLAINE RICE'S MOTION TO QUASH SUBPOENA ISSUED TO GOOGLE** |
| v. | |
| JONATHAN LARMORE, *et al.*, | |
| Defendants. _____/ | |

Defendant Jonathan Larmore ("Mr. Larmore"), by and through his undersigned counsel,[2] hereby submits his response to *Blaine Rice's Motion to Quash Subpoena Issued to Google, or Alternatively, for Entry of a Protective Order* (the "Motion")(Dkt. 212) that non-party Blaine Rice ("Mr. Rice") filed on September 4, 2024.  In the Motion, Mr. Rice seeks an Order quashing a Rule 45 subpoena *duces tecum* that Mr. Larmore's former counsel had served on Google (the "Google Subpoena") with respect to information concerning Mr. Rice's Google account.[3]

---

[1]     *Pro Hac Vice* Application was approved on September 11, 2024.

[2]     As the Court is aware, a hearing was just conducted on September 10, 2024 where attorney Seth Waxman sought approval for his and his law firm's withdrawal as counsel for Mr. Larmore in this matter as Mr. Larmore had retained undersigned attorney Bruce L. Udolf as his new counsel. At the conclusion of the hearing, the Court orally granted the motion to withdraw.

[3]     In addition to the Rule 45 Subpoena served on Google, LLC, Mr. Larmore's former counsel also served a subpoena on Apple (the "Apple Subpoena").

Mr. Larmore's new undersigned counsel has had a number of communications with counsel for Plaintiff the United Securities and Exchange Commission ("Plaintiff" or "SEC") regarding the Google Subpoena and Motion, as well as the Apple Subpoena, and is in the process of working with counsel for the affected parties to narrow the scope of the information requested in each of the subpoenas. As a result of those discussions, Mr. Larmore's undersigned counsel has sent letters to Google and to Apple withdrawing each of the subpoenas, without prejudice. Mr. Larmore reserves the right to issue new subpoenas after first attempting, in good faith, to reach an agreement with counsel for the affected parties as to a request that is more limited in scope.

As a result of the withdrawal of the Google Subpoena (and the Apple Subpoena), Mr. Larmore submits that the Motion and the relief sought therein are now moot.

BRUCE L. UDOLF, P.A.

Dated: September 13, 2024     By:     /s/ Bruce L. Udolf
                                        BRUCE L. UDOLF
                                        Attorneys for Jonathan Larmore

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 13, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing which will provide electronic mail notice to all counsel of record in this matter.

By: */s/ Bruce L. Udolf*
    Bruce L. Udolf