ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
Email: akadish@archerlaw.com
          hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>        Plaintiff,<br><br>        v.<br><br>Jonathan Larmore, et al.,<br><br>        Defendants, and<br><br>Michelle Larmore, Marcia Larmore,<br>CSL Investments, LLC,<br>MML Investments, LLC,<br>Spike Holdings, LLC,<br>and JMMAL Investments, LLC,<br><br>        Relief Defendants. | Case No. 23-CV-02470-PHX-DLR<br><br>**STIPULATION IN RESPECT OF RESERVATION OF RIGHTS OF RELIEF DEFENDANT MICHELLE LARMORE** |

Allen D. Applbaum as Court-appointed receiver for ArciTerra Companies, LLC, and related entities (the "Receiver"), and Relief Defendant Michelle Larmore (collectively,

---

[1] Admitted *pro hac vice*.
[2] Admitted *pro hac vice*.

the "Parties") hereby submit this joint stipulation regarding the *Receiver's Motion for Orders (I) Approving (A) the Engagement and Compensation of Marcus & Millichap Real Estate Investment Services as Broker for the Sale of Substantially All Assets of Glenrosa 32, LLC, and (B) the Auction and Bidding Procedures for the Sale of Substantially all Assets of Glenrosa 32, LLC; (II) Approving the Sale of Substantially All Assets of Glenrosa 32, LLC, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Granting Related Relief*, filed April 19, 2024 [ECF No. 139] (the "Glenrosa Motion"); the *Receiver's Motion for Orders (I) Approving (A) the Engagement and Compensation of Marcus & Millichap Real Estate Investment Services as Broker for the Sale of the Real Properties Owned by ATA Mercado St. Augustine FL, LLC and ATA Palencia St. Augustine FL, LLC, and (B) the Sale and Auction Procedures for the Sale of those Properties; (II) Approving the Sale of the Properties After Auction, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Granting Related Relief,* filed April 26, 2024 [ECF No. 147] (the "Mercado and Palencia Motion"); *Relief Defendant Michelle Larmore's Limited Objection to Receiver's Motions*, filed May 9, 2024 [ECF Nos. 139 and 147] (the "Limited Objection"), by and through their respective counsel:

**WHEREAS,** the Receiver and Michelle Larmore filed the *Stipulation for Order Modifying Receiver's Response Deadline to Limited Objection and Reservation of Rights of Relief Defendant Michelle Larmore*, filed May 14, 2024 [ECF No. 162]; and

**WHEREAS,** the Receiver filed the *First Application of Receiver for Allowance and Payment of Professional Fees and Reimbursement of Expenses for the Period December 21, 2023 and through March 31, 2024* [ECF No. 165] (the "First Fee Application"); and

2

**WHEREAS**, on May 17, 2024, the Parties (along with Arizona Bank & Trust) filed the *Stipulation in Respect of Reservation of Rights of Michelle Larmore and Statement of Arizona Bank & Trust* [ECF No. 167]; and

**WHEREAS,** except to the extent asserted in her Reservation of Rights, Michelle Larmore did not object to the issuance and entry of the Glenrosa Sale Order or the Mercado and Palencia Sale Order; and

**WHEREAS,** on July 10, 2024, the Court entered the *Order (I) Approving (A) the Sale of Substantially All Assets of Glenrosa 32, LLC, Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) Granting Related Relief* [ECF No. 190] (the "Glenrosa Sale Order"); and

**WHEREAS,** on July 10, 2024, the Court entered the *Order (I) Approving (A) the Sale of the Real Properties Owned by ATA Mercado St. Augustine FL, LLC and ATA Palencia St. Augustine FL, LLC, Free and Clear of All Liens Claims, Encumbrances and Interests and (B) Granting Related Relief* [ECF No. 191] (the "Mercado and Palencia Sale Order"); and

**WHEREAS**, the Glenrosa Sale Order and the Mercado and Palencia Sale Order preserved the rights of Michelle Larmore with respect to use of post-closing proceeds; and

**WHEREAS**, the Glenrosa, Mercado and Palencia sales closed; and

**WHEREAS**, on September 12, 2024, the Court entered an Order granting the First Fee Application [ECF No. 191] (the "First Interim Fee Order"); and

**WHEREAS**, the Receiver seeks to use receivership estate assets including proceeds from the sales of Glenrosa, Mercado and Palencia, to pay Court-approved fees and expenses in accordance with the First Interim Fee Order; and

**WHEREAS**, Michelle Larmore does not object to the use of such proceeds to pay Court-approved fees and expenses to implement, and in accordance with, the First Interim Fee Order.

**NOW, THEREFORE**, the Receiver and Michelle Larmore agree:

(i) the Court should enter an order in the form attached hereto authorizing the Receiver to use such proceeds to pay approved fees and expenses to implement the terms of, and in accordance with, the First Interim Fee Order; and

(ii) all other rights of the Parties are preserved.

Dated: September 16, 2024

Respectfully submitted,

ARCHER & GREINER, P.C.

By: _____
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Email: akadish@archerlaw.com
          hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

4

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: <u>     s/ Anne Chapman          *by AGK*     </u>
    Lee Stein
    Anne Chapman
 2600 North Central Avenue, Suite 1000
 Phoenix, Arizona 85004
 Tel: (602) 358-0292
 Email: lee@mscclaw.com
        anne@mscclaw.com

*Counsel for Relief Defendant Michelle Larmore*

5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Jonathan Larmore, et al.,<br><br>Defendants, and<br><br>Michelle Larmore, Marcia Larmore, CSL Investments, LLC, MML Investments, LLC, Spike Holdings, LLC, and JMMAL Investments, LLC,<br><br>Relief Defendants. | Case No. 23-CV-02470-PHX-DLR<br><br>**[PROPOSED] ORDER APPROVING STIPULATION IN RESPECT OF RESERVATION OF RIGHTS OF RELIEF DEFENDANT MICHELLE LARMORE** |

Upon consideration of the *Stipulation for Order in Respect of Reservation of Rights of Relief Defendant Michelle Larmore*, dated September 16, 2024 (the "Stipulation"), between Allen D. Applbaum, as Court-appointed receiver for ArciTerra Companies, LLC, and related affiliates (the "Receiver"), and Relief Defendant Michelle Larmore; it is hereby

ORDERED:

1. The Stipulation is APPROVED. Capitalized terms not defined herein have the meanings ascribed to them in the Stipulation.
2. The Receiver be, and hereby is, authorized to use the proceeds from the sales of, *inter alia*, Glenrosa, Mercado and Palencia, to pay Court-approved fees and expenses to implement, and in accordance with, the First Interim Fee Order.

1      3.    All other rights of the Parties are preserved.

Dated this _____ day of September, 2024.

                                                      _____  
                                                      Honorable Douglas L. Rayes  
                                                      Senior United States District Judge

229353587 v2