IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Jonathan Larmore, et al.,<br><br>Defendants. | No. CV-23-02470-PHX-DLR<br><br>**ORDER APPROVING STIPULATION IN RESPECT OF RESERVATION OF RIGHTS OF RELIEF DEFENDANT MICHELLE LARMORE** |

The Court having reviewed the *Stipulation in Respect of Reservation of Rights of Relief Defendant Michelle Larmore* (Doc. 229), dated September 16, 2024 (the "Stipulation"), between Allen D. Applbaum, as Court-appointed receiver for ArciTerra Companies, LLC, and related affiliates (the "Receiver"), and Relief Defendant Michelle Larmore; and good cause appearing;

**IT IS ORDERED**:

1. The Stipulation is **APPROVED**. Capitalized terms not defined herein have the meanings ascribed to them in the Stipulation.

2. The Receiver be, and hereby is, authorized to use the proceeds from the sales of, *inter alia*, Glenrosa, Mercado and Palencia, to pay Court-approved fees and expenses to implement, and in accordance with, the First Interim Fee Order.

3. All other rights of the Parties are preserved.

Dated this 17th day of September, 2024.

_____
Douglas L. Rayes
Senior United States District Judge