ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
Email:  akadish@archerlaw.com
        hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Jonathan Larmore, et al.,<br><br>Defendants, and<br><br>Michelle Larmore, Marcia Larmore, CSL Investments, LLC, MML Investments, LLC, Spike Holdings, LLC, and JMMAL Investments, LLC,<br><br>Relief Defendants. | Case No. 23-CV-02470-PHX-DLR<br><br>**SECOND STIPULATION IN RESPECT OF RESERVATION OF RIGHTS OF RELIEF DEFENDANT MICHELLE LARMORE** |

        Allen D. Applbaum as Court-appointed receiver for ArciTerra Companies, LLC,

and related entities (the "Receiver"), and Relief Defendant Michelle Larmore (collectively,

---

[1]  Admitted *pro hac vice.*
[2]  Admitted *pro hac vice.*

the "Parties") hereby submit this joint stipulation regarding the *Relief Defendant Michelle Larmore's Limited Objection to Receiver's Second Application for Allowance and Payment of Professional Fees and Reimbursement of Expenses [Docket No. 211] and Reservation of Rights* [ECF No. 231] (the "Limited Objection"), by and through their respective counsel:

**WHEREAS,** the Receiver and Michelle Larmore filed the *Stipulation for Order Modifying Receiver's Response Deadline to Limited Objection and Reservation of Rights of Relief Defendant Michelle Larmore*, filed May 14, 2024 [ECF No. 162]; and

**WHEREAS,** the Receiver filed the *Second Application of Receiver for Allowance and Payment of Professional Fees and Reimbursement of Expenses for the Period April 1, 2024 through June 30, 2024* [ECF No. 211] (the "Second Fee Application"); and

**WHEREAS**, the Receiver and Michelle Larmore filed the Stipulation in Respect of Reservation of Rights of Relief Defendant Michelle Larmore, dated September 16, 2024 [ECF. No. 229] (the "First Fee Stipulation"); and

**WHEREAS**, on September 17, 2024, Michelle Larmore filed the Limited Objection with respect to the Receiver's Second Fee Application; and

**WHEREAS,** on September 17, 2024, the Court entered the *Order Approving Stipulation in Respect of Reservation of Rights of Relief Defendant Michelle Larmore* [ECF No. 232]; and

**WHEREAS**, the Receiver seeks to use receivership estate assets including proceeds from the sales of, *inter alia,* Glenrosa, Mercado and Palencia, to pay any Court-approved

fees and expenses in accordance with any relief to be issued with respect to the Second Fee application; and

**WHEREAS**, subject to and without waiving the arguments in the Limited Objection or the limited objection that was the subject of the First Fee Stipulation, and solely as an accommodation to the Receiver and his professionals, Michelle Larmore does not object to the use of such proceeds to pay Court-approved fees and expenses to implement, and in accordance with, any such order as may issue on the Second Fee Application.

**NOW, THEREFORE**, the Receiver and Michelle Larmore agree:

(i)    the Court should enter an order in the form attached hereto authorizing the Receiver to use such proceeds to pay approved fees and expenses to implement the terms of, and in accordance with, any order as may issue on the Second Fee Application; and

(ii)    the Court's imposition in its prior Order [ECF No. 168] of a briefing schedule on Michelle Larmore's reservation of rights is deferred by agreement of the Parties, including in respect of the Limited Objection, subject to request of either party; and

(iii)     all other rights of the Parties are preserved.

Dated:  September 26, 2024                Respectfully submitted,

ARCHER  &  GREINER, P.C.


By: _____
    Allen G. Kadish[1]
    Harrison H.D. Breakstone[2]
    1211 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 682-4940
    Email: akadish@archerlaw.com
           hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*


MITCHELL | STEIN | CAREY | CHAPMAN, PC


By: ____s/ Anne Chapman_____ *by AGK*
    Lee Stein
    Anne Chapman
    2600 North Central Avenue, Suite 1000
    Phoenix, Arizona 85004
    Tel: (602) 358-0292
    Email: lee@mscclaw.com
           anne@mscclaw.com

*Counsel for Relief Defendant Michelle Larmore*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

United States Securities and Exchange Commission,

        Plaintiff,

v.

Jonathan Larmore, et al.,

        Defendants, and

Michelle Larmore, Marcia Larmore, CSL Investments, LLC, MML Investments, LLC, Spike Holdings, LLC, and JMMAL Investments, LLC,

        Relief Defendants.

Case No. 23-CV-02470-PHX-DLR

**[PROPOSED] ORDER APPROVING SECOND STIPULATION IN RESPECT OF RESERVATION OF RIGHTS OF RELIEF DEFENDANT MICHELLE LARMORE**

Upon consideration of the *Second Stipulation for Order in Respect of Reservation of Rights of Relief Defendant Michelle Larmore*, dated September 17, 2024 (the "Stipulation"), between Allen D. Applbaum, as Court-appointed receiver for ArciTerra Companies, LLC, and related affiliates (the "Receiver"), and Relief Defendant Michelle Larmore; it is hereby

ORDERED:

1.    The Stipulation is APPROVED. Capitalized terms not defined herein have the meanings ascribed to them in the Stipulation.

2.    The Receiver be, and hereby is, authorized to use the proceeds from the sales of, *inter alia*, Glenrosa, Mercado and Palencia, to pay Court-approved fees and expenses to implement, and in accordance with, any order to be issued

on the Second Fee Application.

3.    The Court's imposition in its prior Order [ECF No. 168] of a briefing schedule on Michelle Larmore's reservation of rights is deferred by agreement of the Parties, including in respect of the Limited Objection, subject to request of either party.

4.    All other rights of the Parties are preserved.

Dated this _____ day of September, 2024.

_____
Honorable Douglas L. Rayes
Senior United States District Judge

229376366 v1
229376366 v2