ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
Email:  akadish@archerlaw.com
            hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>          Plaintiff,<br><br> v.<br><br>Jonathan Larmore, et al.,<br><br>          Defendants, and<br><br>Michelle Larmore; Marcia Larmore; CSL Investments, LLC; MML Investments, LLC; Spike Holdings, LLC; and JMMAL Investments, LLC,<br><br>          Relief Defendants. | Case No. CV-23-02470-PHX-DLR<br><br>**NOTICE OF NO OBJECTION TO RECEIVER'S MOTION FOR ORDERS (I) APPROVING (A) THE ENGAGEMENT AND COMPENSATION OF MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES AS BROKER FOR THE SALE OF REAL PROPERTIES SUBJECT TO LOANS SERVICED BY RIALTO CAPITAL ADVISORS, LLC, AND (B) THE SALE AND AUCTION PROCEDURES FOR THE SALE OF THE PROPERTIES; (II) APPROVING THE SALE OF THE PROPERTIES AFTER AUCTION, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; AND (III) GRANTING RELATED RELIEF [ECF NO. 230]** |

---

[1] Admitted *pro hac vice*.
[2] Admitted *pro hac vice*.

1      Allen D. Applbaum, as receiver for ArciTerra Companies, LLC, and related entities, by and through his counsel, Archer & Greiner, P.C., hereby files this notice (the "Notice"), as follows:

      1.    On September 16, 2024, the Receiver filed the *Receiver's Motion for Orders (I) Approving (A) the Engagement and Compensation of Marcus & Millichap Real Estate Investment Services as Broker for the Sale of Real Properties Subject to Loans Serviced by Rialto Capital Advisors, LLC, and (B) the Sale and Auction Procedures for the Sale of the Properties; (II) Approving the Sale of the Properties After Auction, Free and Clear of all Liens, Claims, Encumbrances and Interests; and (III) Granting Related Relief* [ECF No. 230] (the "Motion").

      2.    On September 30, 2024, the deadline for responses and objections to the Motion passed pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rules 7.2 and 7.3 of the Local Rules of Civil Procedure.

      3.    A review of the case docket confirms that no response or objection to the Motion has been filed.

      4.    Pursuant to paragraph 53 of the *Order Appointing Receiver, Freezing Assets, and Imposing Litigation Injunction* [ECF No. 154], the Receiver files this Notice and requests that a sale hearing be scheduled for the first week in November in order to allow for a closing prior to year-end.

5. Submitted herewith is the proposed order attached to the Motion as Exhibit 3.

Dated: October 2, 2024

ARCHER & GREINER, P.C.

By: _____
    Allen G. Kadish[1]
    Harrison H.D. Breakstone[2]
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Email: akadish@archerlaw.com
       hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

229424800 v1