# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jonathan Larmore, et al.,<br><br>　　　　　Defendants. | No. CV-23-02470-PHX-DLR<br><br>**ORDER APPROVING SECOND STIPULATION IN RESPECT OF RESERVATION OF RIGHTS OF RELIEF DEFENDANT MICHELLE LARMORE** |

The Court having reviewed the *Second Stipulation for Order in Respect of Reservation of Rights of Relief Defendant Michelle Larmore* (Doc. 235), dated September 17, 2024 (the "Stipulation"), between Allen D. Applbaum, as Court-appointed receiver for ArciTerra Companies, LLC, and related affiliates (the "Receiver"), and Relief Defendant Michelle Larmore, and good cause appearing;

**IT IS ORDERED**:

1. The Stipulation is **APPROVED**. Capitalized terms not defined herein have the meanings ascribed to them in the Stipulation.

2. The Receiver be, and hereby is, authorized to use the proceeds from the sales of, *inter alia*, Glenrosa, Mercado and Palencia, to pay Court-approved fees and expenses to implement, and in accordance with, any order to be issued on the Second Fee Application (Doc. 211).

3. The Court's imposition in its prior Order (Doc. 168) of a briefing schedule on Michelle Larmore's reservation of rights is deferred by agreement of the Parties, including in respect of the Limited Objection, subject to request of either party.

4. All other rights of the Parties are preserved.

Dated this 3rd day of October, 2024.

_____
Douglas L. Rayes
Senior United States District Judge