ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
Email:  akadish@archerlaw.com
         hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>           Plaintiff,<br><br> v.<br><br>Jonathan Larmore, et al.,<br><br>           Defendants, and<br><br>Michelle Larmore; Marcia Larmore; CSL Investments, LLC; MML Investments, LLC; Spike Holdings, LLC; and JMMAL Investments, LLC,<br><br>           Relief Defendants. | Case No. CV-23-02470-PHX-DLR<br><br>**NOTICE OF NO OBJECTION TO STIPULATION AMENDING ORDERS APPOINTING RECEIVER RE: AT SUFFOLK VA SC, LLC [ECF NO. 249]** |

---

[1] Admitted *pro hac vice*.
[2] Admitted *pro hac vice*.

Allen D. Applbaum, as receiver for ArciTerra Companies, LLC, and related entities, by and through his counsel, Archer & Greiner, P.C., hereby files this notice (the "Notice"), as follows:

1. On October 24, 2024, the Receiver filed the *Stipulation Amending Orders Appointing Receiver* [ECF No. 249] (the "Stipulation").

2. On November 7, 2024, the deadline for responses and objections to the Motion passed pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rules 7.2 and 7.3 of the Local Rules of Civil Procedure.

3. A review of the case docket confirms that no response or objection to the Motion has been filed.

4. Pursuant to paragraph 53 of the *Order Appointing Receiver, Freezing Assets, and Imposing Litigation Injunction* [ECF No. 154], the Receiver files this Notice.

5. Submitted herewith is the proposed order filed at ECF No. 249.

Dated: November 11, 2024

ARCHER & GREINER, P.C.

By: _____
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Email: akadish@archerlaw.com
         hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

229646723 v1

2