# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Johnathan Larmore et al.,<br><br>Defendants. | No. CV-23-02470-PHX-DLR<br><br>**ORDER GRANTING MOTION TO CLARIFY AND MODIFY THE RECEIVERSHIP AND TEMPORARY RESTRAINING ORDERS**<br><br>(Assigned to the Honorable Douglas L. Rayes) |

Upon consideration of the Stipulation Amending Orders Appointing Receiver, and good cause appearing:

IT IS HEREBY ORDERED that the real property described as Parcels 2B-1, 2B-4, and 2A-1, Subdivision Plat of Parcels 2A and 2B Harbour View Business Park, City of Suffolk, Virginia ("Property") is excluded from the Order Appointing Temporary Receiver and Temporarily Freezing Assets and Imposing Litigation Injunction, the Temporary Restraining Order, and the Order Appointing Receiver, Freezing Assets, and Imposing Litigation Injunction (the "Orders").

IT IS FURTHER ORDERED that the Stipulation that is Exhibit "C" to the Orders be deemed amended accordingly *nunc pro tunc* to the date of entry of the Orders.

IT IS FURTHER ORDERED permitting Jennifer O. Schiffer, Blake W. Frieman, and Andrea Campbell Davison as the substitute trustees to complete the ministerial acts

9898310v5/10877-0023

of delivering and recording a trustee's deed to the Property to convey legal title to American National Insurance Company.

DATED October ___, 2024.

_____
Douglas L. Rayes
United States District Judge

9898310v5/10877-0023