1    **WO**

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE DISTRICT OF ARIZONA**

8

9    United States Securities and Exchange        No. CV-23-02470-PHX-DLR
     Commission,

10                                                  **ORDER**
                    Plaintiff,

11

12   v.

     Jonathan Larmore, et al.,

13
                    Defendants.

14

15

16        Before the Court is the Second Application ("Application") for allowance and

17   payment of professionals' fees and reimbursement of expenses for StoneTurn Group LLP

18   ("StoneTurn") and Archer & Greiner, P.C. ("Archer," and together, the "Retained

19   Personnel") for the period of April 1, 2024, through June 30, 2024 (the "Application

20   Period"). (Doc. 211.) No objections to the reasonableness of the fees and expenses were

21   filed, but Relief Defendant Michelle Larmore filed a limited objection related to the use of

22   Community Assets. (Doc. 231.) Thereafter, Michelle Larmore and Allen D. Applbaum, the

23   Court-appointed Receiver for ArciTerra Companies, LLC, and related entities, entered a

24   stipulation resolving Michelle Larmore's limited objection. (Docs. 235, 240.)

25        Having considered the Application and supporting documentation and finding that

26   the requested fees and expenses are reasonable, there being no objection to an award of

27   those fees and expenses, and subject to the terms of the stipulation entered at Docket Entry

28   240,

1    **IT IS ORDERED** that the Application (Doc. 211) is **GRANTED** as follows:

2    1. StoneTurn's fees in the amount of $2,899,010.08 for services rendered during the

3    Application Period are approved.

4    2. The sum of $869,703.03 (30%) of the approved fees shall be held back until

5    further order of the Court.

6    3. StoneTurn's expenses in the amount of $214,236.42 are approved for

7    reimbursement.

8    4. Archer's fees in the amount of $558,767.60 for services rendered during the

9    Application Period are approved.

10    5. The sum of $167,630.28 (30%) of the approved fees shall be held back until

11    further order of the Court.

12    6. Archer's expenses in the amount of $604.88 are approved for reimbursement.

13    Dated this 26th day of November, 2024.

Douglas L. Rayes
Senior United States District Judge