ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
Email: akadish@archerlaw.com
       hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>        Plaintiff,<br><br>   v.<br><br>Jonathan Larmore, et al.,<br><br>        Defendants, and<br><br>Michelle Larmore, Marcia Larmore,<br>CSL Investments, LLC,<br>MML Investments, LLC,<br>Spike Holdings, LLC,<br>and JMMAL Investments, LLC,<br><br>        Relief Defendants. | Case No. 23-CV-02470-PHX-DLR<br><br>**THIRD STIPULATION IN RESPECT OF RESERVATION OF RIGHTS OF RELIEF DEFENDANT MICHELLE LARMORE** |

Allen D. Applbaum as Court-appointed receiver for ArciTerra Companies, LLC, and related entities (the "<u>Receiver</u>"), and Relief Defendant Michelle Larmore (collectively,

---

[1] Admitted *pro hac vice*.
[2] Admitted *pro hac vice*.

the "Parties") hereby submit this joint stipulation regarding the *Relief Defendant Michelle Larmore's Limited Objection to Receiver's Third Application for Allowance and Payment of Professional Fees and Reimbursement of Expenses [Docket No. 268] and Reservation of Rights* [ECF No. 284] (the "Limited Objection"), by and through their respective counsel:

*First Stipulation*

**WHEREAS,** the Receiver and Michelle Larmore filed the *Stipulation for Order Modifying Receiver's Response Deadline to Limited Objection and Reservation of Rights of Relief Defendant Michelle Larmore*, filed May 14, 2024 [ECF No. 162]; and

**WHEREAS,** the Receiver filed the *Second Application of Receiver for Allowance and Payment of Professional Fees and Reimbursement of Expenses for the Period April 1, 2024 through June 30, 2024* [ECF No. 211]; and

**WHEREAS**, the Receiver and Michelle Larmore filed the *Stipulation in Respect of Reservation of Rights of Relief Defendant Michelle Larmore*, dated September 16, 2024 [ECF No. 229]; and

**WHEREAS,** on September 17, 2024, the Court entered the *Order Approving Stipulation in Respect of Reservation of Rights of Relief Defendant Michelle Larmore* [ECF No. 232]; and

*Second Stipulation*

**WHEREAS**, on September 17, 2024, Michelle Larmore filed the Limited Objection with respect to the Receiver's Second Fee Application; and

**WHEREAS**, the Receiver and Michelle Larmore filed the *Second Stipulation in Respect of Reservation of Rights of Relief Defendant Michelle Larmore*, dated September 26, 2024 [ECF. No. 235]; and

**WHEREAS**, on October 3, 2024, the Court entered the *Order Approving Second Stipulation in Respect of Reservation of Rights of Relief Defendant Michelle Larmore* [ECF No. 240]; and

<u>Third Fee Application</u>

**WHEREAS**, the Receiver filed the *Third Application of Receiver for Allowance and Payment of Professional Fees and Reimbursement of Expenses for the Period July 1, 2024 through September 30, 2024* [ECF No. 268] (the "<u>Third Fee Application</u>"); and

**WHEREAS**, on November 27, 2024, Michelle Larmore filed the Limited Objection with respect to the Receiver's Third Fee Application [ECF No. 284]; and

**WHEREAS**, the Receiver seeks to use receivership estate assets to pay any Court-approved fees and expenses in accordance with any relief to be issued with respect to the Third Fee Application; and

**WHEREAS**, subject to and without waiving the arguments in the Limited Objection or the limited objections that were the subject of the First and Second Fee Stipulations, and solely as an accommodation to the Receiver and his professionals, Michelle Larmore does not object to the use of such proceeds to pay Court-approved fees and expenses to implement, and in accordance with, any such order as may issue on the Third Fee Application.

**NOW, THEREFORE**, the Receiver and Michelle Larmore agree:

(i) the Court should enter an order in the form attached hereto authorizing the Receiver to use such proceeds to pay approved fees and expenses to implement the terms of, and in accordance with, any order as may issue on the Third Fee Application; and

(ii) the Court's imposition in its prior Order [ECF No. 168] of a briefing schedule on Michelle Larmore's reservation of rights is deferred by agreement of the Parties, and

(iii) all other rights of the Parties are preserved.

Dated: December 27, 2024     Respectfully submitted,

ARCHER & GREINER, P.C.

By: _____
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Email: akadish@archerlaw.com
       hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

4

| | |
|---|---|
|1| |
|2| |
|3| MITCHELL | STEIN | CAREY | CHAPMAN, PC |

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: ___s/ Lee Stein_____ *by AGK*
    Lee Stein
    Anne Chapman
    2600 North Central Avenue, Suite 1000
    Phoenix, Arizona 85004
    Tel: (602) 358-0292
    Email: lee@mscclaw.com
           anne@mscclaw.com

*Counsel for Relief Defendant Michelle Larmore*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>   Plaintiff,<br><br>v.<br><br>Jonathan Larmore, et al.,<br><br>   Defendants, and<br><br>Michelle Larmore, Marcia Larmore,<br>CSL Investments, LLC,<br>MML Investments, LLC,<br>Spike Holdings, LLC,<br>and JMMAL Investments, LLC,<br><br>   Relief Defendants. | Case No. 23-CV-02470-PHX-DLR<br><br>**[PROPOSED] ORDER APPROVING THIRD STIPULATION IN RESPECT OF RESERVATION OF RIGHTS OF RELIEF DEFENDANT MICHELLE LARMORE** |

Upon consideration of the *Third Stipulation in Respect of Reservation of Rights of Relief Defendant Michelle Larmore*, dated December 27, 2024 [ECF No. 292] (the "Stipulation"), between Allen D. Applbaum, as Court-appointed receiver for ArciTerra Companies, LLC, and related affiliates (the "Receiver"), and Relief Defendant Michelle Larmore; it is hereby

   ORDERED:

   1. The Stipulation is APPROVED. Capitalized terms not defined herein have the meanings ascribed to them in the Stipulation.

   2. The Receiver be, and hereby is, authorized to use the proceeds from the sales of receivership estate assets, to pay Court-approved fees and expenses to implement, and in accordance with, any order to be issued on the Third Fee

        Application.

3.     The Court's imposition in its prior Order [ECF No. 168] of a briefing schedule on Michelle Larmore's reservation of rights is deferred by agreement of the Parties.

4.     All other rights of the Parties are preserved.

Dated this _____ day of December, 2024.

_____
Honorable Douglas L. Rayes
Senior United States District Judge

a229802717 v1

2