MATTHEW PODOLSKY
Acting United States Attorney
Southern District of New York
JUSTIN V. RODRIGUEZ (NY Bar)
 Justin.Rodriguez@usdoj.gov
Assistant United States Attorney
Southern District of New York

26 Federal Plaza, 38th Floor
New York, New York 10278
Telephone: (212) 637-2200
Attorney for Intervenor
UNITED STATES ATTORNEY'S OFFICE,
 SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, | 23-CV-02470-DLR |
| Plaintiff, | MOTION TO LIFT STAY AND WITHDRAW AS INTERVENOR |
| v. | |
| Jonathan Larmore; ArciTerra Companies, LLC; ArciTerra Note Advisors II, LLC; ArciTerra Note Advisors III, LLC; ArciTerra Strategic Retail Advisors, LLC; Cole Capital Funds, LLC, | |
| Defendants, and | |
| Michelle Larmore; Marcia Larmore; CSL Investments, LLC; MML Investments, LLC; Spike Holdings, LLC; and JMMAL Investments, LLC, | |
| Relief Defendants. | |

//

//

//

The United States respectfully moves to lift the stay of discovery that it sought from this Court on March 31, 2024 (Dkt. No. 123) and that the Court imposed on April 22, 2024 (Dkt. No. 142). In addition, the United States respectfully moves to withdraw as an intervenor in this action.

\* \* \* \* \*

On March 12, 2024, a grand jury sitting in the Southern District of New York returned Indictment 24 Cr. 140 (PAE), charging Jonathan Larmore with fraud in connection with a tender offer under Section 14(e) of the Securities Exchange Act and with securities fraud under Section 10(b) of the Securities Exchange Act. *See* Dkt. No. 2 (Indictment), *United States v. Jonathan Larmore*, 24 Cr. 140 (PAE) (S.D.N.Y.) (the "Criminal Case"). The facts underlying the Criminal Case, and the allegations in the Indictment, are essentially identical to the allegations underpinning the SEC's fourth and fifth claims for relief in this case. (*See* Dkt. No. 1 (Complaint) ¶¶ 6-7, 55-66, 83-89.) In summary, in the Fall of 2023, Larmore perpetrated a scheme to use a false and fraudulent tender offer to manipulate the stock price of WeWork, Inc.

On March 31, 2024, the United States moved to intervene in this action and to stay discovery until the conclusion of the Criminal Case. (Dkt. Nos. 123, 124.) On April 22, 2024, the Court granted the motion. (Dkt. No. 142.)

On October 15, 2024, the United States and Larmore proceeded to a jury trial on the charges in the Indictment before the Honorable Paul A. Engelmayer in the Southern District of New York. On October 22, 2024, the jury found Larmore guilty of both charges in the Indictment.

On March 18, 2025, the parties appeared before Judge Engelmayer for sentencing. Judge Engelmayer sentenced Larmore to 60 months' imprisonment, to be followed by three years of supervised release. (Criminal Case Dkt. No. 130.)

Now that proceedings in the Criminal Case have concluded before Judge Engelmayer, the United States moves to lift the stay of discovery that it sought and obtained from this Court, and to withdraw as an intervenor in this action. Counsel for the SEC agrees that the stay can be lifted at this time. The United States has asked counsel for Larmore for his position on this motion, but has not received a response.

Date: March 21, 2025

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney
Southern District of New York

*/s/ Justin Rodriguez*
JUSTIN V. RODRIGUEZ
Assistant U.S. Attorney
Southern District of New York
26 Federal Plaza, 38th Floor
New York, NY 10278
Telephone: (212) 637-2200