Monique C. Winkler (Cal. Bar No. 213031)
John K. Han (Cal. Bar No. 208086)
  hanjo@sec.gov
Michael J. Friedman (NY Bar)
  FriedmanMi@sec.gov
Neal Jacobson (NY Bar)
  JacobsonN@sec.gov
Heather E. Marlow (Cal. Bar No. 215261)
  marlowh@sec.gov
Amanda L. Straub (NY Bar)
  strauba@sec.gov

44 Montgomery Street, Suite 700
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Securities and Exchange Commission, | Case No.: 23-CV-2470-PHX-DLR |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL FOR SECURITIES AND EXCHANGE COMMISSION |
| Jonathan Larmore, *et al.* | |
| Defendants and Relief Defendants. | |

1    I, John K. Han, hereby provide notice of my withdrawal as counsel on behalf of
2 Plaintiff Securities and Exchange Commission ("SEC") in this matter.
3    The SEC will continue to be represented by its remaining counsel of record.

Dated: March 26, 2025

Respectfully submitted,

*/s/ John K. Han*
John K. Han
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION