ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
Email:  akadish@archerlaw.com
          hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

United States Securities and Exchange
Commission,

        Plaintiff,

 v.

Jonathan Larmore, et al.,

        Defendants, and

Michelle Larmore; Marcia Larmore;
CSL Investments, LLC;
MML Investments, LLC;
Spike Holdings, LLC;
and JMMAL Investments, LLC,

        Relief Defendants.

Case No. CV-23-02470-PHX-DLR

**NOTICE OF NO OBJECTION TO RECEIVER'S FOURTH APPLICATION OF RECEIVER FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2024 THROUGH DECEMBER 31, 2024 [ECF NO. 309]**

---

[1]  Admitted *pro hac vice.*
[2]  Admitted *pro hac vice.*

Allen D. Applbaum, as receiver for ArciTerra Companies, LLC, and related entities, by and through his counsel, Archer & Greiner, P.C., hereby files this notice (the "Notice"), as follows:

1.     The Receiver filed the *Fourth Application of Receiver for Allowance and Payment of Professional Fees and Reimbursement of Expenses for the Period October 1, 2024 through December 31, 2024,* dated February 14, 2025 [ECF No. 309] (the "Application").

2.     On February 28, 2025, the deadline for responses and objections to the Application passed pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rules 7.2 and 7.3 of the Local Rules of Civil Procedure.

3.     The only objection to the Application was *Relief Defendant Michelle Larmore's Limited Objection and Reservation of Rights,* filed February 28, 2025 [ECF No. 313] (the "Limited Objection").

4.     The Limited Objection was resolved by the *Fourth Stipulation in Respect of Reservation of Rights of Relief Defendant Michelle Larmore,* filed April 4, 2025 [ECF No. 328], and *Order Approving Fourth Stipulation in Respect of Reservation of Rights of Relief Defendant Michelle Larmore,* dated April 4, 2025 [ECF No. 330].

5.     Pursuant to paragraph 53 of the *Order Appointing Receiver, Freezing Assets, and Imposing Litigation Injunction,* dated May 6, 2024 [ECF No. 154], the Receiver files this Notice of No Objection.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6. Submitted herewith is the proposed order filed as an exhibit to the Application. The Receiver respectfully seeks issuance and entry thereof.

Dated: April 10, 2025

ARCHER & GREINER, P.C.

By: _____
　　　Allen G. Kadish[1]
　　　Harrison H.D. Breakstone[2]
　　　1211 Avenue of the Americas
　　　New York, New York 10036
　　　Tel: (212) 682-4940
　　　Email: akadish@archerlaw.com
　　　　　　 hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

230341596 v1

3