# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Jonathan Larmore, et al.,<br><br>Defendants, and<br><br>Michelle Larmore; Marcia Larmore; CSL Investments, LLC; MML Investments, LLC; Spike Holdings, LLC; and JMMAL Investments, LLC,<br><br>Relief Defendants. | Case No. CV-23-02470-PHX-DLR<br><br>**[PROPOSED] ORDER APPROVING AND ALLOWING PAYMENT OF RECEIVER'S PROFESSIONALS' FEES AND EXPENSES FOR OCTOBER 1, 2024 THROUGH DECEMBER 31, 2024** |

The Court has considered the Fourth Application (the "Application") for allowance and payment of professionals' fees and reimbursement of expenses for StoneTurn Group LLP ("StoneTurn") and Archer & Greiner, P.C. ("Archer," and together, the "Retained Personnel") for the period of October 1, 2024 through December 31, 2024 (the "Application Period"); and upon consideration of any and all responses and replies relating

to the Application; and due and sufficient notice of the Application having been given; and no other or further notice need be given; and after due deliberation; and this Court having jurisdiction over this matter, the above-captioned defendants and relief defendants, and over the property of the receivership estate; and it appearing that the relief sought in the Application is reasonable and in the best interest of the receivership estate, its creditors, and other parties in interest;

**NOW, THEREFORE, UPON THE FOREGOING FINDINGS AND THE RECORD BEFORE THIS COURT, IT IS HEREBY ORDERED:**

1. The Application is GRANTED to the extent set forth herein.

### **STONETURN GROUP, LLP**

2. StoneTurn's fees in the amount of $1,426,082.85 for services rendered during the Application Period are approved.

3. The sum of $427,824.86 (30%) of the approved fees shall be held back until further order of the Court.

4. Therefore, the sum of $998,257.99 shall be paid to StoneTurn.

5. StoneTurn's expenses in the amount of $72,936.70 are approved for reimbursement and shall be paid.

### **ARCHER & GREINER, P.C.**

6. Archer's fees in the amount of $467,052.75 for services rendered during the Application Period are approved.

7. The sum of $140,115.83 (30%) of the approved fees shall be held back until further order of the Court.

8. Therefore, the sum of $326,936.93 shall be paid to Archer.

9. Archer's expenses in the amount of $794.76 are approved for reimbursement and shall be paid.

10. This Court reserves jurisdiction and authority to implement the terms hereof.

Dated: _____ __, 2025

_____
Honorable Douglas Rayes
Senior United States District Judge

229908603 v3

3