ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
Email: akadish@archerlaw.com
　　　　hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jonathan Larmore, et al.,<br><br>　　　　Defendants, and<br><br>Michelle Larmore, Marcia Larmore,<br>CSL Investments, LLC,<br>MML Investments, LLC,<br>Spike Holdings, LLC,<br>and JMMAL Investments, LLC,<br><br>　　　　Relief Defendants. | Case No. 23-CV-02470-PHX-DLR<br><br>**RECEIVER'S REPLY TO RELIEF DEFENDANT MICHELLE LARMORE'S LIMITED OBJECTION TO RECEIVER'S MOTION FOR ORDERS [DKT 394] AND RESERVATION OF RIGHTS** |

---

[1] Admitted *pro hac vice.*

[2] Admitted *pro hac vice.*

Allen D. Applbaum as receiver for ArciTerra Companies, LLC and related entities (the "Receiver"), by and through his counsel, Archer & Greiner, P.C., submits this reply to *Relief Defendant Michelle Larmore's Limited Objection to Receiver's Motion for Orders [Dkt 394] and Reservation of Rights* [ECF No. 396] (the "Limited Objection") and in support thereof, respectfully states forth as follows:

I. **Reply**

1. The Receiver incorporates by reference the arguments raised in the *Receiver's Omnibus Reply to Objections to Receiver's Motion for an Order (I) Designating Additional Receivership Entities; and (II) Granting Related Relief* [ECF No. 377].

II. **Reservation of Rights**

2. The Receiver reserves his rights to supplement, amend, or otherwise respond to the Limited Objection in all respects.

Dated: July 30, 2025

ARCHER & GREINER, P.C.

By: _____
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Email: akadish@archerlaw.com
       hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, I electronically transmitted the foregoing document with the Clerk of the Court using the CM/ECF systems, which will provide electronic mail notice to all counsel of record.

                                                    Allen G. Kadish

230802718 v1