ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
Email: akadish@archerlaw.com
      hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>    Plaintiff,<br><br>v.<br><br>Jonathan Larmore, et al.,<br><br>    Defendants, and<br><br>Michelle Larmore, Marcia Larmore, CSL Investments, LLC, MML Investments, LLC, Spike Holdings, LLC, and JMMAL Investments, LLC,<br><br>    Relief Defendants. | Case No. 23-CV-02470-PHX-DLR<br><br>**STATUS REPORT REGARDING RECEIVER'S MOTION TO SELL REAL PROPERTIES SUBJECT TO THE CMBS LOAN SERVICED BY 3650 REIT LOAN SERVICING LLC [ECF NO. 394]** |

---

[1] Admitted *pro hac vice.*
[2] Admitted *pro hac vice.*

230815020 v4

Allen D. Applbaum, as receiver for ArciTerra Companies, LLC and related entities (the "Receiver"), by and through his counsel, Archer & Greiner, P.C., submits this status report regarding the *Receiver's Motion for Orders (I) Approving (A) the Engagement and Compensation of Marcus & Millichap Real Estate Investment Services as Broker to Sell the Real Properties Subject to the CMBS Loan Serviced by 3650 REIT Loan Servicing LLC and (B) the Sale and Auction Procedures for the Sale of the Properties; (II) Approving (A) the Sale of the Properties, Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Engagement and Compensation of the Defeasance Consultant, and (C) the Use of the Sale Proceeds to Defease and Satisfy the CMBS Loan; and (III) Granting Related Relief* [ECF No. 394] (the "Sale Motion"),[1] and respectfully states as follows:

## I.   Quadrant's Proposed Limited Objection

1.   On July 16, 2025, Quadrant Mezz Fund LP ("Quadrant") filed a *Motion for Leave to Intervene to File and Be Heard On Its Limited Opposition to the Receiver's Motion for Orders (i) Approving (a) the Engagement and Compensation of Marcus & Millichap Real Estate Investment Services As Broker for the Sale of the Properties, (b) the Sale and Auction Procedures for the Sale of the Properties; (ii) Approving the Sale of the Properties After Auction, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (iii) Granting Related Relief* [ECF No. 399] (the "Motion to Intervene"), seeking to intervene in this case pursuant to Rule 24 of the Federal Rules of Civil Procedure and be heard with respect to its proposed *Limited Opposition to the Receiver's Motion for Orders (I) Approving (a) the*

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Motion.

*Engagement and Compensation of Marcus & Millichap Real Estate Investment Services as Broker for the Sale of the Properties, (B) the Sale and Auction Procedures for the Sale of the Properties; (II) Approving the Sale of the Properties After Auction, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Granting Related Relief* ("Quadrant's Limited Objection"), annexed as Exhibit A to the Motion to Intervene.

2. On July 30, 2025, the Receiver filed a *Response to Quadrant Mezz Fund LP's Motion for Leave to Intervene to File and Be Heard on its Limited Opposition to the Receiver's Motion for Orders (i) Approving (a) the Engagement and Compensation of Marcus & Millichap Real Estate Investment Services As Broker for the Sale of the Properties, (b) the Sale and Auction Procedures for the Sale of the Properties; (ii) Approving the Sale of the Properties After Auction, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (iii) Granting Related Relief* [ECF No. 409].

3. The Receiver and Quadrant have since resolved the issues raised in Quadrant's Limited Objection. Attached hereto as **Exhibit A** is an amended sale procedures order reflecting the parties' agreement. A redline comparison to the original proposed sale procedures order [ECF No. 394-3] is attached hereto as **Exhibit B**.

**II.    Michelle Larmore's Limited Objection**

4. On July 16, 2025, Michelle Larmore filed a one-page *Limited Objection to Receiver's Motion for Orders [Dkt 394] and Reservation of Rights* [ECF No. 396] ("Michelle Larmore's Limited Objection") objecting to the relief sought in the Sale Motion "for the reasons given in her Limited Objection [ECF #336] and Sur-reply [ECF #393]." *See* ECF No. 396.

5. On July 30, 2025, the Receiver filed a *Reply to Relief Defendant Michelle*

*Larmore's Limited Objection to Receiver's Motion for Orders [Dkt 394] and Reservation of Rights [ECF No. 396]* [ECF No. 408], incorporating the arguments raised in the *Receiver's Omnibus Reply to Objections to Receiver's Motion for an Order (I) Designating Additional Receivership Entities; and (II) Granting Related Relief* [ECF No. 377].

6. The Receiver has not been able to resolve the issues raised in Michelle Larmore's Limited Objection, and Michelle Larmore has not agreed, as she had previously, to reserve all rights with respect to the substantive issues pending the sale of the properties, so that the Receiver may proceed with the sale and defer any disputes.

7. However, as articulated in the Receiver's Replies [ECF Nos. 377 and 408], Michelle Larmore's Limited Objection is without merit and unjustifiably delays the sale process while jeopardizing the Receiver's efforts to sell the Properties in a timely fashion.

8. The Receiver submits that time is of the essence with respect to the Sale Motion, which contemplates a complex sale of twelve cross-collateralized properties, two of which are controlled by the Indiana Receiver, and the defeasance of the $60 million CMBS Loan with the consent of 3650 and Quadrant so long as the defeasance occurs prior to December 15, 2025.

9. As a result of the Receiver's agreement with 3650, the Receivership Estates will save over $11 million in potential claims.

10. The Receiver respectfully requests that the Court deny Michelle Larmore's Limited Objection and enter the amended proposed sale procedures order annexed hereto as **Exhibit A**, or schedule a prompt hearing on this matter.

1 | Dated: August 5, 2025

ARCHER & GREINER, P.C.

By: _____
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Email: akadish@archerlaw.com
           hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025, I electronically transmitted the foregoing document with the Clerk of the Court using the CM/ECF systems, which will provide electronic mail notice to all counsel of record.

Allen G. Kadish