**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>  Plaintiff,<br><br>v.<br><br>Jonathan Larmore, et al.,<br><br>  Defendants. | No. CV-23-02470-PHX-DLR<br><br>**ORDER** |

Before the Court is the Fourth Application ("Application") for allowance and payment of professionals' fees and reimbursement of expenses for StoneTurn Group LLP ("StoneTurn") and Archer & Greiner, P.C. ("Archer," and together, the "Retained Personnel") for the period of October 1, 2024, through December 31, 2024 (the "Application Period"). (Doc. 309.) No objections to the reasonableness of the fees and expenses were filed (Doc. 331), but Relief Defendant Michelle Larmore filed a limited objection related to the use of Community Assets (Doc. 313). Thereafter, Michelle Larmore and Allen D. Applbaum, the Court-appointed Receiver for ArciTerra Companies, LLC, and related entities, entered a stipulation resolving Michelle Larmore's limited objection. (Docs. 328, 330.)

Having considered the Application and supporting documentation and finding that the requested fees and expenses are reasonable, there being no objection to an award of those fees and expenses, and subject to the terms of the stipulation entered at Docket Entry 330,

**IT IS ORDERED** that the Application (Doc. 309) is **GRANTED** as follows:

1. StoneTurn's fees in the amount of $1,426,082.85 for services rendered during the Application Period are approved.

2. The sum of $427,824.86 (30%) of the approved fees shall be held back until further order of the Court.

3. StoneTurn's expenses in the amount of $72,936.70 are approved for reimbursement.

4. Archer's fees in the amount of $467,052.75 for services rendered during the Application Period are approved.

5. The sum of $140,115.83 (30%) of the approved fees shall be held back until further order of the Court.

6. Archer's expenses in the amount of $794.76 are approved for reimbursement.

Dated this 6th day of August, 2025.

Douglas L. Rayes
Senior United States District Judge