ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish[1]
Harrison H.D. Breakstone[2]
Email:  akadish@archerlaw.com
        hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jonathan Larmore, et al.,<br><br>　　　　　Defendants, and<br><br>Michelle Larmore; Marcia Larmore; CSL Investments, LLC; MML Investments, LLC; Spike Holdings, LLC; and JMMAL Investments, LLC,<br><br>　　　　　Relief Defendants. | Case No. CV-23-02470-PHX-DLR<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE RE: ECF NO. 416** |

---

[1] Admitted *pro hac vice*.
[2] Admitted *pro hac vice*.

I, Allen G. Kadish, hereby certify that I caused the *Receiver's Motion for an Order (I) Approving Abandonment of 15085 West 119th Street, Olathe, Kansas 66062 by AT Olathe Outlot 5, LLC; and (II) Granting Related Relief* [ECF No. 416] (the "Motion"), to be served as set forth below:

On August 15, 2025, the Motion was issued via First Class Mail to all parties identified on Exhibit A.

Dated: August 15, 2025

_____
Allen G. Kadish

## EXHIBIT A

Jonathan Larmore, Reg. #04456-511
FCI Lewisburg
Federal Correctional Institution
Satellite Camp
P.O. Box 1000
Lewisburg, PA 17837

LSM Blue Sky, LLC
3831 Turtle Creek Blvd.
16B
Dallas, TX 75219

National Registered Agents, Inc.
PO Box 4349
Carol Stream, IL 60197-4349

ACM13, LLC
14485 W Weldon Ave
Goodyear, AZ 85395

Citi Cards
PO Box 78045
Phoenix, AZ 85062-8045

Martin Powers & Counsel, PLLC
Attn: Meagan Martin Powers
1431 Greenway Drive, Suite 950
Irving, TX 75038

Vela Wood Attorneys and Counselors
Attn: Gregory D. Smith
5307 E. Mockingbird Lane, Suite 800
Dallas, TX 75206

Johnson County Appraiser
Attn: David Boisvert
11811 S. Sunset Drive, Suite 2100
Olathe, KS 66061

Johnson County Treasurer
111 South Cherry St
Suite 1200
Olathe, KS 66061

| | |
|---|---|
| 1 | Johnson County Clerk Office |
| | 111 South Cherry St |
| 2 | Suite 1200 |
| | Olathe, KS 66061 |
| 3 | |
| 4 | Kansas Department of Revenue |
| | 300 SW 29th |
| 5 | PO Box 3506 |
| | Topeka, KS 66061 |
| 6 | |
| | Kansas State Real Estate Commission |
| 7 | 700 SW Jackson Street |
| | Suite 404 |
| 8 | Topeka, KS 66063 |
| 9 | 230868106 v1 |