# EXHIBIT 1

## SUMMARY OF TOTAL COMPENSATION AND EXPENSES REQUESTED

| Professional | Applicable Application | Fees Requested | Fee Discount | Holdback Amount | Expenses Requested | Fees Received to Date | Expenses Received to Date |
|---|---|---|---|---|---|---|---|
| **SUMMARY OF FEES AND EXPENSES REQUESTED** | | | | | | | |
| **StoneTurn:** | First | $3,159,135.00 | $565,804.70 | $947,740.50 | $154,121.26 | $2,211.394.50 | $154,121.26 |
| | Second | $2,899,010.08 | $600,379.11 | $869,703.03 | $214,236.42 | $2,029,307.05 | $214,236.42 |
| | Third | $2,263,257.45 | $353,050.51 | $678,977.24 | $157,390.71 | $1,584,280.22 | $157,390.71 |
| | Fourth | $1,426,082.85 | $185,379.65 | $427,824.86 | $72,936.70 | $998,257.99 | $72,936.70 |
| | Fifth | $1,114,807.95 | $146,249.80 | $334,442.39 | $70,818.40 | $0.00 | $0.00 |
| | Sixth | $1,047,582.00 | $148,619.50 | $314,274.60 | $72,628.90 | $0.00 | $0.00 |
| | *Total to Date =* | *$11,909,875.34* | *$1,999,483.27* | *$3,572,962.62* | *$742,132.39* | *$6,823,239.76* | *$598,685.09* |
| | | | | | | | |
| **Archer:** | First | $661,764.15 | $115,594.85 | $198,529.24 | $10,563.31 | $463,234.91 | $10,563.31 |
| | Second | $558,767.60 | $141,784.90 | $167,630.28 | $246.15 | $391,137.32 | $246.15 |
| | Third | $445,580.15 | $104,397.85 | $133,674.05 | $696.64 | $311,906.00 | $696.64 |
| | Fourth | $467,052.75 | $98,967.75 | $140,115.83 | $794.76 | $326,936.92 | $794.76 |
| | Fifth | $337,244.40 | $82,709.10 | $101,173.32 | $409.33 | $0.00 | $0.00 |
| | Sixth | $424,428.75 | $126,547.75 | $127,328.63 | $1,496.86 | $0.00 | $0.00 |
| | *Total to Date =* | *$2,894,837.80* | *$670,002.20* | *$868,451.35* | *$14,207.05* | *$1,493,215.15* | *$12,300.86* |