# **EXHIBIT 4**

## **STANDARDIZED FUND ACCOUNTING REPORT**

STANDARDIZED FUND ACCOUNTING REPORT for ArciTerra Companies LLC IN RECEIVERSHIP - Cash Basis
Receivership; Civil Court Docket No.
Reporting Period April 1, 2025 to June 30, 2025

| FUND ACCOUNTING: | | | Detail | Subtotal | Grand Total |
|---|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of March 31, 2025): | | | | $14,923,903.79 |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | Business Income | | | | |
| | • REIT3650 Reimbursement of Receiver fees and expenses (3650 REIT Loan Servicing LLC Agreement effective December 21, 2023 §2.e.(i)(C)(ii). | | 49,999.50 | | |
| | *Total Business Income* | | | 49,999.50 | |
| Line 3 | Cash and Securities | | | | |
| Line 4 | Interest/Dividend Income | | | | |
| | • Interest income earned on bank cash balances | | | | |
| | *Total Interest Income* | | | | |
| Line 5 | Business Asset Liquidation | | | | |
| | • Proceeds from Glenrosa Arcadia; Post Closing Settlement | | 15,220.07 | | |
| | *Total Business Asset Liquidation* | | | 15,220.07 | |
| Line 6 | Personal Asset Liquidation | | | | |
| Line 7 | Third-Party Litigation Income | | | | |
| Line 8 | Miscellaneous - Other | | | | |
| | *Total Miscellaneous - Other* | | | | |
| | Total: Funds Available (Lines 1 - 8): | | | | 14,989,123.36 |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors | | | | |
| Line 10 | Disbursements for Receivership Operations | | | | |
| | Line 10a | Disbursements to Receiver or Other Professionals | | | |
| | | *Total Disbursements to Receiver and Other Professionals* | | | |
| | Line 10b | Business Asset Expenses | | | |
| | | • Document/record storage and movement costs | (8,075.08) | | |
| | | • Sofware licensing fees | (2,653.45) | | |
| | | *Total Business Asset Expenses* | | (10,728.53) | |
| | Line 10c | Personal Asset Expenses | | | |
| | Line 10d | Investment Expenses | | | |
| | Line 10e | Third-Party Litigation Expense | | | |
| | | 1. Attorney Fees | | | |
| | | 2. Litigation Expenses | | | |
| | | Total Third-Party Litigation Expenses | | | |
| | Line 10f | Tax Administrator Fees and Bonds | | | |
| | Line 10g | Federal and State Tax Payments | | | |
| | | *Total Disbursements for Receivership Operations* | | | (10,728.53) |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | | |
| | Line 11a | Distribution Plan Development Expenses: | | | |
| | | 1. Fees: | | | |
| | |    Fund Administrator | | | |
| | |    Independent Distribution Consultant (IDC) | | | |
| | |    Distribution Agent | | | |
| | |    Consultants | | | |
| | |    Legal Advisers | | | |
| | |    Tax Advisers | | | |
| | | 2. Administrative Expenses | | | |
| | | 3. Miscellaneous | | | |
| | | Total Plan Development Expenses Paid by the Fund | | | |
| | Line 11b | Distribution Plan Implementation Expenses: | | | |
| | | 1. Fees: | | | |
| | |    Fund Administrator | | | |
| | |    IDC | | | |
| | |    Distribution Agent | | | |
| | |    Consultants | | | |
| | |    Legal Advisers | | | |
| | |    Tax Advisers | | | |
| | | 2. Administrative Expenses | | | |
| | | 3. Investor Identification: | | | |
| | |    Notice/Publishing Approved Plan | | | |
| | |    Claimant Identification | | | |
| | |    Claims Processing | | | |
| | |    Web Site Maintenance/Call Center | | | |
| | | 4. Fund Administrator Bond | | | |
| | | 5. Miscellaneous | | | |
| | | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | | Total Plan implementation Expenses | | | |
| | | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | 0.00 |
| Line 12 | Disbursements to Court/Other: | | | | |

STANDARDIZED FUND ACCOUNTING REPORT for ArciTerra Companies LLC IN RECEIVERSHIP - Cash Basis
Receivership; Civil Court Docket No.
Reporting Period April 1, 2025 to June 30, 2025

| FUND ACCOUNTING: | | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | | |
| Line 12b | Federal Tax Payments | | | | |
| | Total Disbursements to Court/Other: | | | | |
| | Total Disbursed (Lines 9-11): | | | | (10,728.53) |
| Line 13 | Ending Balance (As of June 30, 2025): | | | | 14,978,394.83 |
| Line 14 | Ending Balance of Fund - Net Assets: | | | | |
| Line 14a | Cash & Cash Equivalents | | | | 14,978,394.83 |
| Line 14b | Investments | | | | |
| Line 14c | Other Assets or Uncleared Funds | | | | |
| | Total Ending Balance of Fund - Net Assets | | | | $14,978,394.83 |

| OTHER SUPPLEMENTAL INFORMATION: | | | | | |
|---|---|---|---|---|---|
| | Report of Items NOT To Be Paid by the Fund: | | Detail | Subtotal | Grand Total |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | | |
| | 1. Fees: | | | | |
| | | Fund Administrator | | | |
| | | IDC | | | |
| | | Distribution Agent | | | |
| | | Consultants | | | |
| | | Legal Advisers | | | |
| | | Tax Advisers | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | | |
| | 1. Fees: | | | | |
| | | Fund Administrator | | | |
| | | IDC | | | |
| | | Distribution Agent | | | |
| | | Consultants | | | |
| | | Legal Advisers | | | |
| | | Tax Advisers | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | | Notice/Publishing Approved Plan | | | |
| | | Claimant Identification | | | |
| | | Claims Processing | | | |
| | | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | Total Plan implementation Expenses Not Paid by the Fund | | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | | |
| Line 16b | Federal Tax Payments | | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | | |
| Line 17 | DC & State Tax Payments | | | | |
| Line 18 | No. of Claims: | | | | |
| Line 18a | # of Claims Received This Reporting Period | | | | |
| Line 18b | # of Claims Received Since Inception of Fund | | | | |
| Line 19 | No. of Claimants/Investors: | | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | | | | |