# Exhibit A

## List of Pending Motions

| | |
|---|---|
| *Receiver's Motion for an Order (I) Designating Additional Receivership Entities; and (II) Granting Related Relief* [ECF No. 332] | April 10, 2025 |
| *Receiver's Motion for Orders (I) Approving the Auction and Bidding Procedures for the Sale of Substantially All Assets of Fudge Is Us PG, LLC; (II) Approving the Sale of Substantially All Assets of Fudge Is Us PG, LLC, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Granting Related Relief* [ECF No. 369] | May 31, 2025 |
| *Receiver's Motion for Orders (I) Approving the Auction and Bidding Procedures for the Sale of Substantially All Assets of VBH PG, LLC; (II) Approving the Sale of Substantially All Assets of VBH PG, LLC, Free and Clear of All Liens, Claims, Encumbrances and Interests; and (III) Granting Related Relief* [ECF No. 370] | May 31, 2025 |
| *Receiver's Second Motion for an Order (I) Designating Additional Receivership Entities; and (II) Granting Related Relief* [ECF No. 372] | June 4, 2025 |
| *Receiver's Motion for Orders (I) Approving (A) the Engagement and Compensation of Marcus & Millichap Real Estate Investment Services as Broker to Sell the Real Properties Subject to the CMBS Loan Serviced by 3650 REIT Loan Servicing LLC And (B) the Sale and Auction Procedures for the Sale of the Properties; (II) Approving (A) the Sale of the Properties, Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Engagement and Compensation of the Defeasance Consultant, and (C) the Use of the Sale Proceeds to Defease and Satisfy the CMBS Loan; and (III) Granting Related Relief* [ECF No. 394] | July 2, 2025 |
| *Receiver's Sixth Application of Receiver for Allowance and Payment of Professional Fees and Reimbursement of Expenses for the Period April 1, 2025 Through June 30, 2025* [ECF No. 420] | August 15, 2025 |