**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States Securities and Exchange Commission, | Case No. 2:23-cv-2470-DLR |
| Plaintiff,<br>vs. | **ORDER GRANTING SECURED CREDITOR'S MOTION FOR RELIEF FROM STAY, OR ALTERNATIVELY, INSTRUCTIONS TO COMPEL ADMINISTRATION OR ABANDONMENT OF PROPERTY LOCATED AT 11751 N BLACK POINT ROAD, SYRACUSE, IN 46567** |
| Jonathan Larmore, et al., | |
| Defendants, and | |
| Michelle Larmore; Marcia Larmore; CSL Investments, LLC; MML Investments, LLC ; Spike Holdings, LLC; and JMMAL Investments, LLC, | |
| Relief Defendants. | |

The Court having considered Secured Creditor Wintrust Mortgage, A Division of Barrington Bank and Trust Co., N.A.'s Motion for Relief From Stay, or Alternatively, Instructions to Compel Administration or Abandonment of Property located at 11751 N. Black Point Road Syracuse, IN 46567. (the "**Property**") and any response thereto, and with good cause appearing, the Court finds as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

_____1. That Secured Creditor is granted limited relief from the receivership stay solely to enforce its security interest in the Property in accordance with applicable law.

_____2. That the Receiver shall, within thirty (30) days of the date of this Order, take one of the following actions with respect to the property located at **11751 N Black Point Road Syracuse, IN 46567** ("Property"):

**1**

2

_____a. Commence administration and marketing of the Property for the benefit of the receivership estate;

_____b. File a notice of abandonment disclaiming any interest of the receivership estate in the Property; or

_____c. File a written statement setting forth the factual and legal basis for continued restraint of the Property.

_____3. The Receiver shall respond in writing to Secured Creditor regarding the status and intended treatment of the Property.

Nothing in this Order shall be construed as a determination of lien priority, validity, or the amount of any secured claim.

The Court retains jurisdiction to enforce and interpret this Order.

_____