Lee Stein (#012368)
lee@mscclaw.com
Anne Chapman (#025965)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

Terence G. Banich (IL 6269359) (pro hac vice)
terence.banich@katten.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5665

Attorneys for Relief Defendant
Michelle Larmore

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States Securities and Exchange Commission, | ) No. 2:23-cv-02470-PHX-DLR |
|---|---|
| Plaintiffs, | ) |
| v. | ) **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECURED CREDITOR'S MOTION FOR RELIEF FROM STAY, OR ALTERNATIVELY, INSTRUCTIONS TO COMPEL ADMINISTRATION OR ABANDONMENT OF PROPERTY LOCATED AT 11751 N BLACK POINT ROAD, SYRACUSE, IN 46567 [ECF NOS. 478 and .479] (Second Request)** |
| Michelle Larmore, | ) |
| Relief Defendant. | ) |

Secured Creditor Wintrust Mortgage and Relief Defendant Michelle Larmore stipulate and agree that Relief Defendant Michelle Larmore and Defendant Jonathan Larmore, may have to and including March 13, 2026 to file their respective Responses to Secured Creditor's Motion for Relief from Stay, or Alternatively, Instructions to Compel

Administration or Abandonment of Property Located At 11751 N Black Point Road, Syracuse, In 46567 [ECF Nos. 478 and 479].  This stipulation is made in good faith and is supported by good cause.

RESPECTFULLY SUBMITTED on February 27, 2026.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: _/s/ Lee Stein_

Lee Stein
Anne Chapman
Attorneys for Michelle Larmore

KATTEN MUCHIN ROSENMAN LLP

Terence G. Banich (pro hac vice)
Attorneys for Michelle Larmore

Agreed:

BRUCE L. UDOLF, P.A                    GHIDOTTI BERGER, LLP

By: _/s/ Bruce Udolf_                    By: _/s/ Chantel Schimming_
Bruce L. Udolf                              Chantel M. Schimming, Esq.
Attorney for Jonathan Larmore              Attorneys for Secured Creditor,
589 SW Second Avenue                       Wintrust Mortgage, A Division of
Ft. Lauderdale, FL 33301                   Barrington Bank and Trust Co., N.A.

.

-2-

## **CERTIFICATE OF SERVICE**

I certify that on February 27, 2026, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System for filing, and which will be sent electronically to all registered CM/ECF participants as identified on the Notice of Electronic Filing.

_____/s/_____

*Gina Armstrong*