# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

United States Securities and Exchange Commission,

        Plaintiffs,

        v.

Michelle Larmore,

        Relief Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:23-cv-02470-PHX-DLR

**PROPOSED ORDER**

Pursuant to the Stipulation for Extension of Time for Relief Defendant Michelle Larmore and Defendant Jonathan Larmore to file their respective Responses to Secured Creditor's Motion for Relief from Stay, or Alternatively, Instructions to Compel Administration or Abandonment of Property Located At 11751 N Black Point Road, Syracuse, In 46567 [ECF Nos. 478 and 479] between secured creditor Wintrust Mortgage and Relief Defendant Michelle Larmore, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED and Relief Defendant Michelle Larmore and Defendant Jonathan Larmore may have to and including March 13, 2026 to file their respective Responses to Motion for Relief from Stay.

Dated this ___ day of February, 2026.

_____
Honorable Douglas L. Rayes
United States District Judge

229166900 v1