Lee Stein (#012368)
lee@mscclaw.com
Anne Chapman (#025965)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

Terence G. Banich (IL 6269359) (pro hac vice)
terence.banich@katten.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5665

Attorneys for Relief Defendant
Michelle Larmore

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States Securities and Exchange Commission, | ) No. 2:23-cv-02470-PHX-DLR<br>)<br>) |
| Plaintiffs, | ) **CERTIFICATE OF SERVICE RE:** |
| | ) **ECF NO. 543** |
| v. | ) |
| Michelle Larmore, | )<br>) |
| Relief Defendant. | )<br>) |
| | ) |

I, Lee Stein, hereby certify that I caused the *Relief Defendant Michelle Larmore's Limited Objection to Arciterra Receiver's Ninth Application for Allowance [Dkt 539] and Reservation of Rights*, to be served as set forth below:

1. On June 2, 2026, the Relief Defendant Michelle Larmore's Limited Objection to Arciterra Receiver's Ninth Application for Allowance [Dkt 539] and Reservation of Rights was electronically transmitted via the Clerk of the Court using the CM/ECF systems, which provide electronic mail notice to all counsel of record.

2. On June 2, 2026, the Relief Defendant Michelle Larmore's Limited Objection to Arciterra Receiver's Ninth Application for Allowance [Dkt 539] and Reservation of Rights was issued via pre-paid, First Class Mail to the party identified on Exhibit A.

DATED June 3, 2026.

MITCHELL | STEIN | CAREY | CHAPMAN, PC



By:_____

  Lee Stein
  Anne Chapman
  Attorneys for Michelle Larmore


KATTEN MUCHIN ROSENMAN LLP

  Terence G. Banich (pro hac vice)
  Attorneys for Michelle Larmore

-2-

**EXHIBIT A**

Jonathan Larmore, Reg. #04456-511
FCI Lewisburg
Federal Correctional Institution
Satellite Camp
P.O. Box 1000
Lewisburg, PA 17837