BRUCE L. UDOLF (FL SBN 899933)
BRUCE L. UDOLF, P.A.
589 SW SECOND AVENUE
FT. LAUDERDALE, FL 33301
Telephone: (954) 415-2260
Email:     budolf@bruceudolf.com

Attorneys for Jonathan Larmore

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

United States Securities and
Exchange Commission,

      Plaintiff,

vs.

Jonathan Larmore, *et al*.,

      Defendants.

_____/

Case No. CV-23-02470-PHX-DLR

**DEFENDANT JONATHAN LARMORE'S NOTICE OF PARTIAL WITHDRAWAL OF MOTION TO QUASH CERTAIN OF RECEIVER'S SECOND SET OF THIRD-PARTY SUBPOENAS (DKT NO. 518) AS TO TIFFANY & BOSCO, P.A. SUBPOENA**

Defendant Jonathan Larmore ("Mr. Larmore") gives notice of his partial withdrawal, without prejudice, of that portion of *Defendant Jonathan Larmore's Motion to Quash Certain of Receiver's Second Set of Third-Party Subpoenas* (Dkt No. 518) as it pertains solely with respect to the Receiver's third-party subpoena directed at the law firm of Tiffany & Bosco, P.A. and communications with that firm.

BRUCE L. UDOLF, P.A.

Dated: June 23, 2026          By:  */s/ Bruce L. Udolf*
                                BRUCE L. UDOLF[1]
                                Attorneys for Jonathan Larmore

---

[1]     Admitted *Pro Hac Vice*.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 23, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing which will provide electronic mail notice to all counsel of record in this matter, and served a copy via United States Mail, postage prepaid, on Jonathan Larmore, Reg. #04456-511, FCI Lewisburg, Federal Correctional Institution, Satellite Camp, P.O. Box 1000, Lewisburg, PA 17837.

By: */s/ Bruce L. Udolf*
Bruce L. Udolf